AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

SYNCA DIRECT, INC.,
Plaintiff and Counterclaim-Defendant,

V.

MULTIMEDIA DENTAL SYSTEMS, INC.,
Defendant and Counterclaim-Plaintiff,

V.

SYNCA and JOHN DOES 1-5,
Additional Counterclaim-Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   06-CV-1263 (LEK) (DRH)

TO: (Name and address of Defendant)

Synca
337 Marion, Le Gardeur
PQ Canada J5Z 4W8

John Does 1-5
Address Unknown

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HOLLAND & KNIGHT LLP
James V. Marks (Bar No. 513143)
195 Broadway
New York, New York  10007
(212) 513 3200
(212) 385 9010 (fax)
james.marks@hklaw.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                                                                     DATE

_____
(By) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

| | RETURN OF SERVICE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____       _____
                       Date                      *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.