UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

    vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,         06-CV-1263 (LEK) (DRH)

    Defendant and Counterclaim-Plaintiff,

    vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

### FED. R. CIV. P. 7.1 STATEMENT OF
### MULTIMEDIA DENTAL SYSTEMS, INC.

Purusuant to Fed. R. Civ. P. 7.1, defendant and counterclaim-plaintiff, Multimedia Dental Systems, Inc. ("MDS"), states that it is a Georgia corporation that maintains its principal place of business in Georgia.  MDS further states that it has no parent company, and no publicly held company owns 10% or more of MDS' stock.

HOLLAND & KNIGHT LLP

By: _____
James V. Marks (Bar No. 513143)
195 Broadway
New York, New York  10007
(212) 513-3200
(212) 385-9010 (fax)
james.marks@hklaw.com

- and -

Of Counsel:

Gregory J. Digel
HOLLAND & KNIGHT LLP
One Atlantic Center, Suite 2000, 1201 West
Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 817-8500
(404) 881-0470 (fax)

Edward J. Naughton
HOLLAND & KNIGHT LLP
10 St. James Avenue, 11th Floor
Boston, Massachusetts 02116
(617) 523-2700
(617) 523-6850 (fax)

Attorneys for Defendant-Counterclaim Plaintiff

# 4204220_v1

2