UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and Counterclaim-Plaintiff,

vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

06-CV-1263 (LEK) (DRH)

**AFFIRMATION OF SERVICE**

State of New York    )
                               ) SS.:
County Of New York )

    RUDY D. GREEN, an attorney admitted to practice in the Courts of the States of New York and New Jersey, affirms under penalty of perjury:

    That on December 7, 2006, I served a true copies of the Summons issued as to Synca and the Answer and Counter-Claim, by depositing the same in a duly enclosed prepaid and sealed wrapper with postage prepaid thereon for Registered Mail, Return Receipt Requested, in a post office or official depository of the United States Postal Service within the State of New York and addressed to:

    Synca
    337 Marion, LeGarduer
    Quebec J5Z 4W8
    CANADA

                                                          _____
                                                             RUDY D. GREEN

Dated: December 7, 2006



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RA14 9684 643U S**
Status: **Delivered Abroad**

Your item was delivered in CANADA at 11:59 AM on December 14, 2006.

[ Additional Details > ]   [ Return to USPS.com Home > ]

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   [ Go > ]



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy



%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| NORTHERN | District of | NEW YORK |

SYNCA DIRECT, INC.,
Plaintiff and Counterclaim-Defendant,

v.

MULTIMEDIA DENTAL SYSTEMS, INC.,
Defendant and Counterclaim-Plaintiff,

v.

SYNCA and JOHN DOES 1-5,
Additional Counterclaim-Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  06-CV-1263 (LEK) (DRH)

TO: (Name and address of Defendant)

Synca
337 Marion, Le Gardeur
PQ Canada J5Z 4W8

John Does 1-5
Address Unknown

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HOLLAND & KNIGHT LLP
James V. Marks (Bar No. 513143)
195 Broadway
New York, New York 10007
(212) 513 3200
(212) 385 9010 (fax)
james.marks@hklaw.com

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  11/29/06