# EXHIBIT III

Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www hklaw.com

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

October 18, 2006

VIA FIRST CLASS MAIL AND FACSIMILE No. 1-800-554-1021

Mr. Raymond Monette
Synca
337 Marion
Le Gardeur, Quebec J5Z 4W8
CANADA

Dear Mr. Monette:

In a February 7, 2005 letter, I pointed out that your company was attempting to sell CADI software which infringed on the MediaDent software owned and sold by our client MultiMedia Dental Systems, Inc. By letter dated March 22, 2005, your counsel responded. He did not deny that your software infringed on MultiMedia's product, but he represented that Synca was "not selling the product alleged." In recent months we have uncovered evidence that Synca was again attempting to market its product to customers in North America, including Georgia, through dealers such as Video Dental Concepts of Ormond Beach, Florida and through internet websites which are available to Georgia residents.

Today we have learned that Synca is showing its CADI product at an American Dental Association show in Las Vegas, Nevada USA. Synca is not licensed to use the Media Dent code which is contained in the CADI product. Synca's marketing of the CADI product is in contravention of MultiMedia's exclusive rights and United States copyright law. Your activities at the ADA meeting give rise to common law and statutory causes of action including, among other things, copyright infringement, unfair competition, passing off, misappropriation of trade secrets, false designation of origin, and trademark and/or trade name infringement.

On behalf of MultiMedia, we demand that you immediately cease and desist all marketing of the CADI product which infringes upon MultiMedia's copyrighted software, including, but not limited to, the display, advertising, and efforts to sell that product at the ADA show in Las Vegas. In addition, we demand that within ten (10) days of the date of this letter Synca provide MultiMedia with written assurance that all efforts to market the CADI product containing the infringing code in North America, Central America, or South America have been

terminated, and that Synca is taking steps to insure that no further violation of MediaDent's common law and statutory rights occurs. Finally, we demand an accounting, within twenty (20) days of the date of this letter, of all sales of the CADI product in the Americas. MediaDent reserves all rights arising as a result of past actions by Synca.

Very truly yours,

Gregory J. Digel

GJD/wes

# 4121135_v1