# EXHIBIT IV

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

November 14, 2006

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

<u>*Via Fax – (518) 561-4848 and Regular Mail*</u>

William L. Owens, Esq.
Stafford, Owens, Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

Re:  *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
U.S. Dist. Ct. No. Dist., New York Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Owens:

In your October 24 letter transmitting a copy of the Complaint you filed seeking a Declaratory Judgment that your client's CADI Software does not infringe on MultiMedia Dental's MediaDent Software, you proposed to meet and "discuss a resolution of this matter. . .." In response, I requested a copy of the Source Code for your client's product so that we could have a comparison of the two Codes done which would be a very straight forward and simple way to determine whether your client is entitled to the declaratory relief it seeks, or if MultiMedia will be entitled to damages and injunctive relief. You were initially receptive to my suggestions, subject of course to your client's approval. However, in our telephone conversation yesterday, despite acknowledging that we would be entitled to obtain and inspect a copy of Source Code for the product you client is marketing, you advised that your client would not approve the procedure.

The purpose of this letter is to make one last effort to test the allegations of Paragraph 11 of Synca Direct's Complaint to the effect that its software does not infringe on MultiMedia Dental's protected rights short of full blown litigation. Our proposal is a comparatively inexpensive way to deal with the issue of infringement *vel non* and therefore to facilitate the meeting you initially requested. Synca's refusal strongly suggests that it has no confidence in its claim of non-infringement. If your client wishes to reconsider its position, MultiMedia Dental is still prepared to go forward with a comparison, <u>provided</u> that process is begun this week.

William L. Owens, Esq.
November 14, 2006
Page 2

      I look forward to hearing from you if there is any interest in this.

                                      Very truly yours,

                                      Gregory J. Digel

GJD/aml

# 4185706_v1