# EXHIBIT V

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

November 21, 2006

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

*Via Fax – (518) 561-4848 and Regular Mail*

William L. Owens, Esq.
Stafford, Owens, Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

Re: *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
U.S. Dist. Ct. No. Dist., New York Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Owens:

I returned the Waiver of Service form yesterday, and today or tomorrow we will be filing our Answer and Counterclaim. Because a comparison of your client's Source Code with that of MultiMedia Dental's Source Code and an examination of your client's product will be important to the determination of our respective clients' claims, and because such a comparison and examination may well lead to a resolution of this dispute short of full blown litigation, I had previously informally requested production of the Source Code, but I understand your client would not agree to that procedure.

Accordingly, I am enclosing herewith Defendant and Counterclaim Plaintiff's proposed First Request for Production. Since these are materials that Plaintiff would be obligated to produce as part of the Initial Disclosures under Rule 26(a)(1)(B), MultiMedia Dental asks that Plaintiff agree to the commencement of discovery to the extent of these limited Requests for Production and that Plaintiff agree to produce all responsive material or to serve any valid, non-frivolous objection within 14 days. Please let me have the favor of a response by the close of business on Wednesday, November 22, 2006.

Very truly yours,

Gregory J. Digel

GJD/aml
cc: James V. Marks, Esq. (via e-mail)
    Edward J. Naughton, Esq. (via e-mail)

# 4201409_v1