# EXHIBIT VI

# STAFFORD, OWENS, CURTIN & TROMBLEY
### PLLC
### ATTORNEYS & COUNSELLORS AT LAW

Affiliated with HARRIS BEACH PLLC

William L. Owens

Dennis D. Curtin

Edward J. Trombley

Thomas M. Murnane

Susanna S. Piller

Thomas W. Plimpton

Jacqueline M. Kelleher

Heather Deare West

Jessica L. Miller

One Cumberland Avenue
ph 518.561.4400

P.O. Box 2947
soctlaw.com

Plattsburgh, NY 12901
fax 518.561.4848

Ronald B. Stafford
(1935-2005)

December 18, 2006

Gregory J. Digel, Esq.
Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street N.E.
Atlanta, Georgia 30309-3453

RE:    *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*

Dear Mr. Digel:

I have your letter of November 27, 2006 and have discussed it with my client.

We are unwilling to engage in what we believe to be partial discovery on a voluntary basis as once you have filed your answer (which I have not seen to date), and we have a scheduling order, we can exchange appropriate document discovery.

I want to reiterate the fact that my client believes that your client does not have the legal right to use the software and thus there will be substantial discovery involving those issues with the issue of the source code being somewhat, in our opinion, subsumed by the issue of entitlement to use (having ownership and/or a license) thus we see no substantial benefit to proceeding as you suggest.

My clients are willing to engage in discussions to negotiate a resolution however, we must be clear at the outset and indicate that that means that my clients will be entitled to utilize the source code which they have and they would not object to your client continuing to use the source code which it has.

STAFFORD, OWENS, CURTIN & TROMBLEY PLLC
ATTORNEYS & COUNSELLORS AT LAW

Page 2


Please advise if you would like to proceed in that fashion, otherwise we will await your answer and proceed in the normal course for discovery.

Awaiting your further advices, I remain,

Very truly yours,

STAFFORD, OWENS, CURTIN & TROMBLEY, PLLC

By:   William L. Owens, Esq.

WLO/tld
cc:   Raymond Monette (via E-mail)
      Mark McCarthy, Esq. (via E-mail)