# EXHIBIT I



# Chicago Dental Society
The respected leader in scientific dental meetings                                          www.cds.org

| HOME | ABOUT CDS | CONTACT CDS | NEWS & MEDIA | FIND A DENTIST | FOR THE PUBLIC | FOR PROFESSIONALS | PUBLICATIONS | MIDWINTER MEE



## The Spirit of Generosity...The Generosity of Spirit
142ND MIDWINTER MEETING, FEBRUARY 22-25, 2007
MARK YOUR CALENDAR NOW!

PRESIDENTS WELCOME

TIP SHEET

HOTEL & TRAVEL INFORMATION
   Travel Information
   Hotel Information
   McCormick Place Mapquest Directions
   For more info on Chicago

REGISTRATION INFORMATION
   Pre-registration
   Registration
   Onsite Registration
   Altering Your Registration

GENERAL INFORMATION
   Committee Chairs
   Continuing & New in 2007
   Course Information
   Course Information FAQs
   Table Clinics
   Tour Programs
   Special Needs
   Rebate Coupons
   Renew Dues/Join CDS
   Call for Lecturers
   Call for Room Chairs
   Request for Visa Letter

2007 EXHIBITORS

EXHIBITOR INFORMATION

CE CERTIFICATE

MWM COURSES ON CD

## The Spirit of Generosity...The Generosity of Spirit

**The 142nd Chicago Dental Society Midwinter Meeting February 22-25, 2007**
**McCormick Place, Lakeside Center**

The Midwinter Meeting offers one of the largest dental exhibitions in the United States. In 2007, expect to meet with representatives from more than 600 manufacturers, dealers, suppliers and labs. Many exhibitors use the Midwinter Meeting as the setting for new product introductions and offer special incentives during the Midwinter Meeting.

**REGISTRATION**
**Attendee pre-registration** View course descriptions and register for badges/tickets.

**Exhibitor badge pre-registration** Register all exhibitor booth employees (badges only).

**View course descriptions only**

**Download** and print paper registration form.

- Scientific Programs are conducted Thursday, Feb. 22, through Sunday, Feb. 25, 2007.
- The Exhibit Hall is open Friday, Feb. 23, through Sunday, Feb. 25, 2007:
  **Friday & Saturday:** 9 a.m. – 5:30 p.m.
  **Sunday:** 9 a.m. – 3 p.m.
- Table clinic hours:
  **Friday, Feb 23:** 10:30 a.m. – 1 p.m. and 2 p.m. – 4:30 p.m.
  **Saturday, Feb. 24:** 10:30 a.m. – 1 p.m. and 2 p.m. – 4:30 p.m.
- Check course descriptions for staggered

### Important information you need to know about "F" tickets

In order to ensure adequate seating for all attendees, CDS now provides tickets to those who pre-register for the annual Midwinter Meeting courses, including F (free) courses.

Only those who pre-register will receive tickets and be guaranteed a seat. F tickets only guarantee a seat until the course begins. To keep all courses on schedule, the 15-minute grace period has been eliminated; therefore, it is to your benefit to plan your travel and parking to allow sufficient time to arrive for the start of the free lecture(s) for which you have pre-registered.

A limited number of non-requested tickets for F courses will be made available at the classrooms for those who register on-site for the meeting. However, those attendees must arrive early at the classrooms, as they will be seated on a first-come, first-served basis, following the seating of on-time pre-registered attendees.

Free registration for the Midwinter Meeting is a benefit available to all CDS members who have paid their current dues. We strongly encourage all CDS members to pre-register for the meeting. Online registration begins Nov. 1, 2006, and saves you time because everything you need to

- times for courses: Courses start at 8:30, 9 and 9:30 a.m. and at 1:30 and 2 p.m.
- Reserve your seat for Free (F) Courses by pre-registering.
- Look for classroom numbers in your Official Program, available onsite only.

attend the meeting will be mailed to you well in advance.

Even if you are planning to attend only free courses, it pays to pre-register! This way you can avoid the lines in the McCormick Place registration area and guarantee your seat to the F course(s) of your choice as long as you arrive on time.

### Special Events and Tours

    

**Opening Session** featuring a performance by Second City Thursday, Feb. 22 Download Brochure

**Tours** starting Thursday, Feb. 22 More...

**The CDS Fashion Show and Luncheon** Friday, Feb. 23 Download Brochure

**Friday Night** featuring The BoDeans at Park West Download Brochure

**The President's Dinner Dance** Saturday, Feb. 24 Download Brochure

Tickets are required for all special events, whether or not there is a fee attached. Please make certain to order your special event tickets at the same time you order your scientific program tickets.

### Honorees

**GORDON J. CHRISTENSEN LECTURER AWARD**
**Dr. M. Nader Sharifi** will receive the Gordon J. Christensen Recognition Lecturer award this year. Established in 1990, the award acknowledges Dr. Christensen's many outstanding contributions to the dental profession and the Midwinter Meeting.

Dr. Sharifi is a general dentist in Chicago and has served as an assistant professor, consultant, textbook author and frequent lecturer. Dr. Sharifi will receive the Christensen Award Thursday, Feb. 22, during the Opening Session.

**CUSHING AWARD RECIPIENT**
The Cushing Award is awarded annually to an individual who raises public awareness about the importance of oral health. The Chicago Dental Society will present the award Thursday, Feb. 22, at the Opening Session of the Midwinter Meeting at McCormick Place. This year the Chicago Dental Society's Communications Committee has chosen to honor the Oral Cancer Foundation with the George H. Cushing Award. Founded by oral cancer survivor Brian Hill, the foundation holds oral cancer screenings across the nation and tirelessly advocates for early detection and diagnosis. The foundation also has a program called Lifesavers, which honors dentists who perform oral cancer screenings, and has developed a Web site to inform and support patients, caregivers and healthcare professionals. The foundation has been honored in the past by the National Institute of Dental and Craniofacial Research and New York University's School of Dentistry.

**BECOME A MEMBER AND ATTEND THE MIDWINTER MEETING FOR FREE**
Free admittance to the Midwinter Meeting is one of the many benefits offered by the Chicago Dental Society to regular and associate members who automatically receive the Preliminary Program.

For information about regular membership (resident or practice in Cook, DuPage or Lake counties) or associate membership (domestic/international):
**Call** (312) 836-7300
**Fax** (312) 836-7317
Read more online.

**THE MIDWINTER MEETING IS YOUR KIND OF MEETING IN YOUR KIND OF TOWN**

- Chicago's central location attracts thousands of attendees and exhibitors each year. McCormick Place, home of the Midwinter Meeting, is the largest exhibition and meeting facility in North America.
- Chicago has more four-star restaurants than any other city in addition to a wide variety of ethnic, regional and affordable dining experiences.
- Chicago offers outstanding shopping in world famous stores and boutiques along the city's Magnificent Mile and on venerable State Street.
- Chicago is home to some of the world's finest museums and hottest jazz and blues clubs.

**WE MAKE IT EASY FOR YOU TO VISIT US BY OFFERING:**

- Discounted air fares
- Discounted car rental
- Specially priced hotel rooms

**DON'T FORGET**
We've made it easier to attend free courses by providing guaranteed seating by offering F tickets for the free courses. Ticketholders who pre-register are seated first.

| About CDS | Contact CDS | News & Media | Find A Dentist | For the Public | For Professionals | Publica· |

Privacy Policy: The Chicago Dental Society will not share information gathered from this Web site for any commercial purposes.
Copyright © 2007 Chicago Dental Society