# EXHIBIT II

| Exhibitor | Booth | Exhibitor | Booth | Exhibitor | Booth |
|---|---|---|---|---|---|
| 1-800-DENTIST | 2250 | Flow X-Ray Corporation | 1614 | Popp Dental | 135 |
| 1000 Gems Seminars | 160 | Fortress Insurance | 2648 | Posca Brothers Dental Laboratory | 2060 |
| 3M ESPE | 2433 | Foshion Medical Instrument Co. | 2464 | Practicon | 246 |
| 3i Implant Innovations, Inc. | 2607 | Freuding USA LLC | 1865 | Precision Dental International/Precise Dental Products, Ltd. | 765 |
| A-dec | 833 | Frontier Dental Laboratories | 2409 | | |
| A-dec | 1033 | G&H Dental Arts | 335 | Premier Dental Products Co. | 801 |
| A. Titan Instruments | 538 | G. Hartzell & Son | 911 | Preventive Dental Specialties, In. | 2838 |
| ADA Members Retirement Program | 2613 | GC America Inc. | 601 | Previser Corporation | 1957 |
| ADA Products Company, Inc. | 1958 | GTA/Good Times Attractions | 2153 | Prime Dental Manufacturing, Inc. | 441 |
| ADI-American Dental Industries | 2454 | Garfield Refining Company | 1706 | Principal Financial Group | 157 |
| ALLPRO, Inc. | 1514 | Garrison Dental Solutions | 336 | Pro-Dex Micro Motors | 133 |
| ANTHOGYR | 633 | Gendex Imaging | 200 | ProSites, Inc. | 2842 |
| APCD-Sao Paulo Dental Association | SE4 | George Taub Products | 907 | Procter & Gamble Company | 1620 |
| APOZA Enterprise Co., Ltd. | 2563 | Gingi-Pak | 1506 | Procter & Gamble Company | 1420 |
| ARIBEX, Inc. | 2659 | GlasSpan | 1006 | Professional Mfg. Corp. | 1005 |
| AXIS Dental - Soft-Core | 1257 | GlaxoSmithKline | 1826 | Professional Practice Capital | 128 |
| Academy of General Dentistry | SE15 | Glidewell Direct | 2217 | Profit Finder | 614 |
| Access-To-Care Committee | SE7 | Glidewell Laboratories | 2218 | Progeny Dental | 1057 |
| Acqua Med Technologies | 1753 | Glitz Dental | 2307 | Prophy Perfect | 839 |
| Acteon North America | 2026 | Global Dental Products, Inc. | 716 | Quality Aspirators | 1820 |
| AdDent, Inc. | 2821 | Global Surgical Corporation | 439 | Quantum, Inc. | 1159 |
| Advantage Dental Products, Inc. | 1922 | Glove Club | 2508 | Quintessence Publishing Co.,Inc. | 723 |
| Aegis Communications | 561 | Glove Solutions | 2665 | R&D Services, Inc. | 2260 |
| Affordable Care, Inc. | 1052 | Great Lakes Lighting | 2208 | RENISHAW | 2653 |
| Allied Systems Products | 424 | Great Lakes Orthodontics Ltd. | 2204 | RF System Lab | 657 |
| Almore International Inc. | 245 | Group Financial Services | 560 | RGP Dental | 2812 |
| American Academy of Cosmetic Dentistry | 1254 | Guardian Life Insurance Company | 2862 | RHEIN 83 USA, Inc. | 2059 |
| | | Guilin Woodpecker Medical Instrument Co., Ltd. | 2262 | RMO, Inc. | 1107 |
| American Academy of Pediatric Dentistry | SE19 | | | Reality Publishing Company | 922 |
| American Association of Endodontists | SE9 | HAGER Worldwide | 2021 | Reliance Dental Mfg. Co. | 1511 |
| American Dental Assistants Association | SE17 | HEAD Dental Corporation | 451 | Ribbond, Inc. | 1407 |
| American Dental Association | 2611 | HIGH Q Dental | 912 | Richmond Dental Company | 1618 |
| American Eagle Instruments | 2347 | HOPF, RINGLEB & CO. GmbH & Cie | 2662 | Rose Plastic USA LP | 2754 |
| American Express | 362 | HOYA ConBio Dental Lasers | 357 | Rosedale Therapeutics | 2359 |
| American Medical Technologies | 640 | HPSC Financial Services | 1041 | Ross + EPS | 2865 |
| Amtel Systems Corporation | 537 | Hallanco Coat Company | 1105 | Rowpar Pharmaceuticals | 459 |
| Ansell Healthcare Products | 2736 | Handler Mfg. Co. | 1418 | Roydent Dental Products | 2005 |
| Apex Dental Materials, Inc. | 1759 | Hayes Handpiece Franchises | 659 | Rx Honing (Sharpening) Machine | 809 |
| Apex E.D.I. | 2552 | HealthFirst Corporation | 848 | SCHWED CO., Inc. | 811 |
| Apothecus Pharmaceutical Corp. | 1965 | Heartland Dental Care | 2832 | SENATE | 125 |
| Aqualizer by Jumar Corp. | 1003 | HemCon Medical Technologies, Inc. | 2835 | SPS Medical Supply Corp. | 2831 |
| Archtek, Inc. | 153 | Heraeus | 1201 | SS White Burs, Inc. | 2320 |
| Argen Corporation | 2445 | Heraeus | 1001 | STAINO, LLC | 1415 |
| Arm and Hammer/Mentadent | 1508 | Hispanic Dental Association | SE1 | SUNSTAR BUTLER | 2011 |
| Arrowhead Dental Laboratories | 139 | Holt Dental Supply, Inc. | 734 | SUPERMAX Inc. | 2247 |
| Ascend Media | 952 | IMTEC Corporation | 2440 | SUVISON Business Services | 648 |
| Aseptico, Inc. | 616 | INNOVA SDS | 1315 | SYNCA Direct | 1652 |
| Asociacion Dental Del Districto Federal/Mexico City Dental Association | SE2 | ITL Dental | 622 | Saga Dental Norway | 2652 |
| | | Illinois Army National Guard | 163 | Saturn Imaging, Inc. | 2851 |
| Astra Tech, Inc. | 2764 | Illinois Dental Hygienists' Association | SE18 | Scandex Co., LLC | 2160 |
| Astron Dental Corporation | 1413 | Illinois Department of Public Health | SE14 | Schick Technologies, Inc. | 1450 |
| Aurum Ceramic Dental Laboratories | 260 | Illinois Foundation of Dentistry for the Handicapped | SE6 | SciCan, Inc. | 2626 |
| B&D Dental Corp. | 2857 | | | Scientific Pharmaceuticals, Inc. | 2447 |
| BENLIOGLU Dental Inc. | 1855 | Image Marketing Corp. | 126 | Scott's Dental Supply | 2739 |
| BEUTLICH LP Pharmaceuticals | 1818 | InfoStar | 2263 | Scrubs direct | 1964 |
| BRASSELER USA/NSK | 2233 | Infodent International | 1862 | Seiler Instrument & Mfg. Co., Inc. | 1255 |
| Banc of America Practice Solutions | 2839 | Integra Dynamics, Inc. (Tapmaster) | 812 | | |

| Exhibitor | Booth | Exhibitor | Booth | Exhibitor | Booth |
|---|---|---|---|---|---|
| Banco Popular North America | 239 | Integrated Dental Hygiene Solutions | 964 | Select Dental Mfg/Blazer Products | 120 |
| Barnstead/Harvey Sterilization | 822 | Integrated Laminate Systems | 230 | Select Dental Supply | 764 |
| Bausch Articulating Papers | 915 | Invisalign (Align Technology) | 463 | Seltzer Institute | 457 |
| Beaverstate Dental Inc. | 2452 | Isolite Systems | 2257 | Sharper Practice | 2808 |
| Becker-Parkin Dental Supply Co. | 2633 | Ivoclar North America | 1026 | SheerVision | 759 |
| Beckmer Products, Inc. | 2461 | Ivoclar North America | 1426 | Sherman Specialty Toy Co. | 2220 |
| Bell Dental Products | 634 | Ivoclar North America | 1226 | Shinhung Company, Ltd. | 2057 |
| Belmont Equipment | 250 | J. Morita USA Inc. | 2600 | Shofu Dental Corporation | 1245 |
| Benco Dental Equipment | 857 | J. Rousek's Giggletime Toy Co. | 824 | Shulman and Kaufman Inc. | 2837 |
| Bestpoint USA, Inc. | 162 | JS Dental Manufacturing, Inc. | 450 | Sigma Digital X-Ray | 1950 |
| Bicon Dental Implants | 2253 | Jameson Management, Inc. | 2757 | Simplified Systems | 813 |
| Bident Synergetics | 1707 | Japan Medical Materials Corporation | 2463 | Sirona Dental Systems LLC | 1626 |
| Bien Air USA | 436 | Jota AG | 2129 | Skyman | 156 |
| Bio Horizons | 2562 | Journees Dentaires Nice | SE5 | SmartMouth by Triumph Pharmaceuticals Inc. | 863 |
| BioMat Sciences | 259 | KaVo America Corporation | 401 | Smile Reminder | 1659 |
| BioTemps Dental Laboratory | 2317 | Karl Schumacher Dental Instrument | 1411 | SmileConnection.com | 637 |
| Biolase Technology, Inc. | 426 | Keating Dental Arts, Inc. | 1760 | SmileMakers | 131 |
| Biolok | 2858 | Kennedy-King College Dental Hygiene Program | SE13 | Solmetex, Inc. | 2834 |
| Biotrol International | 1917 | Kerr Corporation | 1011 | Solutions By Design | 838 |
| Bisco Dental Product | 1839 | Keystone Industries | 2130 | Southern Dental Industries, Inc. | 1640 |
| Blatchford Solutions | 941 | Kidzpace | 155 | Southland Distribution & Sales | 143 |
| Blossom/Mexpo International | 338 | Kilgore International, Inc. | 1317 | Spring Health Products | 1512 |
| Bonart Medical Technology | 147 | Kinetic Instruments, Inc. | 1103 | State Farm Insurance | 963 |
| Bosworth Company | 1611 | Klein Law Offices, PC | 462 | Sterilex Corporation | 109 |
| Brewer Design | 1406 | Kobra | 1152 | Sterisil, Inc. | 142 |
| Buffalo Dental Mfg. Co. | 2209 | Kodak Dental Systems | 1801 | Sterngold | 1108 |
| Burbank Dental Laboratory | 2820 | Kodak Dental Systems | 2001 | Straumann USA | 1453 |
| CAD Custom LLC | 2853 | Kosaka Dental Supply Co., Ltd. | 2655 | Sullivan Schein Equipment Repair Services | 422 |
| CAMSIGHT Company, Inc. | 2457 | Kromopan U.S.A., INC. | 2720 | Sultan Healthcare, Inc. | 1441 |
| CEJ Dental | 647 | Kuraray America, Inc. | 264 | Summit Dental Systems | 233 |
| CIT Small Business Lending | 2553 | L & R Manufacturing Company | 620 | Sun Dental Laboratories | 2555 |
| CLINIPIX, Inc. | 1106 | LAK Enterprises | 2106 | Suni Medical Imaging, Inc. | 2759 |
| CNI Medical Service | 2864 | LED Medical Diagnostics | 2827 | SurgiTel/General Scientific Corp. | 2047 |
| CRYSTALMARK Dental Systems, Inc. | 2811 | LINAK | 2747 | Suter Dental Mfg. Co., Inc. | 2109 |
| Cadent Inc. | 2264 | Laclede/Biotene | 942 | SybronEndo | 1211 |
| Calumet Photographic | 1863 | Lang Dental Manufacturing Co., Inc. | 905 | Symmetry Dental Direct Cabinetry | 2863 |
| Capital One Healthcare Finance | 2731 | Lares Research | 1050 | TELEVOX SOFTWARE, INC. | 635 |
| CareCredit | 2641 | Lester A. Dine, Inc. | 1609 | TPC Advanced Technology | 150 |
| Careington International Corporation | 1962 | Lexi-Comp Publishing | 112 | Technodent Industries | 1963 |
| CariFree | 660 | Life Optics Corporation | 1154 | TekScan, Inc. | 1859 |
| Carl Zeiss, Inc. | 1853 | Lifecore Biomedical | 714 | Tel-A-Patient, Inc. | 605 |
| Cavex Holland BV | 341 | LumaLite, Inc. | 2816 | Temrex Corporation & JR Rand | 1217 |
| Centrix Incorporated | 1045 | Lumenis Dental | 1063 | Tess Corporation | 808 |
| Ceramic Arts Dental Labs, Inc. | 2859 | Luniforme | 2860 | The Dental Advisor | 1507 |
| Chicago Dental Assistants Association | SE16 | MASEL | 743 | The Dental Marketplace | 127 |
| Chicago X-Ray Systems, Inc. | 1850 | MATSCO | 745 | The Dental Record | 1714 |
| Choicehealth Leasing | 322 | MCC | 850 | The Dentists Insurance Company-TDIC | 551 |
| Christian Dental Society | SE20 | MDT Micro Diamond Technologies | 1347 | The Hornbrook Group | 1959 |
| Chung Song Industrial Co. | 235 | MEDICOM | 1247 | The National Children's Dental Foundation | SE22 |
| Cincinnati Insurance Co. | 2107 | MICRO-MEGA International | 665 | TheraSnore by Distar | 2658 |
| Clarion Financial | 861 | MOGO Computer Software | 1857 | Theta Corporation | 1007 |
| ClikTech, Inc. | 965 | MYDENT Corporation (DEFEND) | 1742 | Tokuyama America Inc. | 2663 |
| Clinician's Choice | 242 | MZK Dental Products | 138 | Tongue'n Cheek Dental Pads | 661 |
| Colgate Palmolive Company | 626 | Magnified Video Dentistry, Inc. | 2362 | TotalCare | 1215 |
| Colgate Palmolive Company | 826 | Maguire & Strickland Refining | 664 | | |
| Coltene/Whaledent | 2211 | | | | |

| Exhibitor | Booth | Exhibitor | Booth | Exhibitor | Booth |
|---|---|---|---|---|---|
| Comlite Systems | 711 | Mani, Inc. | 2715 | Trans American Medical-TAMSCO | 524 |
| Common Sense Dental Products | 108 | Manufacturera Dental Continental | 2748 | Transitions Group | 961 |
| Confirm Monitoring Systems, Inc. | 247 | Market Connections Inc. | 257 | Treloar and Heisel, Inc. | 2108 |
| Consult Pro/DHC Marketing | 2645 | Marsh/ISDS Sponsored Insurance Plans | 552 | Tri Hawk Corporation | 2104 |
| Cosmedent Inc. | 2304 | Marus Dental International | 226 | Trident Dental Laboratory | 164 |
| Crescent Products | 2810 | Matech, Inc. | 1515 | Triodent | 2459 |
| Crosstex International Inc. | 1920 | Maui Amenities, Inc. | 2361 | Trojan Professional Service | 222 |
| Crown Seating | 853 | MedPerform, Inc. | 2850 | Trollplast Inc. | 1606 |
| D-MMEX EasyRefine | 2762 | MedPro Safety Products, Inc. | 2752 | Turkey Run Uniforms/Andrews Professional Wear | 805 |
| DBI America Corp. | 645 | Medco Instruments, Inc. | 360 | | |
| DCI Equipment | 328 | Medical Products Laboratories, Inc. | 2852 | Tuttnauer, USA | 2245 |
| DCI International | 323 | Medidenta International, Inc. | 106 | Twist2It, Inc., A Medidenta Group Co. | 722 |
| DDS Lab, Inc. | 2462 | Meisinger USA, LLC | 158 | U-Best Dental Technology | 460 |
| DDS.com | 1752 | Merz Dental Gmb | 2161 | U.S. Air Force | 2661 |
| DELDENT USA | 841 | Meta Dental Corp. | 1654 | U.S. Public Health Service | SE12 |
| DENBUR, Inc. | 740 | Metalift Crown & Bridge Removal Systems | 1715 | UNIPACK Medical Corporation | 2843 |
| DENT Corp. Research & Development Corp. | 129 | | | Ultreo, Inc. | 2062 |
| | | Metro Dentalcare | 2061 | United Service Dental Chair Upholstery | 705 |
| DENTAMERICA | 1650 | Microbrush, Inc. | 1740 | University of Illinois at Chicago College of Dentistry | SE24 |
| DENTATUS USA, Ltd. | 2342 | Microcopy | 1408 | | |
| DENTECH by Softech, Inc. | 2121 | Microflex Corporation | 2718 | Upholstery Packages & Services | 615 |
| DENTSPLY Raintree Essix | 2006 | Midmark Corp. | 2420 | VELOPEX International | 2154 |
| DNTLworks Equipment Corporation | 852 | Midway Dental Supply | 738 | VIDENT | 1220 |
| DRM | 747 | Midwest AIDS Training & Education Center (MATEC) | SE23 | VOCO America Inc. | 1161 |
| DUX Dental | 220 | | | Valplast International Corp. | 1513 |
| DYNO-TECH Dental Laboratory, Inc. | 2631 | Midwest Dental Solutions | 124 | Valumax International | 2825 |
| Dansereau Health Products | 107 | Milestone Scientific | 2206 | Vaniman Mfg. | 2856 |
| Danville Materials, Inc. | 1815 | Millennium Dental Technologies | 1754 | Vericom Co., Ltd. | 2836 |
| Darby Dental Supply Co., Inc. | 2041 | Miller Upholstery | 2128 | Viade Products, Inc. | 2020 |
| Dash Medical Gloves, Inc. | 1708 | Miltex, Inc. | 1516 | Video Dental Concepts/RF America | 1047 |
| Dedeco International, Inc. | 1414 | Minimax Company | 855 | VisiCom | 223 |
| Deepak Products | 2861 | Monitex Industrial Company | 2846 | Vista Dental Products | 2622 |
| Del Pharmaceutical | 1617 | Mosaic Management Group | 840 | WESTAR Medical Products, Inc. | 662 |
| Delta Dental | 236 | NORDIN SA | 2554 | WIN-US Technology Co., Ltd. | 361 |
| Den-Mat/Lumineers by Cerinate | 445 | NSK/BRASSELER | 2139 | Water Pik, Inc. | 1020 |
| Denline Uniforms | 224 | NTI-TSS, Inc. | 248 | Welch Allyn | 1160 |
| Denovo Dental, Inc. | 1817 | Nadia International | 1607 | Werther International, Inc. dba Silentaire Technology | 1062 |
| DentX | 2222 | National Museum of Dentistry | SE10 | | |
| DentaPure | 536 | Neo Dental International, Inc. | 761 | Whip Mix Corporation | 1716 |
| Dental Arts Laboratories, Inc. | 2120 | Net32 | 2259 | Wm. Wrigley Jr. Company | 1750 |
| Dental Elite | 2740 | Nevin Laboratories, Inc. | 1709 | Wykle Research | 842 |
| Dental Health Products, Inc. | 2450 | Nichrominox | 1822 | Xlear, Inc. | 262 |
| Dental Marketers.Com | 2560 | Nobel Biocare | 2411 | YDM Corporation | 2829 |
| Dental Products Report | 1657 | Nordent Mfg. Inc. | 2045 | Young Dental Mfg. Co. | 1918 |
| Dental Technologies Inc. | 2604 | Norman Camera | 1660 | ZHERMACK, Inc. | 2547 |
| Dental Technology Services | 122 | Nouvag AG | 1155 | Zap Lasers | 2647 |
| Dental USA | 2847 | NuSmile Primary Crowns | 2854 | Zenith Dental/DMG | 845 |
| Dental WebSmith, Inc. | 130 | O-SO PURE | 161 | Zest Anchors | 2807 |
| DentalBanc | 2559 | OMNI Preventive Care | 2650 | Zila, Inc. | 2050 |
| Dentalree.com | 1961 | OSADA, Inc. | 1004 | Zimmer Dental | 559 |
| Dentech Corporation | 442 | Obtura/Spartan | 712 | Zirc Dental Products, Inc. | 1147 |
| Dentex | 2617 | Occupational Safety & Health Administration | SE11 | Zoll Medical Corp. | 1864 |
| DentiMax | 641 | | | Zoll-Dental | 706 |
| Denticator, Inc. | 2031 | Officite | 240 | da Vinci Dental Studios | 2639 |
| Dentist's Advantage | 2738 | On-Hold Advertising, Inc. | 2159 | Amazing Animation, Lantz Dental Prosthetics, Inc. | 638 |
| Dentistry Today | 742 | Op-D-Op, Inc. | 550 | | |
| | | OptiVision Industries | 2753 | Archer & White, Sabra Dental Products | 2614 |

| Exhibitor | Booth | Exhibitor | Booth | Exhibitor | Booth |
|---|---|---|---|---|---|
| Dentrix Dental Software | 211 | OraPharma, Inc. | 2201 | Confi-Dental Products Co., Inc., SEPTODONT, Inc. | 1445 |
| Dentsply GAC | 2763 | Orascoptic | 1016 | | |
| Dentsply International | 1601 | Orasphere Corporation | 1059 | Hu-Friedy Mfg. Company, Hu-Friedy Mfg. Company | 1811 |
| Dentsply Neytech | 2261 | Ortho Organizers, Inc. | 814 | | |
| Designs For Vision, Inc. | 2004 | Ortho Specialties | 2028 | Johnson & Johnson Oral Health Products, Johnson & Johnson Oral Health Products | 2401 |
| Designs For Vision, Inc. | 607 | Ortho-Tain, Inc. | 1124 | | |
| Dexis Digital X-Ray | 816 | Osung Industrial Company | 2620 | Sullivan-Schein Dental, Sullivan-Schein Dental | 411 |
| DiaDent Group International | 2717 | PHB | 1417 | | |
| Diatech Dental USA | 2636 | POH (Oral Health Products, Inc.) | 947 | Ultradent Products, Inc., Ultradent Products, Inc. | 1833 |
| Digital DOC | 1140 | PREVENTECH | 612 | | |
| Discus Dental | 2704 | PRODONT-HOLLIGER S.A.S. | 2657 | American Tooth Industries, Justi Products, LeoneAmerica, Major America, Pozzi Dental Products | 623 |
| Discus Dental | 1916 | PTC | 1823 | | |
| Discus Dental | 2426 | PULPDENT CORPORATION | 2308 | | |
| Discus Dental | 2226 | Palisades Dental | 2606 | Biotec, Inc., Porter Instrument Co, Porter Royal Sales, Proma, Inc., Royal Dental Mfg., Inc. | 433 |
| Discus Dental | 1416 | Palmero Dental Sales | 717 | | |
| Doral Refining Corporation | 1412 | PaloDEx Group | 650 | | |
| Dr. Fresh, Inc. | 1061 | Panadent Corporation | 847 | | |
| Dumont-Instruments | 1355 | Panorama International | 733 | Columbia Dentoform, CustomAir, DentalEZ Equipment, RAMVAC, StarDental | 1633 |
| E.C. Moore Company | 913 | Panoramic Corporation | 2242 | | |
| EMS/Electro Medical Systems | 1138 | Paperless Technologies | 152 | | |
| ER Handpiece Repair | 2809 | Paradise Dental Technologies | 228 | | |
| ESMA, Inc. | 1915 | Paragon Dental Practice Transitions | 1354 | Accutron, Inc., Air Techniques, Inc., European Design, Inc., Forest Dental Products, ICW International, Professional Sales Associates | 1845 |
| EUROTEKNIKA S.A. | 762 | Parkell Products, Inc. | 2123 | | |
| Easy Dental Systems | 820 | Pascal Company | 806 | | |
| Efficient Dental Technologies | 2824 | Patient News Publishing | 2817 | | |
| Ellman International | 720 | Patterson Dental Company | 1233 | Caulk, DENTSPLY, Dentsply International, Maillefer, DENTSPLY, Pharmaceutical, DENTSPLY, Professional, DENTSPLY, Prosthetics, DENTSPLY, Rinn, DENTSPLY, Tulsa, DENTSPLY | 1401 |
| Elsevier-Saunders-Mosby | 1824 | Patterson Dental Company | 1433 | | |
| Endo Technic | 117 | Pelton & Crane | 203 | | |
| Engle Dental Systems | 330 | PennWell/Dental Economics/RDH | 2030 | | |
| Erskine Dental | 340 | Pentron Clinical Technologies | 1241 | | |
| Essential Dental Systems, Inc. | 642 | PeriOptix | 461 | | |
| Exacta Dental Products | 2713 | Pesavento & Pesavento, Ltd. | 763 | | |
| Eximed Scientific Corp. | 359 | Pfizer Consumer Healthcare | 453 | | |
| FDI World Dental Federation | SE21 | Philips/Sonicare | 1457 | | |
| FLORIDA PROBE | 136 | Photomed International | 345 | | |
| Filhol Dental USA | 540 | Piezosurgery | 1960 | | |
| First Medica Corporation | 865 | Pink Tooth | 146 | | |
| First Pacific Corp. | 347 | Plak Smacker | 562 | | |
| Flight Dental Systems | 2855 | Planmeca Inc. | 1250 | | |
| | | Plasdent Corporation | 611 | | |