Attachment 1

Volume in drive C has no label.
Volume Serial Number is 2079-6B44

Directory of C:\CADI

| Date | Time | Size | Filename | Note |
|---|---|---|---|---|
| 11/08/2005 | 03:39 PM | 995,840 | ctpBridge.dll | ---- NEW FILE does not exist in MediaDent |
| 10/14/2004 | 02:48 PM | 723,456 | ctpCoreUnicode.dll | |
| 01/26/2005 | 02:52 PM | 2,481,152 | CtpCosmetic.dll | |
| 11/09/2005 | 03:09 PM | 1,359,360 | ctpDirExport.dll | |
| 11/08/2005 | 03:53 PM | 1,298,432 | ctpDirImport.dll | |
| 11/08/2005 | 03:27 PM | 1,026,560 | ctpOptimize.dll | |
| 12/06/2005 | 10:59 AM | 1,318,400 | ctpPrintClassic.dll | |
| 09/15/2005 | 03:22 PM | 2,985,472 | ctpReporter.dll | ---- NEW FILE does not exist in MediaDent |
| 11/08/2005 | 03:54 PM | 1,088,512 | ctpSalvage.dll | |
| 11/08/2005 | 03:34 PM | 1,468,416 | ctpStatusFullScreen.dll | |
| 11/08/2005 | 03:55 PM | 1,483,264 | ctpTwain.dll | |
| 09/07/2005 | 01:52 PM | 1,260,032 | ctpVfwStillCap.dll | |
| 11/30/2005 | 01:44 PM | 1,417,728 | ctpWdmStillCap.dll | |
| 11/30/2005 | 03:05 PM | 1,841,664 | ctpWdmVideo.dll | |
| 09/07/2005 | 01:23 PM | 1,310,720 | ctpXRayCombix2000.dll | |
| 11/29/2005 | 09:12 AM | 1,167,360 | ctpXRayDemo.dll | |
| 10/14/2005 | 02:16 PM | 1,286,656 | ctpXRayDenoptiX.dll | |
| 11/08/2005 | 03:41 PM | 1,181,184 | ctpXRayDexis.dll | |
| 09/07/2005 | 01:54 PM | 2,500,608 | ctpXRayDigident.dll | |
| 11/08/2005 | 03:59 PM | 1,354,752 | ctpXRayDigora.dll | |
| 09/07/2005 | 01:51 PM | 2,271,232 | ctpXRayEva.dll | |
| 12/15/2005 | 08:49 AM | 1,591,296 | ctpXRayExcalibur.dll | |
| 09/07/2005 | 01:39 PM | 1,285,632 | ctpXRayFimet.dll | |
| 11/30/2005 | 01:59 PM | 1,217,536 | ctpXRayGendex.dll | |
| 11/08/2005 | 03:58 PM | 1,345,024 | ctpXRayImax.dll | |
| 09/07/2005 | 01:47 PM | 1,299,968 | ctpXRayInstrumentarium.dll | |
| 11/08/2005 | 03:56 PM | 1,332,736 | ctpXRayMarconi.dll | |
| 11/09/2005 | 11:44 AM | 1,144,320 | ctpXRayMorita.dll | |
| 09/07/2005 | 02:00 PM | 1,330,176 | ctpXRayOwandy.dll | |
| 09/07/2005 | 01:40 PM | 2,476,544 | ctpXRayPlanmeca.dll | |
| 11/08/2005 | 03:59 PM | 1,207,808 | ctpXRayProgeny.dll | |
| 09/07/2005 | 01:48 PM | 2,391,552 | ctpXRaySarSUx.dll | |

```
11/23/2005  10:13 AM         1,399,808 ctpXRayScanX.dll
09/07/2005  01:45 PM         1,302,528 ctpXRaySchick.dll
09/07/2005  01:55 PM         2,405,376 ctpXRaySchickCDRPan.dll
09/26/2005  03:06 PM         1,431,552 ctpXRaySDX.dll
09/07/2005  01:59 PM         1,246,720 ctpXRaySirona.dll
09/07/2005  02:04 PM         1,222,656 ctpXRaySopro.dll
11/25/2005  05:36 PM         1,397,760 ctpXRayTrophy.dll
09/07/2005  01:50 PM         2,437,632 ctpXRayVisualiX.dll
              40 File(s)     61,287,424 bytes
               0 Dir(s)   5,988,614,144 bytes free
```

# 4285830_v1