Attachment 2

Volume in drive C has no label.
Volume Serial Number is 2079-6B44

Directory of C:\CADI

| | | |
|---|---|---|
| 02/03/2005 11:11 AM | 874 ctpBridge.ini---- NEW FILE does not exist in MediaDent |
| 10/06/2005 08:59 AM | 5,375 ctpCore.ini |
| 12/09/2004 03:15 PM | 248 ctpCosmetic.ini |
| 10/27/2005 10:58 AM | 545 ctpDirExport.ini |
| 08/17/2005 10:17 AM | 259 ctpDirImport.ini |
| 08/25/2005 01:57 PM | 2,262 ctpOptimize.ini |
| 08/17/2005 07:52 AM | 5,687 ctpPrintClassic.ini |
| 02/04/2005 04:10 PM | 1,718 ctpReporter.ini---- NEW FILE does not exist in MediaDent |
| 07/01/2003 10:05 AM | 91 ctpSalvage.ini |
| 11/30/2005 12:45 PM | 416 ctpSerialDevices.ini |
| 08/17/2005 10:20 AM | 361 ctpStatusFullScreen.ini |
| 08/17/2005 10:20 AM | 1,425 ctpTwain.ini |
| 11/28/2006 12:36 PM | 288 ctpUser.ini |
| 06/26/2003 03:27 PM | 787 ctpVfwStillCap.ini |
| 08/17/2005 10:20 AM | 1,277 ctpWdmStillCap.ini |
| 07/01/2003 10:05 AM | 123 ctpWdmVideo.ini |
| 11/30/2005 12:45 PM | 18,062 ctpWDMVideoDevices.ini |
| 08/17/2005 10:20 AM | 860 ctpXRayCombix2000.ini |
| 08/17/2005 10:20 AM | 316 ctpXRayDemo.ini |
| 05/15/2003 02:09 PM | 373 ctpXRayDenoptiX.ini |
| 08/25/2005 02:04 PM | 891 ctpXRayDexis.ini |
| 08/17/2005 10:21 AM | 884 ctpXRayDigident.ini |
| 02/18/2005 12:13 PM | 368 ctpXRayDigora.ini |
| 03/04/2003 01:35 PM | 307 ctpXRayEva.ini |
| 12/01/2005 03:16 PM | 2,906 ctpXRayExcalibur.ini |
| 12/03/2002 09:06 AM | 363 ctpXRayFimet.ini |
| 11/23/2005 03:11 PM | 553 ctpXRayGendex.ini |
| 11/02/2005 10:35 AM | 863 ctpXRayImax.ini |
| 12/02/2004 03:33 PM | 453 ctpXRayInstrumentarium.ini |
| 10/06/2005 09:29 AM | 1,155 ctpXRayMarconi.ini |
| 03/31/2005 12:02 PM | 331 ctpXRayMorita.ini |
| 02/18/2005 02:59 PM | 685 ctpXRayMoritaDaemon.ini |

```
10/06/2005  09:30 AM              735 ctpXRayOwandy.ini
06/14/2004  04:04 PM              616 ctpXRayPlanmeca.ini
10/26/2005  12:16 PM              616 ctpXRayProgeny.ini
01/24/2003  02:54 PM              359 ctpXRaySarSUx.ini
08/25/2005  02:05 PM              997 ctpXRayScanX.ini
08/17/2005  10:21 AM              655 ctpXRaySchick.ini
08/17/2005  10:21 AM              470 ctpXRaySchickCDRPan.ini
08/25/2005  02:07 PM            2,323 ctpXRaySDX.ini
11/29/2005  02:03 PM              636 ctpXRaySirona.ini
07/15/2005  08:47 AM            1,051 ctpXRaySopro.ini
11/03/2005  10:13 AM            1,963 ctpXRayTrophy.ini
03/18/2003  12:26 PM              749 ctpXRayVisualiX.ini
              44 File(s)        62,276 bytes
               0 Dir(s)   5,988,610,048 bytes free
```

# 4285840_v1