Attachment 3

```
 Volume in drive C has no label.
 Volume Serial Number is 2079-6B44

 Directory of C:\CADI

08/16/2002  02:08 PM         7,445 ctpCoreFullScreen1024x768.dsk
10/25/2004  04:12 PM         8,120 ctpCoreFullScreen1152x864.dsk
10/25/2004  04:12 PM         8,120 ctpCoreFullScreen1280x1024.dsk
10/05/2005  01:57 PM         9,526 ctpCoreNormalCADI_1024x768.dsk
10/05/2005  04:51 PM         9,516 ctpCoreNormalCADI_1024x768_ENDO.dsk
10/05/2005  02:19 PM         9,738 ctpCoreNormalCADI_1152x864.dsk
10/05/2005  05:09 PM         9,516 ctpCoreNormalCADI_1152x864_ENDO.dsk
10/05/2005  02:35 PM         9,546 ctpCoreNormalCADI_1280X1024.dsk
10/05/2005  05:17 PM         9,528 ctpCoreNormalCADI_1280X1024_ENDO.dsk
10/05/2005  02:45 PM         9,522 ctpCoreNormalCADI_800x600_ADM.dsk
10/05/2005  02:24 PM           455 ctpCoreNormalCADI_1280X1024.dsk_bfo1
10/05/2005  01:54 PM           455 ctpCoreNormalCADI_1024x768.dsk_bfo1
11/17/2004  10:58 AM         1,482 ctpDirExport1024x768.dsk
06/24/2004  03:20 PM         1,485 ctpDirExport1280x1024.dsk
11/23/2004  11:40 PM         1,326 ctpDirImport1024x768.dsk
03/31/2004  06:33 PM         2,757 ctpDirImport1135x856.dsk
12/07/2004  04:00 PM         1,324 ctpDirImport1152x864.dsk
12/04/2004  07:22 AM         1,329 ctpDirImport1280x1024.dsk
10/05/2005  09:22 AM           957 ctpPrintClassic1024x768.dsk
12/07/2004  04:00 PM           957 ctpPrintClassic1152x864.dsk
12/04/2004  07:23 AM           957 ctpPrintClassic1280x1024.dsk
12/03/2004  05:32 PM           949 ctpPrintClassic800x600_ADM_STN.dsk
10/19/2004  11:12 AM           344 ctpReporter1024x768.dsk
11/19/2004  01:17 PM           768 ctpSalvage1024x768.dsk
03/07/2003  01:45 PM           775 ctpSalvage1135x856.dsk
10/05/2005  01:42 PM           874 ctpStatusFullScreen1024x768.dsk
12/07/2004  10:59 AM           686 ctpStatusFullScreen1152x864.dsk
12/04/2004  07:24 AM           686 ctpStatusFullScreen1280x1024.dsk
10/17/2004  11:05 PM         2,022 ctpTwain1024x768.dsk
10/17/2004  11:03 PM         2,021 ctpTwain1152x864.dsk
10/18/2004  06:47 PM         2,024 ctpTwain1280X1024.dsk
09/15/2003  01:17 PM         2,154 ctpVfwStillCap1024x768.dsk
04/02/2004  09:04 AM         2,152 ctpWdmStillCap1024x768.dsk
10/18/2004  06:06 PM         2,070 ctpWdmStillCap1024x768_ENDO_LIBRARY.dsk
12/04/2004  07:12 AM         2,153 ctpWdmStillCap1024x768_STATUS.dsk
09/11/2003  03:21 PM         2,668 ctpWdmStillCap1135x856.dsk
03/30/2004  12:11 AM         2,152 ctpWdmStillCap1152x864.dsk
10/18/2004  10:32 AM         2,072 ctpWdmStillCap1152x864_ENDO_LIBRARY.dsk
12/04/2004  07:14 AM         2,156 ctpWdmStillCap1152x864_STATUS.dsk
03/31/2004  06:17 PM         2,158 ctpWdmStillCap1280X1024.dsk
10/18/2004  10:16 AM         2,072 ctpWdmStillCap1280X1024_ENDO_LIBRARY.dsk
10/18/2004  06:28 PM         2,165 ctpWdmStillCap1280X1024_STATUS.dsk
03/31/2004  08:08 PM         3,355 ctpWdmVideo1024x768.dsk
03/31/2004  08:13 PM         2,673 ctpWdmVideo1280x1024.dsk
10/26/2004  10:44 AM         1,264 ctpXRayCombix20001024x768.dsk
10/26/2004  11:46 AM           629 ctpXRayCombix20001152x864.dsk
10/26/2004  10:44 AM           629 ctpXRayCombix20001280x1024.dsk
10/05/2005  12:34 PM         1,420 ctpXRayDemo1024x768.dsk
12/07/2004  01:05 PM         1,419 ctpXRayDemo1152x864.dsk
12/07/2004  09:02 AM         1,418 ctpXRayDemo1280x1024.dsk
05/22/2003  02:39 PM         2,335 ctpXRayDenoptiX1024x768.dsk
12/03/2004  11:10 AM         1,669 ctpXRayDexis1024x768.dsk
```

```
11/11/2004  03:18 PM             1,658 ctpXRayDexis1152x864.dsk
10/18/2004  07:10 PM             1,665 ctpXRayDexis1280x1024.dsk
10/26/2004  11:08 AM             1,264 ctpXRayDigident1024x768.dsk
10/26/2004  11:08 AM               628 ctpXRayDigident1152X864.dsk
10/26/2004  11:47 AM               629 ctpXRayDigident1280x1024.dsk
02/21/2005  03:30 PM             3,201 ctpXRayDigora1024x768.dsk
02/21/2005  03:43 PM             3,201 ctpXRayDigora1152x864.dsk
02/21/2005  03:48 PM             3,205 ctpXRayDigora1280x1024.dsk
03/04/2003  04:34 PM             1,420 ctpXRayEva1024x768.dsk
03/04/2003  04:38 PM             1,420 ctpXRayEva1135x856.dsk
12/08/2005  08:36 AM             2,191 ctpXRayExcalibur1024x768.dsk
12/01/2005  03:06 PM             2,192 ctpXRayExcalibur1280x1024.dsk
12/04/2002  04:00 PM             1,420 ctpXRayFimet1024x768.dsk
11/28/2005  04:10 PM             4,781 ctpXRayGendex1024x768.dsk
11/28/2005  04:08 PM             4,782 ctpXRayGendex1152x864.dsk
11/30/2005  11:58 AM             4,785 ctpXRayGendex1280x1024.dsk
11/29/2004  03:24 PM             1,418 ctpXRayImax1024x768.dsk
01/27/2003  11:40 AM             2,334 ctpXRayInstrumentarium1024x768.dsk
12/04/2004  06:59 AM             2,038 ctpXRayMarconi1024x768.dsk
12/07/2004  03:59 PM             2,039 ctpXRayMarconi1152x864.dsk
12/04/2004  07:27 AM             2,043 ctpXRayMarconi1280x1024.dsk
12/10/2002  03:46 PM             1,419 ctpXRayMorita1024x768.dsk
10/30/2002  04:43 PM             1,420 ctpXRayMorita1135x856.dsk
09/20/2004  01:03 PM             1,692 ctpXRayOwandy1024x768.dsk
09/20/2004  02:54 PM             1,692 ctpXRayOwandy1135x856.dsk
06/14/2004  10:24 AM             3,197 ctpXRayPlanmeca1024x768.dsk
06/11/2004  11:32 AM             3,208 ctpXRayPlanmeca1135x856.dsk
10/26/2005  12:35 PM             1,512 ctpXRayProgeny1024x768.dsk
07/29/2002  10:28 AM             1,420 ctpXRayProgeny1135x856.dsk
10/26/2005  02:01 PM             1,417 ctpXRayProgeny1280x1024.dsk
01/19/2005  05:44 PM             1,421 ctpXRayProgeny1440x900.dsk
11/03/2004  03:06 PM             1,428 ctpXRayProgeny1680x1050.dsk
02/18/2003  12:03 PM             1,420 ctpXRaySarSUx1024x768.dsk
01/16/2003  02:01 PM             2,079 ctpXRayScanX1024x768.dsk
10/26/2004  11:02 AM             1,420 ctpXRaySchick1024x768.dsk
10/26/2004  11:00 AM             1,416 ctpXRaySchick1152X864.dsk
10/26/2004  10:58 AM             1,416 ctpXRaySchick1280x1024.dsk
10/26/2004  11:02 AM             2,463 ctpXRaySchickCDRPan1024x768.dsk
10/26/2004  11:05 AM             1,417 ctpXRaySchickCDRPan1152x864.dsk
10/26/2004  11:05 AM             1,416 ctpXRaySchickCDRPan1280x1024.dsk
10/26/2004  11:45 AM             1,929 ctpXRaySDX1024x768.dsk
01/03/2002  02:17 PM             1,418 ctpXRaySDX1135x856.dsk
10/26/2004  11:45 AM             1,929 ctpXRaySDX1152x864.dsk
10/27/2004  09:23 AM             1,925 ctpXRaySDX1280x1024.dsk
10/18/2004  08:06 PM               881 ctpXRaySirona1024x768.dsk
07/14/2005  04:42 PM             1,420 ctpXRaySopro1024x768.dsk
03/29/2005  12:36 PM             1,420 ctpXRaySopro1135x856.dsk
07/15/2005  08:40 AM             1,417 ctpXRaySopro1280x1024.dsk
10/16/2004  11:30 AM             1,420 ctpXRayTrophy1024x768.dsk
01/30/2003  03:34 PM             2,334 ctpXRayVisualiX1024x768.dsk
             102 File(s)        253,273 bytes
               0 Dir(s)   5,988,601,856 bytes free
```

#4285849_v1