UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SYNCA DIRECT, INC.,

    Plaintiff and
    Counterclaim-Defendant,

    vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and
    Counterclaim-Plaintiff,

    vs.

SYNCA, and JOHN DOES 1-5,

    Additional
    Counterclaim-Defendants.

------------------------------------------------------------x

Index No. 06-CV-1263
LEK/DRH

## DECLARATION OF TIMOTHY N. McLAUGHLIN

# 4292654_v1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

                Plaintiff,

~against~

MULTIMEDIA DENTAL SYSTEMS, INC.

                Defendant.

**DECLARATION OF TIMOTHY N. McLAUGHLIN**

Index No. 06-CV-1263 LEK/DRH

---

I, Timothy N. McLaughlin, hereby declare as follows:

1.

My name is Timothy McLaughlin, and I am employed as a Regional Director for MediaDent, a division of MultiMedia Dental Systems, Inc. ("MMD").

2.

On November 27, 2006, I attended the 2006 Greater New York Dental Meeting held at the Javits Center in New York City. One of the exhibitors at this meeting was Synca. At its booth, Synca was distributing literature and CDs containing demonstration versions of its CADI v4 software ("CADI"), a software product that it was promoting for sale to the dental profession. I obtained samples of the material, including one of the CDs containing a demonstration version of the CADI software.

3.

On November 28, 2006, I delivered the demonstration CD that I obtained at the Greater New York Dental Meeting to James E. Oswell, Jr., the Executive Vice President and Chief Software Architect for MMD. Attached hereto as Exhibit No. A are true and correct copies of the materials which Synca was distributing at the meeting.

- 2 -

4.

I am over 18 years of age and suffering no legal disability. The foregoing is based on my personal knowledge and observation, and is made with the understanding it may be used in support of an application for injunctive relief or any other purpose provided by law.

5.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 11th day of December, 2006.

_____
Timothy ___ McLaughlin

# 4217497_v2