**CABINET JC. VANNESSON**
*Avocat à la Cour*

105, boulevard Haussmann - 75008 Paris
Tél. 01 40 06 02 44 - Fax 01 40 06 02 16

Palais L 151

Paris, le 24 novembre 2006

En notre qualité d'avocat conseil de Monsieur Michel VANNOYE je puis attester les éléments suivants :

- 1. Le 30 mars 2003, Monsieur Michel VANNOYE s'est rendu acquéreur des logiciels MEDIADENT et DFO de la société CATAPULT et dûment quittancée du règlement par cette société.

- 2. Par acte en date du 25 février 2004, Monsieur Michel VANNOYE a consenti à la société IMAGE LEVEL, société de droit belge dont le siège social est à HAASDONK KRUISSTRAAT 1 A – 9120 Belgique, représentée par son gérant Monsieur Xavier de TRACY, le droit de distribuer et de vendre sous les marques MEDIADENT et DFO les logiciels attenant à ces marques et ce sous différentes clauses et conditions stipulées audit acte et principalement la concession pour le monde entier.

Cabinet J.C. VANNESSON
Avocat à la Cour (Toque L 151)
105 bd. Haussmann - 75008 Paris
Tél. 01.40.06.02.44 - Fax 01.40.06.02.16

J.C. VANNESSON
AVOCAT

SELARL au capital de 7622,45 € - RCS Paris D 412 124 158 - Siret 412 124 158 00012