From: 33147426691     Page: 2/2     Date: 6/09/2005 9:58:23

Je sous-signé Michel VANNOYE demeurant 8 boulevard de la Madeleine, 75009 Paris atteste par la présente être propriétaire des droits des logiciels MEDIADENT et DFO ainsi que des codes nécessaires à leur exploitation

Paris, le 6 Septembre 2005

Michel VANNOYE