For a more rewarding practice



# Gray Falcon: Megapixel Sensor



*Adapted from 15 years of experience in high-end medical diagnostic imaging technology, CADI software along with Gray Falcon technology deliver superior images and diagnostic capabilities. This next generation sensor contains 65,000 shades of gray compared to as little as 256 with other sensors, which contributes to more information transmission, better diagnostics and image quality.*

**Sensor Specifications:**

- Offered in sizes #1 and #2 (small and large)
- 22 lp/mm resolution - exceeds film
- 16 Bit Technology - more than 16x the information of other sensors
- High impact carbon fiber case for longer life
- Digital CCD quality - not CMOS
- Scintillator coating and radiation hardened for long working life
- Kevlar encased cable – the best quality the market has seen
- New solid state USB module requires no batteries or outside power
- Highest signal to noise ratio available for the clearest x-rays ever
- Holder system designed for perfect alignment every time
- High dynamic range for better image quality and versatility
- Digital Substraction for enhanced resolution and superior caries detection



- **Price and reliability breakthrough**
- **30 months warranty included**

**1-800-667-9622**
*www.synca.com*



For a more rewarding practice



# Gray Falcon: Megapixel Sensor

*Adapted from 15 years of experience in high-end medical diagnostic imaging technology, CADI software along with Gray Falcon technology deliver superior images and diagnostic capabilities. This next generation sensor contains 65,000 shades of gray compared to as little as 256 with other sensors, which contributes to more information transmission, better diagnostics and image quality.*

**Sensor Specifications:**

- Offered in sizes #1 and #2 (small and large)
- 22 lp/mm resolution - exceeds film
- 16 Bit Technology - more than 16x the information of other sensors
- High impact carbon fiber case for longer life
- Digital CCD quality - not CMOS
- Scintillator coating and radiation hardened for long working life
- Kevlar encased cable – the best quality the market has seen
- New solid state USB module requires no batteries or outside power
- Highest signal to noise ratio available for the clearest x-rays ever
- Holder system designed for perfect alignment every time
- High dynamic range for better image quality and versatility
- Digital Substraction for enhanced resolution and superior caries detection





- **Price and reliability breakthrough**
- **30 months warranty included**

1-800-667-9622
www.synca.com

