UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

                              *Plaintiff*,        **NOTICE OF APPEARANCE**

- *against* -

                                                        Case No.: 8:06-CV-1263

MULTIMEDIA DENTAL SYSTEMS, INC.,

                              *Defendant*.

---

      PLEASE TAKE NOTICE that the law firm of Harris Beach PLLC, 54 State Street, 8th Floor, Albany, New York 12207 hereby appears as co-counsel to Stafford, Owens, Curtin and Trombley PLLC on behalf of the Plaintiff, Synca Direct, Inc.

                                                  _____
                                                  Mark J. McCarthy, Esq.
                                                  Bar Roll No.: 102152
                                                  HARRIS BEACH PLLC
                                                  *Co-Counsel for Plaintiff, Synca Direct, Inc.*
                                                  54 State Street, 8th Floor
                                                  Albany, New York 12207
                                                  Telephone: (518) 427-9700

TO:    James V. Marks, Esq.
          HOLLAND & KNIGHT LLP
          *Attorneys for Defendant, MultiMedia Dental Systems, Inc.*
          195 Broadway, 24th Floor
          New York, New York 10007
          Telephone: (212) 513-3200

          William L. Owens, Esq.
          STAFFORD, OWENS CURTIN & TROMBLEY PLLC
          *Attorneys for Plaintiff, Synca Direct, Inc.*
          One Cumberland Avenue
          P.O. Box 2947
          Plattsburgh, New York 12901
          Telephone: (518) 561-4400

L:\kbezio\SYNCA\Notice of Appearance.doc

HARRIS BEACH PLLC
ATTORNEYS AT LAW