UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,        06-CV-1263 (LEK) (DRH)

    Defendant and Counterclaim-Plaintiff,

vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

## MOTION FOR ADMISSION *PRO HAC VICE*

I, James V. Marks, am a member in good standing of the bar of this Court. My bar number is 513143. I am moving the admission of Gregory J. Digel and Edward Naughton to appear *pro hac vice* in this case as counsel for Defendant and Counterclaimant Multimedia Dental Systems, Inc.

I certify that:

1.     The proposed admittees are members in good standing of the bars of the following State Courts and/or United States Courts:

    **Gregory J. Digel:**

    **Court:**    Supreme Court of Georgia  **Date of Admission:**    July 9, 1974

    **Court:**    USDC, Northern District of Georgia  **Date of Admission:**  June 17, 1974

    **Edward Naughton:**

    **Court:**    Supreme Judicial Court of Massachusetts

    **Date of Admission:**  February 17, 1995

2.　During the twelve months immediately preceding this motion, the proposed admittees have never been admitted *pro hac vice* in this Court.

3.　The proposed admittees have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

4.　The proposed admittees are familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understand they shall be subject to the disciplinary jurisdiction of this Court.

5.　The proposed admittees understand admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

6.　The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7.　**The $30.00 fee for admission *pro hac vice* is enclosed.**

Respectfully submitted,

MOVANT

_____
James V. Marks, Esquire
Holland & Knight, LLP
195 Broadway
New York, NY 10007
Phone: 212-513-3531
Fax:    212-513-9010

PROPOSED ADMITTEES

_____
Gregory J. Digel, Esquire
Holland & Knight LLP
1201 West Peachtree St., N.E., Ste. 2000
Atlanta, GA 30309
Phone: (404) 898-8120
Fax:    (404) 881-0470

*[signature: Edward Naughton]*
Edward Naughton, Esquire
Holland & Knight LLP
10 Saint James Ave.
Boston, MA 02116

Phone: 617 523-2700
Fax:  617 523-6850