UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**IN THE MATTER OF THE APPLICATION** :

OF :

**EDWARD J. NAUGHTON** :

**VERIFIED PETITION FOR ADMISSION TO PRACTICE**

---

**FOR ADMISSION TO PRACTICE BEFORE THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

Edward J. Naughton, being sworn, deposes and says:

1. That I reside at 8 Remsen Ave., Medfield, Massachusetts, and my office address is Holland & Knight LLP, 10 Saint James Ave., Boston, Massachusetts 02116.

2. That I was admitted to practice in the courts of the Commonwealth of Massachusetts on February 17, 2005, the courts of the District of Columbia on April 3, 1995, and the courts of the State of Maryland on December 15, 1993.

3. That I was admitted to practice in the Court of Appeals for the Federal Circuit in September 2004, the Court of Appeals for the First Circuit in June 1998, the District of Massachusetts in December 1995, and the District of Connecticut in March 2000.

4. That I graduated from Georgetown University Law Center on May 31, 1993, after having completed the required courses of study.

5. That I have never been held in contempt of court, censured, suspended or disbarred by any court.

6. That I have read, and am familiar with: The Judicial Code (Title 28 U.S.C.); the Federal Rules of Civil Procedure and the Federal Rules of Evidence for the District Courts; the Federal Rules of Procedure for the District Courts; the Local Rules and general Orders for the Northern

District of New York; and the N.Y.S. Lawyer's Code of Professional Responsibility and will faithfully adhere thereto.

**WHEREFORE**, it is respectfully requested that this court order that petitioner, Edward J. Naughton, be admitted to practice before the Bar of this Court.

*[Signature]*
Petitioner

Dated: January 17, 2007

****************************************************************************

Commonwealth of Massachusetts

COUNTY OF SUFFOLK

Edward J. Naughton, being duly sworn, deposes and says that (s)he is the Petitioner in the above entitled proceeding, that (s)he has read the foregoing Petition and that it is true to his/her own knowledge.

Subscribed and sworn to before me this 17th day of January, 2007.

_____          _____
Signature – Notary Public                                Printed Name – Notary Public
                    My Commission Expires September 14, 2012
My Commission expires on _____

****************************************************************************

*Please complete the attached Sponsor Affidavit and the attached Attorney E-Filing Registration form. You may contact the clerk's office or select a date from the attached judges' monthly motion schedule for your admission to the bar.

   **Attorney E-filing Registration Form:** This will enable the clerk's office to assign you a bar roll number and password for access to our Electronic Case filing System (ECF). Your bar roll number and password will allow you to electronically file documents, view and retrieve electronic docket sheets and documents and receive electronically court orders and notices for any action which you appear as attorney of record. You will also receive future mailings regarding new rules and other general court announcements via e-mail. **If your address should change, you must complete a new attorney e-filing registration form and promptly (within ten (10) days) of such change submit it to the Clerk.** (See Local Rule 83.1(e))