UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETITIONS OF GREGORY J. DIGEL & EDWARD NAUGHTON : <br><br> For Admission to the United States District for the Northern District of New York : | AFFIDAVIT OF SPONSOR |

STATE OF NEW YORK

COUNTY OF NEW YORK

James V. Marks, being sworn, deposes and says:

1. That I am an attorney associated with the law firm of Holland & Knight LLP, and am a member in good standing with the United States District Court for the Northern District of New York. My NDNY Bar Roll Number is: 513143.

2. I make this affidavit in support of the admission of Gregory J. Digel and Edward Naughton.

3. I have known Gregory J. Digel and Edward Naughton since at least 2000 and find them to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

_____
(Sponsor)

-------------------------------------------------------------------------------------------

Subscribed and sworn to before me this /2 day of January , 2007

_____                _____
Signature – Notary Public                                            Printed Name – Notary Public

My Commission expires on  9/2/2010

Elvin Ramos
Notary Public, State of New York
NO. 01RA4870243
Qualified in Queens County
Certificate filed in New York County
Commission Expires September 2, 2010