UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: Gregory    Middle Name: James

Last Name: Digel    If appropriate, check one: Sr.☐  Jr.☐  II☐  III☐

Firm Name: Holland & Knight LLP

Firm Address: 1201 West Peachtree St., N.E., Suite 2000

City Atlanta    State: GA    Zip Code: 30309

Firm Phone Number: (404) 817-8500    Direct Dial: (404) 898-8120

Number:

Fax Number: (404) 881-0470    Internet E-Mail Address: greg.digel@hklaw.com

The following information must be completed by attorneys applying for admission and submitted with your petition:

**TYPE OF ADMISSION APPLIED FOR:** ☐PERMANENT  ☒PRO-HAC VICE - Case Number Required: 8:06-cv-01263-LEK-DRH

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: [signature]

Date: 1/4/7

| COURT USE ONLY | |
|---|---|
| Assigned Bar Roll # | |
| Receipt # | |
| Date of Admission: | / / |
| Revised: | / / By: |