UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

NEW ATTORNEY E-FILING REGISTRATION FORM
**PLEASE TYPE**

This form is used for creating new accounts **(Newly Admitted Attorneys Only)** on the Court's Electronic Case Filing System(ECF).

First Name: **Edward**           Middle Name: **J.**

Last Name: **Naughton**          If appropriate, check one: Sr.☐  Jr.☐  II☐  III☐

Firm Name: **Holland & Knight LLP**

Firm Address: **10 Saint James Avenue**

City: **Boston**    State: **Massachusetts**  Zip Code: **02116**

Firm Phone Number: **617 523 2700**    Direct Dial: **617 854 1401**

Fax Number: **617 523 6850**           Internet E-Mail Address: **edward.naughton@hklaw.com**

The following information must be completed by attorneys applying for admission and submitted with your petition:

TYPE OF ADMISSION APPLIED FOR: ☐PERMANENT ☒PRO-HAC VICE - Case Number Required: 8:06-cv-01263-LEK-DRH

By submitting this printed and signed form, I hereby agree to abide by all Court rules, orders, policies and procedures governing the use of the electronic filing system (CM/ECF). I also consent to service by electronic means in the circumstances permitted under those rules, orders, policies and procedures. I understand that the combination of user i.d. (Bar Roll #) and password will serve as my signature for filing documents pursuant to Rule 11 of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure and the Local Rules of this court. I agree to protect the security of my password and immediately notify the Clerk of Court if I suspect my password has been compromised. Also, as a participating attorney, I will promptly notify the Clerk of Court if there is a change in my personal data, such as name, e-mail address, firm address, telephone number, etc.

Attorney Signature: [signature]
Date: January 17, 2007

COURT USE ONLY
Assigned Bar Roll # _____
Receipt # _____
Date of Admission: _____
Revised: ___/___/___ By: _____

# 4271272_v2