

# CERTIFICATE OF GOOD STANDING

| | |
|---|---|
| **UNITED STATES OF AMERICA** | } |
| | } ss. |
| **NORTHERN DISTRICT OF GEORGIA** | } |

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **GREGORY J. DIGEL , State Bar No. 221750**, was duly admitted to practice in said Court on June 17, 1974, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 29th day of December, 2006.

JAMES N. HATTEN
CLERK OF COURT



By: _____
Jamee Holland
Deputy Clerk



| | | |
|---|---|---|
| LEAH WARD SEARS, CHIEF JUSTICE<br>CAROL W. HUNSTEIN, PRESIDING JUSTICE<br>ROBERT BENHAM<br>GEORGE H. CARLEY<br>HUGH P. THOMPSON<br>P. HARRIS HINES<br>HAROLD D. MELTON<br>    JUSTICES | **Supreme Court**<br>**State of Georgia**<br>STATE JUDICIAL BUILDING<br>**Atlanta 30334** | THERESE S. BARNES, CLERK<br>JEAN RUSKELL, REPORTER |

December 29, 2006

    I hereby certify that Gregory J. Digel, Esq., was admitted on the ninth day of July, 1974, as a member of the bar of the Supreme Court of Georgia, the highest court of this State; and, since that date he has been and is now a member of this bar in good standing, as appears from the records and files in this office.

    Witness my signature and the seal of this Court hereto affixed the day and year first above written.

*Nathaniel J. Middleton*
Deputy Clerk, Supreme Court of Georgia