UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SYNCA DIRECT, INC.,

    Plaintiff and
    Counterclaim-Defendant,

    vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and
    Counterclaim-Plaintiff,

    vs.

SYNCA, and JOHN DOES 1-5,

    Additional
    Counterclaim-Defendants.
-----------------------------------------------------------x

Index No. 06-CV-1263
LEK/DRH

<u>Certificate of Service</u>

I hereby certify, pursuant to Title 28 U.S.C.§1746, that on January 17, 2006, I served a true copy of the Reply Brief of Multimedia Dental Systems, Inc. in Support of Motion for Temporary restraining Order and Preliminary Injunction by UPS overnight courier, properly addressed to:

Mark J. McCarthy, Esq
Harris Beach PLLC
54 State Street, 8th Floor
Albany, NY 12207

William L. Owens, Esq.
Stafford, Owens Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 17, 2006

                                                           Elvin Ramos