## STAFFORD, OWENS, CURTIN & TROMBLEY
### PLLC
ATTORNEYS & COUNSELLORS AT LAW

Affiliated with HARRIS BEACH, PLLC

One Cumberland Avenue   P.O. Box 2947   Plattsburgh, NY 12901
ph 518.561.4400   soctlaw.com   fax 518.561.4848

William L. Owens
Dennis D. Curtin
Edward J. Trombley
Thomas M. Murnane
Susanna S. Piller
Thomas W. Plimpton
Jacqueline M. Kelleher

Heather Deare West
Jessica L. Miller

Ronald B. Stafford
(1935-2005)

January 18, 2007

Hon. Lawrence E. Kahn
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York   12207

RE:   **SYNCA v. Multimedia v. SYNCA – Case #:   8:06-cv-1263**

Dear Judge Kahn:

We would request the opportunity to submit additional affidavits and a brief prior to your ruling on the temporary relief as requested in my previously filed Affirmation, dated January 16, 2007, as we have been in contact with the individuals located outside the United States who have agreed to execute affidavits.

Very truly yours,

STAFFORD, OWENS, CURTIN
& TROMBLEY, PLLC

By: William L. Owens, Esq.

WLO/taf
CC: James V. Marks, Esq.
    Mark McCarthy, Esq.
    Raymond Monette (via E-Mail)