**Holland + Knight**

Tel 212 513 3200
Fax 212 385 9010

Holland & Knight LLP
195 Broadway
New York, NY 10007-3189
www.hklaw.com

James V. Marks
212 531 3531
james.marks@hklaw.com

January 18, 2007

VIA ECF

Hon. Lawrence E. Kahn
United States District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207-2926

    Re:    Synca Direct Inc. v. MultiMedia Dental Systems, Inc.
            Index No.: 06-CV-1263

Dear Judge Kahn:

    We represent the defendant and counterclaim-plaintiff MultiMedia Dental Systems, Inc. ("MMD") in the above-referenced action and write in response to Mr. Owens' January 18, 2007 letter to Your Honor wherein he requests permission for Plaintiff to file additional papers in opposition to MMD's pending application for a preliminary injunction.

    MMD respectfully opposes Mr. Owens' request. Plaintiff has been aware of MMD's copyright infringement claims for some time. As Your Honor is aware, it was Plaintiff who commenced this action, nearly three months ago, on the theory that it had valid rights to the software at issue. Plaintiff knew that MMD disagreed with this assertion, and during the Rule 26 conference Plaintiff was expressly informed that MMD would seek injunctive relief to protect its valuable intellectual property. As such, Plaintiff should not be heard to complain now that it is not prepared to oppose the application within the time selected by the Court. In any event, for all the reasons set out in the reply papers that MMD submitted, the facts that Plaintiff seeks to establish through affidavits are irrelevant and do not establish a viable defense to Plaintiff's admitted infringement.

    If, however, the Court is inclined to grant Plaintiff's request, MMD respectfully requests that the Court require Plaintiff to serve any supplemental papers, including translations of non-English documents, by close of business on January 19, 2007 and that MMD be given until the

Hon. Lawrence E. Kahn
January 18, 2007
Page 2

close of business on January 22, 2007 to file responsive papers. This schedule will allow the Court sufficient time to consider the parties' submissions before the hearing on the morning of January 24, 2007.

Respectfully submitted,

*[signature]*

James V. Marks

JVM:cpm

cc:   William Owens, Esq.
      Mark McCarthy, Esq.

# 4309074_v2