# STAFFORD, OWENS, CURTIN & TROMBLEY
## PLLC
### ATTORNEYS & COUNSELLORS AT LAW
Affiliated with HARRIS BEACH, PLLC

William L. Owens
Dennis D. Curtin
Edward J. Trombley
Thomas M. Murnane
Susanna S. Piller
Thomas W. Plimpton
Jacqueline M. Kelleher

Heather Deare West
Jessica L. Miller

One Cumberland Avenue    P.O. Box 2947    Plattsburgh, NY 12901
ph 518.561.4400    soctlaw.com    fax 518.561.4848

Ronald B. Stafford
(1935-2005)

January 18, 2007

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
JAN 19 2007
LAWRENCE K. BAERMAN, CLERK
ALBANY

Hon. Lawrence E. Kahn
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York   12207

RE:  **SYNCA v. Multimedia v. SYNCA – Case #:   8:06-cv-1263**

Dear Judge Kahn:

We would request the opportunity to submit additional affidavits and a brief prior to your ruling on the temporary relief as requested in my previously filed Affirmation, dated January 16, 2007, as we have been in contact with the individuals located outside the United States who have agreed to execute affidavits.

\*\*\*Request is granted in part and denied in part. The Plaintiff may submit additional affidavits only, in English, by 9:00 A.M. Monday, Jamuary22nd. No additional papers will be accepted. The defendants may, if they choose, respond to the additional papers by 9:00 A.M. Tuesday, January 23rd.
IT IS SO ORDERED:

U.S.D.J.   LAWRENCE E. KAHN, 01/19/07

Very truly yours,

STAFFORD, OWENS, CURTIN & TROMBLEY, PLLC

By: William L. Owens, Esq.