| **SYNCA DIRECT, INC.,** | **VS** | **MULTIMEDIA DENTAL SYSTEMS, INC.** |
|---|---|---|

*PROCEEDING:*     **ORDER TO SHOW CAUSE**

**Cause:** 17:501 Copyright Infringement

*DATE:*     01/25/07          **LAW CLERK***:*     Jacob Regenstreif

*CASE NUMBER:* **8:06-CV-1263 (LEK/DRH)**     **COURT REPORTER:** Theresa Casal

| Mark J. McCarthy | Harris, Beach | (518) 427-9700 | Synca |
| James V. Marks | Holland & Knight | (212) 513-3531 | Multimedia |
| Gregory J. Digel | Holland & Knight | (404) 898-8120 | Multimedia |
| Edward J. Naughton | Holland & Knight | (617) 523-2700 | Multimedia |
|  |  |  |  |
|  |  |  |  |

BEGINNING TIME:     10:00 A.M.          END TIME:     10:15 A.M.

**CONFERENCE MINUTES:**

APPEARANCES: All of the above (except Mr. Digel) & CRD S. Snyder. Judge Kahn admits Mr. Naughton & Mr. Digel to the NDNY pro hac vice. Mr. McCarthy states that the request for a temporary restraining order (TRO) is warranted at this time. Evidence to reexamine this TRO is forthcoming. Mr. McCarthy states that the key witnesses are currently in Europe and a course of action with these out of the country witnessess has not been ironed out. Judge Kahn allows time for the attorneys of record to iron out an agreement that can be reviewed by the Court & signed.