UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,      06-CV-1263 (LEK) (DRH)

    Defendant and Counterclaim-Plaintiff,

vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

    Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, Gregory J. Digel and Edward Naughton are hereby accepted for Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of Synca Direct, Inc. v. Multimedia Dental Systems, Inc.

IT IS SO ORDERED

Dated: ____/ 23 , 2007

                                  U.S. District Judge Lawrence E. Kahn

\# 4273705_v2