## STAFFORD, OWENS, CURTIN & TROMBLEY
PLLC
ATTORNEYS & COUNSELLORS AT LAW

Affiliated with Harris Beach, PLLC

One Cumberland Avenue   P.O. Box 2947   Plattsburgh, NY 12901
ph 518.561.4400   soctlaw.com   fax 518.561.4848

William L. Owens
Dennis D. Curtin
Edward J. Trombley
Thomas M. Murnane
Susanna S. Piller
Thomas W. Plimpton
Jacqueline M. Kelleher

Heather Deare West
Jessica L. Miller

Ronald B. Stafford
(1935-2005)

January 30, 2007

Hon. Lawrence E. Kahn
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, New York   12207

RE:   **SYNCA v. Multimedia v. SYNCA – Case #:   8:06-cv-1263**

Dear Judge Kahn:

We have made 2 proposed changes to the Order (see redlined and clean versions attached), submitted by the Defendants, that are significant from my client's perspective, as I see no reason to enjoin Synca's counsel nor affiliates who are not parties to the litigation.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

STAFFORD, OWENS, CURTIN
& TROMBLEY, PLLC

By:   William L. Owens, Esq.

WLO/taf
Enclosure
CC:   James V. Marks, Esq.
Mark McCarthy, Esq.
Raymond Monette (via E-Mail)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

SYNCA DIRECT, INC.,

        Plaintiff,
        Counterclaim-Defendant,

    vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

        Defendant and
        Counterclaim-Plaintiff,

    vs.

SYNCA, and JOHN DOES 1-5,

        Additional
        Counterclaim-Defendants.

**PRELIMINARY INJUNCTION ORDER**

Index No.: 06-CV-1263
LEK/DRH

The above-styled matter has come before the Court on the application of Multimedia Dental Systems, Inc. ("MMD") for an Order requiring the Counterclaim-Defendant, Synca Direct, Inc. ("Synca"), to show cause why a temporary restraining order and preliminary injunction should not be issued to prevent Synca from infringing MMD's rights in digital x-ray and dental imaging software known as MediaDent Dental Imaging v.4.5 ("MediaDent D.I.") which is covered by U.S. Copyright Office Certificate of Registration Number TX-6-159-013. Having read and considered MMD's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), and all materials offered in support of and opposition to the Motion, and counsel for Plaintiff and Counter-Claim Defendant having conceded in open Court that MMD is entitled to a Preliminary Injunction on the record before the Court, it is hereby

ORDERED that, Synca, its principals, directors, officers, subsidiaries, agents, employees, successors, assigns, and all other persons or entities acting in concert with them or who have actual notice of this Order are preliminarily enjoined from:

    (a) imitating, copying or making any other infringing use or infringing

**Deleted:** affiliates,
**Deleted:** attorneys,
**Deleted:** L:\wpdocs\Correspo\TLD\WLO\Synca_Preliminary Injunction Order_REDLINED_1-29-07.doc

C:\Documents and Settings\tfountai SOCTLAW\Local Settings\Temporary Internet Files\OLK3F\Synca_Preliminary Injunction Order_REDLINED_1-29-07.doc

distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMDs certificate of copyright registration number TX-6-159-013;

    (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy, or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

    (c) engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright, and

    (d) assisting, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred to in subparagraphs (a) — (c) above; and

DATED:    Albany, New York
             January__, 2007

TIME OF ISSUANCE: _____

                          SO ORDERED:

                          _____
                          The Honorable Lawrence E. Kahn
                          United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

SYNCA DIRECT, INC.,

        Plaintiff,
        Counterclaim-Defendant,

        vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

        Defendant and
        Counterclaim-Plaintiff,

        vs.

SYNCA, and JOHN DOES 1-5,

        Additional
        Counterclaim-Defendants.

**PRELIMINARY INJUNCTION ORDER**

Index No.: 06-CV-1263
LEK/DRH

      The above-styled matter has come before the Court on the application of Multimedia Dental Systems, Inc. ("MMD") for an Order requiring the Counterclaim-Defendant, Synca Direct, Inc. ("Synca"), to show cause why a temporary restraining order and preliminary injunction should not be issued to prevent Synca from infringing MMD's rights in digital x-ray and dental imaging software known as MediaDent Dental Imaging v.4.5 ("MediaDent D.I.") which is covered by U.S. Copyright Office Certificate of Registration Number TX-6-159-013. Having read and considered MMD's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), and all materials offered in support of and opposition to the Motion, and counsel for Plaintiff and Counter-Claim Defendant having conceded in open Court that MMD is entitled to a Preliminary Injunction on the record before the Court, it is hereby

      ORDERED that, Synca, its principals, directors, officers, subsidiaries, agents, employees, successors, assigns, and all other persons or entities acting in concert with them or who have actual notice of this Order are preliminarily enjoined from:

        (a) imitating, copying or making any other infringing use or infringing

distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMDs certificate of copyright registration number TX-6-159-013;

    (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy, or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

    (c) engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright, and

    (d) assisting, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred to in subparagraphs (a) — (c) above; and

DATED:    Albany, New York
           January__, 2007
TIME OF ISSUANCE: _____

                                      SO ORDERED:

                                      _____

                                      The Honorable Lawrence E. Kahn
                                      United States District Judge