AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __NEW YORK__

SYNCA DIRECT, INC.,
Plaintiff and Counterclaim-Defendant,

v.

MULTIMEDIA DENTAL SYSTEMS, INC.,
Defendant and Counterclaim-Plaintiff,

v.

SYNCA and JOHN DOES 1-5,
Additional Counterclaim-Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 06-CV-1263 (LEK) (DRH)

TO: (Name and address of Defendant)

Synca
337 Marion, Le Gardeur
PQ Canada J5Z 4W8

John Does 1-5
Address Unknown

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

HOLLAND & KNIGHT LLP
James V. Marks (Bar No. 513143)
195 Broadway
New York, New York 10007
(212) 513 3200
(212) 385 9010 (fax)
james.marks@hklaw.com

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LAWRENCE K. BAERMAN

CLERK

(By) DEPUTY CLERK

DATE 11/29/06



**Ministère
de la Justice**

# Québec

| **Bordereau de transmission par télécopieur** |

### Direction générale des affaires juridiques et législatives
Direction du droit administratif
1200 route de l'Église, 2e étage
Québec (Québec)
G1V 4M1

| Date d'envoi : 2007-03-21 | Heure d'envoi : 15:28:57 | Nombre de page(s) incluant le présent bordereau : 5 |

| Destinataire : | c/o Mr. Marks (Hague Convention - Synca Direct |
| Télécopieur : | 2123859010 |

| Expéditeur : | Sylvie St-Germain Gaudreau |
| Télécopieur : | 418 646-6983 |
| Téléphone : | 418 643-1436, poste 20748 |
| Courriel : | sst-germain-gaudreau@justice.gouv.qc.ca |

**Message :**

**\*\*AVIS DE CONFIDENTIALITÉ\*\***

Les présents documents sont confidentiels et peuvent contenir de l'information privilégiée. S'ils ne vous sont pas destinés vous êtes priés d'en préserver la confidentialité, de les détruire et d'en aviser l'expéditeur.

Merci

Dear Sir,

Further to your request, I am enclosing the completed certificate of service and the return of service made by the serving bailiff with respect to the above file.

The documents have already been transmitted by mail this afternoon.

Sincerely,

Sylvie St-G. Gaudreau
Central Authority for Québec

Me confirmer réception s.v.p./Please confirm reception
Sylvie St-G. Gaudreau
Direction du droit administratif
Ministère de la Justice
Tél: (418) 643-1436 poste 20747
Fax: (418) 646-1696
Courriel: sst-germain-gaudreau@justice.gouv.qc.ca
Site internet: http://www.justice.gouv.qc.ca/francais/programmes/sneaje/quebec1.htm

Ce message peut contenir de l'information de nature privilégiée et
confidentielle. Si vous n'êtes pas le destinataire visé ou croyez l'avoir
reçu par erreur, nous vous saurions gré d'en aviser l'émetteur. Si ce
message vous a été transmis par erreur, veuillez le détruire sans en
communiquer le contenu à d'autres personnes ou le reproduire/
NOTICE: This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient, you are hereby notified that any dissemination of the contents of this message is strictly prohibited.
If you have received this message in error, please immediately notify the sender at (418) 643-1436 (ext. 20747) and delete all copies of this e-mail message and its attachments.
Thank You.

## AFFIDAVIT

I undersigned, Melissa Payeur, bailiff trainee, having my business place situated at 577, Notre –Dame #252, Repentigny, province of Quebec, J6A 2T6, district of Joliette, certify under my oath of office:

1. On March 8th, 2007 at 5:20 pm, I served Summons, answer and complaint to Synca Direct Inc . By leaving copy to a reasonable person having the custody of his or her businesses place or businesses office which somebody was called being Stephanie Monette at 337, Marion street in Repentigny, Quebec.

Declare in Repentigny on March 8th, 2007

*[signature]*
Mélissa Payeur
Bailiff trainee

| | |
|---|---|
| CANADA, PROVINCE DE QUEBEC | Je soussigné, Mélissa Payeur ayant une place d'affaires au 577, rue Notre-Dame, bureau 252 Repentigny, district de Joliette, Huissier stagiaire du Québec, certifie sous mon serment d'office que le |
| | 8ième jour de Mars 2007, à 17h20, j'ai signifié le (la) présent(e) Summons, Answer and Complaint |
| Synca Direct Inc | à Synca Direct Inc |
| Demanderesse et Défenderesse reconv | en laissant copie dûment certifiée parlant et laissant la (les) dite(s) pièce(s) à une personne raisonnable ayant la garde à sa place d'affaires ou bureau d'affaires laquelle personne s'est nommée comme étant |
| -vs- Multimedia Dental Systems Inc. | |
| Défenderesse et Demanderesse reconv -et- Synca et John Does 1-5, | Stéphanie Monette au 337, rue Marion Repentigny, QC. |
| Défendeur reconventionnels additi | et j'ai noté sous ma signature la date et l'heure de la signification au verso de l'acte de procédure ainsi signifié. |

-----------------Honoraires-----------------

| | |
|---|---|
| Signification | 50.00 |
| Sous-total: | 50.00 |
| TPS: | 0.00 |
| TVQ: | 0.00 |
| TOTAL (9432898): | $ 50.00 |

Je certifie de plus que la distance autorisée par le C.P.C. est de 8 kilomètres et que la distance nécessairement parcourue est de 0 kilomètres.

Route: 08/03/2007 17h20 0 kms- 337, rue Marion

, ce 12 Mars 2007

*[signature: Mélissa Payeur]*
Huissier

Ministère de la Justice du Québec Direction du droit administratif ()

Signification
Original

**MICHEL GAUCHER, HUISSIER DE JUSTICE & ASSOCIÉS S.E.N.C**
☐ 577, rue Notre Dame, bureau 252, Repentigny (Québec) J6A 2T6
☐ 14, rue Davis St-Bruno, (Québec) J3V 1C8
☐ 2580, rue de la Giboulée, Terrebonne (Québec) J6X 4S3
Téléphone: **(450) 654-6511**  Fax: **(450) 654-0341**  Ligne Directe: **1-800-363-0014**

# CERTIFICATE

Addressee: _Synca Direct Inc._

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served

- the (date) _March 8, 2007 at 17H20_

- at (place, street, number) _Repentigny, Marion street, 337_

- in one of the following methods authorised by article 5:

[✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention

[ ] (b) in accordance with the following particular method

_____

_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily

The documents referred to in the request have been delivered to:

- (Identity and description of the person)