8:06cv1263
Synca Direct, Inc. v. Multimedia Dental

#34 Amended Complaint & supporting papers
STRICKEN FROM RECORD

(pursuant to 4/6/07 Order of USMJ Homer)