UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
SYNCA DIRECT, INC.,                                         :
                                                            :
       Plaintiff and                                        :
       Counterclaim-Defendant,                              :
                                                            :   06-CV-1263 LEK/DRH
       vs.                                                  :
                                                            :
MULTIMEDIA DENTAL SYSTEMS, INC.,                            :
                                                            :   <u>Revised Certificate of Service</u>
       Defendant and                                        :
       Counterclaim-Plaintiff,                              :
                                                            :
       vs.                                                  :
                                                            :
SYNCA, and JOHN DOES 1-5,                                   :
                                                            :
       Additional                                           :
       Counterclaim-Defendants.                             :
                                                            :
                                                            :
------------------------------------------------------------x

## AFFIDAVIT

I, undersigned, Mélissa Payeur, bailiff trainee, having my business place situated at 577

1. On March 8th, 2007 at 5:20 pm, I served Summons, answer and complaint to Synca Canada. By leaving copy to a reasonable person having the custody of his or her businesses place or businesses office which somebody was called being Stephanie Monette at 337, Marion street in Repentigny, Quebec.

Declare in Repentigny on March 26th, 2007

Mélissa Payeur
Bailiff trainee

CERTIFICATE

Addressee: Synca Canada

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served

   - the (date) March 8, 2007 at 17H20

   - at (place, street, number) Repentigny, Manon street 337

   - in one of the following methods authorized by Article 5:

   [✓] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention

   [ ] (b) in accordance with the following particular method

   [ ] (c) by delivery to the addressee, who accepts it voluntarily.

The documents referred to in the request have been delivered to:

   - (identity and description of person) for a person reasonable were given custody on his place or business office which somebody has called as being Stephanie Monette.

   - relationship to the addressee (family, business or other): Business

2) that the document has not been served, by reason of the following facts:

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached Statement.

ANNEXES
Documents returned:

Done at Repentigny, the March 26, 2007

MICHEL GAUCHER
577 NOTRE-DAME #252
Signature and/or stamp REPENTIGNY (QUEBEC)
J6A 2T6

Documents establishing the service:
Sommons, Answer and complaint