UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
SYNCA DIRECT, INC.,

                Plaintiff,

     v.                                                  No. 06-CV-1263
                                                                  (LEK/DRH)

MULTIMEDIA DENTAL SYSTEMS, INC., et al.,

                Defendants.
--------------------------------------------------------------

### ORDER

By letter dated March 30, 2007, plaintiff requested a conference concerning various discovery and procedural issues. A telephone conference was held with counsel for all parties on April 5, 2007. As directed during that conference, it is hereby

**ORDERED** that:

1. Plaintiff's amended complaint (Docket No. 34) is hereby **STRICKEN** as it was filed without leave of court as required by Fed. R. Civ. P. 15(a);

2. Plaintiff is granted leave to file a motion to file an amended complaint with such motion to be filed on or before **April 17, 2007**;

3. Plaintiff shall serve its initial disclosures required by Fed. R. Civ. P. 26(a) and its responses to defendants' outstanding discovery demands on or before **April 17, 2007**; and

4. The depositions of witnesses may not commence until after a decision is rendered on plaintiff's anticipated motion to file an amended complaint.

**IT IS SO ORDERED.**

Dated: April 6, 2007
        Albany, New York

                                                                         United States Magistrate Judge