UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

    vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,         06-CV-1263 (LEK) (DRH)

    Defendant and Counterclaim-Plaintiff,

    vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

### DECLARATION OF JAMES V. MARKS IN SUPPORT OF APPLICATION FOR A CLERK'S CERTIFICATE OF ENTRY OF DEFAULT PURSUANT TO LOCAL CIVIL RULE 55.1

JAMES V. MARKS, declares under penalties of perjury as follows:

1. I am a member of Holland & Knight LLP and one of the attorneys for Defendant and Counterclaim-Plaintiff Multimedia Dental Systems, Inc. ("MMD") in the above-referenced action.

2. I respectfully submit this Declaration in support of MMD's application for a Clerk's Certificate of Entry of Default against Additional Counterclaim-Defendants Synca, a/k/a Synca Marketing, Inc., a Quebec corporation ("Synca") pursuant to Local Civil Rule 55.1.

3. On November 22, 2006, MMD filed an Answer and Counterclaim.

4. On November 29, 2006, a Summons for the Counterclaim was issued as to the Additional Counterclaim-Defendants Synca and John Does 1-5.

5. On March 8, 2007, the Additional Counterclaim-Defendant Synca was properly served with the Summons, Answer and Counterclaim pursuant to the Hague Convention, and that proofs of service of same were filed on March 23 and 30, 2007. Attached hereto as Exhibit 1 is a copy of the Certificate of Service.

6. To date, the Additional Counterclaim-Defendant Synca has not appeared in the above-captioned action and the time for it to answer or appear has expired.

I declare under penalties of the perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Dated:   New York, New York
         April 20, 2007

                                                    JAMES V. MARKS

# 4498480_v1

# **EXHIBIT 1**



**Ministère de la Justice**
**Québec**
Direction du droit administratif

Le 30 mars 2007

Monsieur James V. Marks
HOLLAND & KNIGHT LLP
195, Broadway
New York, NY
10007  USA

OBJET :  Convention de La Haye – Signification de procédures
Demandeur :  Synca Direct Inc.
Défendeurs :  Synca Canada & als
Notre dossier :    DA-2007-000004-0079

Cher monsieur,

Suite à votre demande, vous trouverez, ci-joint, l'attestation complétée ainsi que l'original du rapport de la signification effectuée par le huissier instrumentant concernant le dossier mentionné en titre.

Veuillez agréer, l'expression de nos meilleurs sentiments.

L'Autorité centrale pour le Québec
Par :

Sylvie St-G. Gaudreau

Édifice Louis-Philippe-Pigeon
1200, route de l'Église, 2ᵉ étage
Sainte-Foy (Québec) G1V 4M1
Tél : (418) 643-1436 p. 20748
Télécopieur : (418) 646-1696
www.justice.gouv.qc.ca

sst-germain-gaudreau@justice.gouv.qc.ca
http://www.justice.gouv.qc.ca/francais/programmes/sneaje/quebec1.htm

♻ Ce papier contient 20 % de fibres recyclées, après consommation.

March 28, 2007                                                                                      <u>TRANSLATION</u>

Mr. James V. Marks
HOLLAND & KNIGHT LLP
195, Broadway
New York, NY
10007 USA

                                        ***AMENDED***
SUBJECT:   THE HAGUE CONVENTION - Service of proceedings
                Plaintiff      Synca Direct Inc.
                Defendants:  Synca Canada & als
                Our file:     DA-2007-000004-0079

Dear Sir,

Further to your request, please find enclosed the completed certificate and the original of the return of service made by the serving bailiff in respect of the above-mentioned file.

Yours truly,


Central Authority for Québec
per Sylvie St-G. Gaudreau

Enclosures

## AFFIDAVIT

I undersigned, Melissa Payeur, bailiff trainee, having my business place situated at 577, Notre –Dame #252, Repentigny, province of Quebec, J6A 2T6, district of Joliette, certify under my oath of office:

1. On March 8th, 2007 at 5:20 pm, I served Summons, answer and complaint to Synca Canada . By leaving copy to a reasonable person having the custody of his or her businesses place or businesses office which somebody was called being Stephanie Monette at 337, Marion street in Repentigny, Quebec.

Declare in Repentigny on March 26th, 2007

_____
Mélissa Payeur
Bailiff trainee

CERTIFICATE

Addressee **Synca Canada**

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1) that the document has been served

   - the (date) **MARCh 8 2007 At 17H20**

   - at (place, street, number) **Repentigny, Manion street 337**

   - in one of the following methods authorized by Article 5:

   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention

   [ ] (b) in accordance with the following particular method

   _____

   [ ] (c) by delivery to the addressee, who accepts if voluntarily.

   The documents referred to in the request have been delivered to:

   - (identity and description of person) **FOR A Person Reasonable were given custody on his place of business office, which somebody was called As being Stephanie Menette**

   - relationship to the addressee (family, business or other): **Business**

2) that the document has not been served, by reason of the following facts:

   _____

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached Statement.

ANNEXES
Documents returned:

Done at **Repentigny**, the **March 26, 2007**

Signature and/or stamp
**MICHEL GAUCHER
577 NOTRE-DAME #252
REPENTIGNY (QUÉBEC)
J6A 2T6**

Documents establishing the service:

**Sommons, Answer and complaint**

```
..........,  ..........-DE-QUEBEC
DISTRICT :
COUR


Synca Canada


          Demanderesse et Défenderesse reconv
                -vs-
Multimedia Dental Systems Inc.


          Défenderesse et Demanderesse reconv
                -et-
Synca et John Does 1-5,

          Défendeur reconventionnels additi
----------------------Honoraires------------------
Signification                    50.00
    Sous-total:                  50.00
    TPS:                          0.00
    TVQ:                          0.00
.
TOTAL  (9432898):              50.00 $
```

Je soussigné, Mélissa Payeur ayant une place d'affaires au 577, rue Notre-Dame, bureau 252 Repentigny, district de Joliette, Huissier stagiaire du Québec, certifie sous mon serment d'office que le

8ième jour de Mars 2007, à 17h20,
j'ai signifié le (la) présent(e)
Summons, Answer and Complaint

à Synca Canada

en laissant copie dûment certifiée
parlant et laissant la (les) dite(s) pièce(s)
à une personne raisonnable ayant la garde à sa place d'affaires ou bureau d'affaires laquelle personne s'est nommée comme étant

Stéphanie Monette
au 337, rue Marion
.    Repentigny, QC.

et j'ai noté sous ma signature la date et l'heure de la signification au verso de l'acte de procédure ainsi signifié.

Je certifie de plus que la distance autorisée par le C.P.C. est de 0 kilomètres et que la distance nécessairement parcourue est de 0 kilomètres.

Route: 08/03/2007 17h20 0 kms- 337, rue Marion

, ce 26 Mars 2007


Ministère de la Justice du Québec Direction du droit administratif ()           Huissier



**MICHEL GAUCHER,** HUISSIER DE JUSTICE & ASSOCIÉS S.E.N.C

☐ 577, rue Notre Dame, bureau 252, Repentigny (Québec) J6A 2T6
☐ 14, rue Davis St-Bruno, (Québec) J3V 1C8
☐ 2580, rue de la Giboulée, Terrebonne (Québec) J6X 4S3
*Téléphone:* **(450) 654-6511**   *Fax:* **(450) 654-0341**   *Ligne Directe:* **1-800-363-0014**

Signification

Copie du client

DISTRICT :
COUR

Synca Canada

    Demanderesse et Défenderesse reconv

      -vs-
Multimedia Dental Systems Inc.

    Défenderesse et Demanderesse reconv
      -et-
Synca et John Does 1-5,

    Défendeur reconventionnels additi
----------------Honoraires----------------
Signification                    50.00
   Sous-total:               50.00
   TPS:                      0.00
   TVQ:                      0.00

TOTAL (9432898):      50.00 $

Je soussigné, Mélissa Payeur ayant une place d'affaires au 577, rue Notre-Dame, bureau 252 Repentigny, district de Joliette, Huissier stagiaire du Québec, certifie sous mon serment d'office que le

8ième jour de Mars 2007, à 17h20,
j'ai signifié le (la) présent(e)
Summons, Answer and Complaint

à Synca Canada

en laissant copie dûment certifiée
parlant et laissant la (les) dite(s) pièce(s)
à une personne raisonnable ayant la garde à sa place d'affaires ou bureau d'affaires laquelle personne s'est nommée comme étant

Stéphanie Monette
au 337, rue Marion
. Repentigny, QC.

et j'ai noté sous ma signature la date et l'heure de la signification au verso de l'acte de procédure ainsi signifié.

Je certifie de plus que la distance autorisée par le C.P.C. est de 0 kilomètres et que la distance nécessairement parcourue est de 0 kilomètres.

Route: 08/03/2007 17h20 0 kms- 337, rue Marion

, ce 26 Mars 2007

Ministère de la Justice du Québec Direction du droit administratif ()      Huissier



**MICHEL GAUCHER,** HUISSIER DE JUSTICE & ASSOCIÉS S.E.N.C
☐ 577, rue Notre Dame, bureau 252, Repentigny (Québec) J6A 2T6
☐ 14, rue Davis St-Bruno, (Québec) J3V 1C8
☐ 2580, rue de la Giboulée, Terrebonne (Québec) J6X 4S3
*Téléphone:* **(450) 654-6511**   *Fax:* **(450) 654-0341**   *Ligne Directe:* **1-800-363-0014**

Signification

Copie comptable