UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim-Defendant,

        vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,        06-CV-1263 (LEK) (DRH)

    Defendant and Counterclaim-Plaintiff,

        vs.

SYNCA, and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

---

## **CLERK'S CERTIFICATE**

I, LAWRENCE K. BAERMAN, Clerk of the United States District Court for the Northern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that Defendant and Counterclaim-Plaintiff Multimedia Dental Systems, Inc. filed an Answer and Counterclaim on November 22, 2006, and that a Summons for the Counterclaim was issued as to the Additional Counterclaim-Defendants Synca, a/k/a Synca Marketing, Inc., a Quebec corporation ("Synca"), and John Does 1-5 on November 29, 2006, and that Additional Counterclaim-Defendant Synca was served with the Summons, Answer and Counterclaim on March 8, 2007, and that proofs of service of same were filed on March 23 and 30, 2007.

I further certify that the docket entries indicate that the Additional Counterclaim-Defendant Synca has not answered in the above captioned action and that the time to answer or

appear has expired.   The default of the Additional Counterclaim-Defendant Synca is hereby noted pursuant to Fed. R. Civ. P. 55(a) and Local Civil Rule 55.1.

Dated: Albany, New York
          _____, 20007

                             LAWRENCE K. BAERMAN, CLERK


                         By:_____
                            Deputy Clerk

# 4498341_v1