UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SYNCA DIRECT, INC.,
    Plaintiff and Counterclaim Defendant,

- vs -

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and Counterclaim Plaintiff,

-vs.-

SYNCA, and John DOES 1-5
    Additional Counterclaim Defendants.
-------------------------------------------------------------X

06 CV 1263 (LEK/DRH)

**Substitution of Counsel**

    **IT IS HEREBY CONSENTED** that, OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP, Park Avenue Tower, 65 East 55th Street, New York, New York 10022, be substituted as attorneys of record for the plaintiff and counterclaim defendant Synca Direct, Inc. in the above-entitled action in place and stead of Stafford, Owens, Curtin & Trombley, PLLC as of the date hereof.

Dated: May 8, 2007

STAFFORD, OWENS, CURTIN &
TROMBLEY, PLLC
   Retiring Attorneys

By: _____
   William L. Owens
   One Cumberland Ave.
   Plattsburgh, New York  12901
   (518) 561-4400

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP
   Incoming Attorneys

By: _____
   Randy M. Friedberg
   Park Avenue Tower
   65 East 55th Street
   New York, New York 10022
   (212) 451-2300

SO ORDERED
this ___ day of May, 2007

_____
UNITED STATES DISTRICT JUDGE

539003-1