# OLSHAN
OLSHAN  GRUNDMAN  FROME  ROSENZWEIG  &  WOLOSKY  LLP

PARK AVENUE TOWER
65 EAST 55TH STREET
NEW YORK, NEW YORK 10022
TELEPHONE: 212.451.2300
FACSIMILE: 212.451.2222

WWW.OLSHANLAW.COM
DIRECT DIAL: 212.451.2321
EMAIL: RFRIEDBERG@OLSHANLAW.COM

May 10, 2007

BY ELECTRONIC FILING

Hon. Lawrence E. Kahn, U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, NY 12207-2926

Re: Synca Direct, Inc. v. Multimedia Dental Systems, Inc.
06 CV 1263 (LEK/DRH)

Dear Honorable Kahn:

Attached please find a PDF file version of a Substitution of Counsel which seeks to substitute Olshan Grundman Frome Rosenzweig & Wolosky LLP as counsel of record for plaintiff and counterclaim defendant Synca Direct, Inc. in the above-referenced action. Ingoing and outgoing counsel for Synca Direct, Inc. have signed it. We respectfully request that Your Honor So-Order the document and electronically file it on the ECF system.

Thank you for your attention to this matter.

Respectfully submitted,

Randy M. Friedberg

cc: Edward J. Naughton, Esq. (by e-mail)
Gregory J. Digel, Esq. (by e-mail)
James V. Marks, Esq. (by e-mail)
Mark J. McCarthy, Esq. (by e-mail)
William L. Owens, Esq. (by e-mail)

539509-1