UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SYNCA DIRECT, INC.,
    Plaintiff and Counterclaim Defendant,

-vs-

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and Counterclaim Plaintiff,

-vs.-

SYNCA, and John DOES 1-5
    Additional Counterclaim Defendants.
------------------------------------------------------------X

06 CV 1263 (LEK/DRH)

**Substitution of Counsel**

    **IT IS HEREBY CONSENTED** that, OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP, Park Avenue Tower, 65 East 55th Street, New York, New York 10022, be substituted as attorneys of record for the plaintiff and counterclaim defendant Synca Direct, Inc. in the above-entitled action in place and stead of Stafford, Owens, Curtin & Trombley, PLLC as of the date hereof.

Dated: May 8, 2007

STAFFORD, OWENS, CURTIN &
TROMBLEY, PLLC
    Retiring Attorneys

By: _____
    William L. Owens
    One Cumberland Ave.
    Plattsburgh, New York 12901
    (518) 561-4400

OLSHAN GRUNDMAN FROME ROSENZWEIG
& WOLOSKY LLP
    Incoming Attorneys

By: _____
    Randy M. Friedberg
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

SO ORDERED
this 1st day of May, 2007

_____
David R. Homer
UNITED STATES ~~DISTRICT~~ JUDGE
Mag.

539603-1