UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SYNCA DIRECT, INC.

        Plaintiff and Counterclaim Defendant,        Civil Action No.:

        -against-        06-CV-1263 (LEK) (DRH)

MULTIMEDIA DENTAL SYSTEMS, INC,

        **NOTICE OF APPEARANCE**

        Defendant and Counterclaim Plaintiff,

        -against-

SYNCA and JOHN DOES 1-5,

        Additional Counterclaim Defendants.

------------------------------------------------------------------X

        Please enter my appearance as counsel for Defendant and Counterclaim Plaintiff, MULTIMEDIA DENTAL SYSTEMS, INC., in the above-entitled action. Kindly direct all communications on this matter to the undersigned attorney.

Dated:  Uniondale, New York
        May 17, 2007

        Yours, etc.,

        RIVKIN RADLER LLP
        Attorneys for Defendant and Counterclaim Plaintiff
        MULTIMEDIA DENTAL SYSTEMS, INC.

        By:        /s/
        Pia Riverso
        926 RexCorp Plaza
        Uniondale, New York  11556-0926
        (516) 357-3000

2036880 v1