UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SYNCA DIRECT, INC.

    Plaintiff and Counterclaim Defendant,

    -against-

MULTIMEDIA DENTAL SYSTEMS, INC,

    Defendant and Counterclaim Plaintiff,

    -against-

SYNCA and JOHN DOES 1-5,

    Additional Counterclaim Defendants.

------------------------------------------------------------X

Civil Action No.:

06-CV-1263 (LEK) (DRH)

**NOTICE OF SUBSTITUTION OF ATTORNEY**

    PLEASE TAKE NOTICE, that the attorney of record for the defendant and counterclaim plaintiff, MULTIMEDIA DENTAL SYSTEMS, INC, in the above-entitled action has been changed, and that RIVKIN RADLER LLP, whose offices are located at 926 RexCorp Plaza, Uniondale, New York, 11556-0111, has been substituted as attorneys for MULTIMEDIA DENTAL SYSTEMS, INC., by duly executed Consent to Change Attorney form attached hereto, and demands that all papers in this action be served upon them.

Dated: Uniondale, New York
       May 17, 2007

                Yours, etc.,

                RIVKIN RADLER LLP
                Attorneys for Defendant and Counterclaim Plaintiff
                Multimedia Dental Systems, Inc.
                926 RexCorp Plaza
                Uniondale, New York 11556-0926
                (516) 357-3000

2040799 v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SYNCA DIRECT, INC.,

    Plaintiff and Counterclaim Defendant,

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and Counterclaim Plaintiff,

vs.

SYNCA and JOHN DOES 1-5,

    Additional Counterclaim-Defendants.

-----------------------------------------------------------------X

06-CV-1263 (LEK) (DRH)

**SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF**

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Rivkin Radler LLP, 926 RexCorp Plaza, Uniondale, New York, 11556-0926 be, and they hereby are, substituted as the attorneys of record for Defendant and Counterclaim Plaintiff MultiMedia Dental Systems, Inc. in place of Holland & Knight, LLP.

Dated: Uniondale, New York
       May 9, 2007

HOLLAND & KNIGHT, LLP

By: _____
James V. Marks (51314)
195 Broadway
New York, NY 10007
Telephone: (212) 513-3200

MULTIMEDIA DENTAL SYSTEMS, INC.

By:_____
Scott McLaughlin
1302 Macy Drive
Roswell, GA 30076

RIVKIN RADLER LLP

By: _____
Pia E. Riverso (509670)
926 RexCorp Plaza
Uniondale, New York 11556-0926
Telephone: (516) 357-3000

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SYNCA DIRECT, INC.,                              06-CV-1263 (LEK) (DRH)

       Plaintiff and Counterclaim Defendant,     **SUBSTITUTION OF COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF**

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

       Defendant and Counterclaim Plaintiff,

vs.

SYNCA and JOHN DOES 1-5,

       Additional Counterclaim-Defendants.

-------------------------------------------------------------X

IT IS HEREBY STIPULATED, CONSENTED AND AGREED that Rivkin Radler LLP, 926 RexCorp Plaza, Uniondale, New York, 11556-0926 be, and they hereby are, substituted as the attorneys of record for Defendant and Counterclaim Plaintiff MultiMedia Dental Systems, Inc. in place of Holland & Knight, LLP.

Dated: Uniondale, New York
       May 9, 2007

HOLLAND & KNIGHT, LLP                         RIVKIN RADLER LLP

By: _____                By: _____
James V. Marks (51314)                          Pia E. Riverso (509670)
195 Broadway                                     926 RexCorp Plaza
New York, NY 10007                           Uniondale, New York 11556-0926
Telephone: (212) 513-3200                  Telephone: (516) 357-3000

MULTIMEDIA DENTAL SYSTEMS, INC.

By: _____
Scott McLaughlin
1302 Macy Drive
Roswell, GA 30076

SO ORDERED:

*David R. Homer* (signature)
_____
David R. Homer, United States Magistrate Judge

May 18, 2007

2036630 v1