UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | |
|---|---|
| SYNCA DIRECT, INC., | 06-CV-1263 (LEK) (DRH) |
| Plaintiff and Counterclaim-Defendant, | **NOTICE OF APPEARANCE** |
| -v- | |
| MULTIMEDIA DENTAL SYSTEMS, INC., | |
| Defendant and Counterclaim-Plaintiff, | |
| -v- | |
| SYNCA, and JOHN DOES 1-5, | |
| Additional Counterclaim-Defendant. | |

------------------------------------------------------------------X

## APPEARANCE

Please enter the appearance of the undersigned in the above captioned matter on behalf of the Defendant and Counterclaim-Plaintiff, Multimedia Dental Systems, Inc.

Dated: Uniondale, New York
June 11, 2007

>Defendant and Counterclaim-Plaintiff,
>MULTIMEDIA DENTAL SYSTEMS, INC.,
>
>By: _____/s/_____
>Joseph K. Poe (JP 1960)
>RIVKIN RADLER LLP
>Attorneys for Plaintiff
>926 RexCorp Plaza
>Uniondale, New York 11556-0926
>(516) 357-3000
>(516) 357-3333/Fax
>joseph.poe@rivkin.com

2047075 v1