UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SYNCA DIRECT, INC.,
    Plaintiff and Counterclaim Defendant,

    - vs -

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and Counterclaim Plaintiff,

    -vs.-

SYNCA, and John DOES 1-5
    Additional Counterclaim Defendants.
-------------------------------------------------------------- X

06 CV 1263 (LEK/DRH)

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and amongst the undersigned attorneys of record for the parties, that venue for the above-entitled action be transfered from the United States District Court, Northern District of New York to the United States District Court, Southern District of New York. The Clerk of the Court is hereby directed to effectuate the request and transfer the file.

Dated: New York, New York
      June 19, 2007

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
*Attorneys for Plaintiff*

By: _____
    Randy M. Friedberg, Esq.
    Park Avenue Tower
    65 East 55th Street
    New York, New York 10022
    (212) 451-2300

RIVKIN RADLER LLP
*Attorneys for Defendant*

By: _____
    Joseph K. Poe, Esq.
    926 EAB Plaza
    Uniondale, New York 11556
    (516) 357-3000

SO ORDERED
this 19 day of June, 2007

_____
UNITED STATES ~~DISTRICT~~ JUDGE
    Mag.

543476-1