UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

SYNCA DIRECT, INC.

        Plaintiff and Counterclaim Defendant,

        -against-

MULTIMEDIA DENTAL SYSTEMS, INC.,

        Defendant and Counterclaim Plaintiff,

        -against-

SYNCA and JOHN DOES 1-5,

        Additional Counterclaim Defendants.

-------------------------------------------------------------------X

07-CV-6030 (WHP/GWG)

**REQUEST TO ENTER DEFAULT**

TO:    J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of additional counterclaim defendant, SYNCA , pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Joseph K. Poe.

Dated: Uniondale, New York
       September 13 , 2007

                                            _____
                                            Joseph K. Poe (JP 1960)
                                            RIVKIN RADLER LLP
                                            Attorneys for Defendant/Counterclaim Plaintiff
                                            926 RexCorp Plaza
                                            Uniondale, New York 11556-0926
                                            (516) 357-3000

2075085 v1