EXHIBIT "A"



Ministère
de la Justice
Québec
Direction du droit administratif

Le 30 mars 2007

Monsieur James V. Marks
HOLLAND & KNIGHT LLP
195, Broadway
New York,  NY
10007   USA

OBJET :    Convention de La Haye – Signification de procédures
           Demandeur :  Synca Direct Inc.
           Défendeurs :  Synca Canada & als
           Notre dossier :      DA-2007-000004-0079

Cher monsieur,

Suite à votre demande, vous trouverez, ci-joint, l'attestation complétée ainsi que
l'original du rapport de la signification effectuée par le huissier instrumentant
concernant le dossier mentionné en titre.

Veuillez agréer, l'expression de nos meilleurs sentiments.

L'Autorité centrale pour le Québec
Par :

Sylvie St-G. Gaudreau

Édifice Louis-Philippe-Pigeon
1200, route de l'Église, 2ᵉ étage
Sainte-Foy (Québec)  G1V 4M1
Tél : (418) 643-1436  p. 20748
Télécopieur ; (418) 646-1696
www.justice.gouv.qc.ca

sst-germain-gaudreau@justice.gouv.qc.ca
http://www.justice.gouv.qc.ca/francais/programmes/sneaje/quebec1.htm

⊕  Ce papier contient 20 % de fibres recyclées, après consommation.

March 28, 2007                                              <u>TRANSLATION</u>

Mr. James V. Marks
HOLLAND & KNIGHT LLP
195, Broadway
New York,  NY
10007  USA


                              ***AMENDED***
SUBJECT:    THE HAGUE CONVENTION - Service of proceedings
            Plaintiff       Synca Direct Inc.
            Defendants:  Synca Canada & als
            Our file:       DA-2007-000004-0079

Dear Sir,


Further to your request, please find enclosed the completed certificate and the
original of the return of service made by the serving bailiff in respect of the
above-mentioned file.

Yours truly,



Central Authority for Québec
per Sylvie St-G. Gaudreau

Enclosures

## AFFIDAVIT

I undersigned, Melissa Payeur, bailiff trainee, having my business place situated at 577, Notre –Dame #252, Repentigny, province of Quebec, J6A 2T6, district of Joliette, certify under my oath of office:

1. On March 8th, 2007 at 5:20 pm, I served Summons, answer and complaint to Synca Canada . By leaving copy to a reasonable person having the custody of his or her businesses place or businesses office which somebody was called being Stephanie Monette at 337, Marion street in Repentigny, Quebec.

Declare in Repentigny on  March 26th, 2007

Mélissa Payeur
Bailiff trainee

CERTIFICATE

Addressee  _Synca  CanAdA_

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,

1)  that the document has been served

   - the (date)  _mARch, 8  2007 At  17H20_

   - at (place, street, number)  _Repenthgny, Man'on street 337_

   - in one of the following methods authorized by Article 5:

   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention

   [ ] (b) in accordance with the following particular method

   _____

   [ ] (c) by delivery to the addressee, who accepts if voluntarily.

The documents referred to in the request have been delivered to:

   - (identity and description of person)
   _foe A person Recsonable were given custody on his place or business office, which somebody was called As being Stephanie Manette._

   - relationship to the addressee (family, business or other):
   _Business_

2)  that the document has not been served, by reason of the following facts:

   _____

   _____

In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached Statement.

ANNEXES
Documents returned:

Done at _Reponhyy_ the _March 26, 2007_

**MICHEL GAUCHER
577 NOTRE-DAME #252
REPENTIGNY (QUÉBEC)
J6A 2T8**

Signature and/or stamp

Documents establishing the service:

_Sommons, Answer and complaint_

DISTRICT :
COUR


Synca Canada


Demanderesse et Défenderesse reconv

-vs-
Multimedia Dental Systems Inc.


Défenderesse et Demanderesse reconv
-et-
Synca et John Does 1-5,


Défendeur reconventionnels additi

--------------------Honoraires-----------------

| Signification | 50.00 |
| Sous-total: | 50.00 |
| TPS: | 0.00 |
| TVQ: | 0.00 |

TOTAL (9432898):          50.00 $

Je soussigné, Mélissa Payeur ayant une place d'affaires au 577, rue Notre-Dame, bureau 252 Repentigny, district de Joliette, Huissier stagiaire du Québec, certifie sous mon serment d'office que le

8ième jour de Mars 2007, à 17h20,
j'ai signifié le (la) présent(e)
Summons, Answer and Complaint

à Synca Canada

en laissant copie dûment certifiée
parlant et laissant la (les) dite(s) pièce(s)
à une personne raisonnable ayant la garde à sa place d'affaires ou bureau d'affaires laquelle personne s'est nommée comme étant


Stéphanie Monette
au 337, rue Marion
.  Repentigny, QC.

et j'ai noté sous ma signature la date et l'heure de la signification au verso de l'acte de procédure ainsi signifié.

Je certifie de plus que la distance autorisée par le C.P.C. est de 0 kilomètres et que la distance nécessairement parcourue est de 0 kilomètres.

Route: 08/03/2007 17h20 0 kms- 337, rue Marion

. ce 26 Mars 2007

Ministère de la Justice du Québec Direction du droit administratif ()          Huissier



**MICHEL GAUCHER, HUISSIER DE JUSTICE & ASSOCIÉS S.E.N.C**
☐ 577, rue Notre Dame, bureau 252, Repentigny (Québec) J6A 2T6
☐ 14, rue Davis St-Bruno, (Québec) J3V 1C8
☐ 2580, rue de la Giboulée, Terrebonne (Québec) J6X 4S3
*Téléphone:* **(450) 654-6511**   *Fax:* **(450) 654-0341**   *Ligne Directe:* **1-800-363-0014**

Signification

Copie du client

DISTRICT :
COUR


Synca Canada


Demanderesse et Défenderesse reconv

-vs-
Multimedia Dental Systems Inc.


Défenderesse et Demanderesse reconv
-et-
Synca et John Does 1-5,


Défendeur reconventionnels additi
-----------------Honoraires---------------

| | |
|---|---|
| Signification | 50.00 |
| Sous-total: | 50.00 |
| TPS: | 0.00 |
| TVQ: | 0.00 |
| TOTAL (9432898): | 50.00 $ |

Je soussigné, Mélissa Payeur ayant une place d'affaires au 577, rue Notre-Dame, bureau 252 Repentigny, district de Joliette, Huissier stagiaire du Québec, certifie sous mon serment d'office que le

8ième jour de Mars 2007, à 17h20,
j'ai signifié le (la) présent(e)
Summons, Answer and Complaint

à Synca Canada

en laissant copie dûment certifiée
parlant et laissant la (les) dite(s) pièce(s)
à une personne raisonnable ayant la garde à sa place d'affaires ou bureau d'affaires laquelle personne s'est nommée comme étant


Stéphanie Monette
au 337, rue Marion
.   Repentigny, QC.

et j'ai noté sous ma signature la date et l'heure de la signification au verso de l'acte de procédure ainsi signifié.

Je certifie de plus que la distance autorisée par le C.P.C. est de 0 kilomètres et que la distance nécessairement parcourue est de 0 kilomètres.

Route: 08/03/2007 17h20 0 kms- 337, rue Marion

, ce 26 Mars 2007

Ministère de la Justice du Québec Direction du droit administratif ()          Huissier



**MICHEL GAUCHER, HUISSIER DE JUSTICE & ASSOCIÉS S.E.N.C**
☐ 577, rue Notre Dame, bureau 252, Repentigny (Québec)  J6A 2T6
☐ 14, rue Davis St-Bruno, (Québec) J3V 1C8
☐ 2580, rue de la Giboulée, Terrebonne (Québec) J6X 4S3
Téléphone: **(450) 654-6511**   Fax: **(450) 654-0341**   Ligne Directe: **1-800-363-0014**

Signification

Copie comptable