UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SYNCA DIRECT, INC.

        Plaintiff and Counterclaim Defendant,      Case No.: 07-CV-6030
                                                                                 (WHP/GWG)

        -against-

MULTIMEDIA DENTAL SYSTEMS, INC.,            **NOTATION OF DEFAULT**

        Defendant and Counterclaim Plaintiff,

        -against-

SYNCA and JOHN DOES 1-5,

        Additional Counterclaim Defendants.

------------------------------------------------------------------X

       I, J. Michael McMahon, Clerk of Court of the United States District Court for the Southern District of New York, do hereby certify that the additional counterclaim defendant, SYNCA, has not filed an answer or otherwise moved with respect to the Counterclaim herein. The default of additional counterclaim defendant, SYNCA, is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
              , 2007

                                          J. MICHAEL McMAHON
                                          Clerk of the Court

                         By:   _____
                                Deputy Clerk

2075091 v1