UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SYNCA DIRECT, INC.

              Plaintiff and Counterclaim Defendant,

              07-CV-6030 (WHP/GWG)

    -against-

MULTIMEDIA DENTAL SYSTEMS, INC.,

**REQUEST TO ENTER DEFAULT**

            Defendant and Counterclaim Plaintiff,

    -against-

SYNCA and JOHN DOES 1-5,

            Additional Counterclaim Defendants.

------------------------------------------------------------------X

TO:    J. MICHAEL McMAHON, CLERK
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK

        Please enter default of additional counterclaim defendant, SYNCA , pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Joseph K. Poe.


Dated:  Uniondale, New York
          September 13 , 2007

                                                */s/ Joseph K. Poe*
                                                Joseph K. Poe (JP 1960)
                                                RIVKIN RADLER LLP
                                                Attorneys for Defendant/Counterclaim Plaintiff
                                                926 RexCorp Plaza
                                                Uniondale, New York 11556-0926
                                                (516) 357-3000