# RIVKINRADLER



**JOSEPH K. POE**
PARTNER
(516) 357-3094
joseph.poe@rivkin.com

October 15, 2007

The Honorable William H. Pauley III
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Chambers 2210
New York, New York 10007

**MEMO ENDORSED**

Re:  *Synca Direct, Inc. v. MultiMedia Dental Systems*
     Case No. 07 Civ. 6030 (WHP)

Dear Judge Pauley:

Rivkin Radler LLP is counsel of record for defendant/counterclaim-plaintiff MultiMedia Dental Systems in this action. We write to request an adjournment of the Initial Pretrial Conference, currently scheduled for Friday, November 9, 2007. No previous request for an adjournment has been made.

The requested adjournment is necessary due to a pre-existing family commitment I have on November 9, 2007.

I have conferred with Randy M. Friedberg, counsel for the plaintiff/counterclaim-defendant, Synca Direct, Inc., who has consented to the requested adjournment.

Counsel for all parties are available on Friday, November 30, 2007 or Friday, December 7, 2007 at any time available on the Court's schedule.

Thank you for your consideration.

*Application granted.*
**SO ORDERED:**

_____
WILLIAM H. PAULEY III U.S.D.J.
10/23/07

Very truly yours,

RIVKIN RADLER LLP

Joseph K. Poe

*The pre-trial conference is adjourned to November 30, 2007 at 10:45 a.m.*

cc:  Randy M. Friedberg, Esq.
     (Attorney for Synca Direct, Inc.)

2085187 v1

926 Reckson Plaza
Uniondale, NY
11556-0926
Tel: 516.357.3000
Fax: 516.357.3333

www.rivkinradler.com