USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
SYNCA DIRECT, INC.,                     :
                Plaintiff,    :
    -against-                           :
MULTIMEDIA DENTAL SYSTEMS et al.,       :
                Defendants.   :
----------------------------------------X

07 Civ. 6030 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

    Counsel having appeared before the Court for an initial pre-trial conference on November 30, 2007, the following schedule is established on consent of the parties:

1. Plaintiff shall send a proposed amended complaint to Defendants by December 21, 2007;

2. Defendants shall submit a letter to the Court by January 11, 2008, consenting or objecting to the filing;

3. The parties shall identify experts and make initial expert disclosures by April 15, 2008;

4. The parties shall complete factual discovery by May 30, 2008;

5. The parties shall exchange expert reports by June 16, 2008;

6. The parties shall complete expert discovery by July 31, 2008;

7. The parties shall submit a joint pre-trial order in accord with this Court's Individual Practices by September 5, 2008; and

      8.    A final pre-trial conference shall be held on September 19, 2008 at 10:00 a.m.

Dated: November 30, 2008
      New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of record:*

Randy M. Friedberg, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph K. Poe, Esq.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556
*Counsel for Defendants*