```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SYNCA DIRECT, INC.,                              :
                        Plaintiff,        :    07 Civ. 6030 (WHP)

        -against-                               :    ORDER

MULTIMEDIA DENTAL SYSTEMS et al.,          :

                      Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        A pre-motion conference concerning Plaintiff's proposed motion to amend the complaint shall take place January 18, 2008 at 9:45 a.m.

Dated:  January 14, 2008
         New York, New York

                                      SO ORDERED:

                                      WILLIAM H. PAULEY III
                                          U.S.D.J.

*Counsel of record:*

Randy M. Friedberg, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph K. Poe, Esq.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556
*Counsel for Defendants*