USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SYNCA DIRECT, INC.,                                    :

                Plaintiff,             :

    -against-                                         :

MULTIMEDIA DENTAL SYSTEMS et al.,         :

                                                 :

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 6030 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel having appeared before the Court for a pre-motion conference on January 18, 2008, the following schedule is established on consent of the parties:

1. Plaintiff shall serve and file its motion to amend the complaint by January 22, 2008;

2. Defendant shall serve and file its opposition to the motion by January 29, 2008;

3. Plaintiff shall serve and file its reply by February 4, 2008; and

4. Oral Argument shall be held on February 25, 2008 at 10:15 a.m.

Dated: January 22, 2008
       New York, New York

                                  SO ORDERED:

                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Lori Marks-Esterman, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph K. Poe, Esq.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556
*Counsel for Defendants*