# EXHIBIT A

```
                                                                    1

 1   UNITED STATES DISTRICT COURT                         COPY
 2   NORTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - -
 4   SYNCA DIRECT, INC.,
 5                       Plaintiff,
 6      -versus-                              06-CV-1263
 7                                         (ORDER TO SHOW CAUSE)
 8   MULTIMEDIA DENTAL SYSTEMS, INC.,
 9                       Defendant.
10   - - - - - - - - - - - - - - - - - - - - - - - - -
11
12
13
14            TRANSCRIPT OF PROCEEDINGS held in and for the
15   United States District Court, Northern District of New York,
16   at the James T. Foley United States Courthouse, 445 Broadway,
17   Albany, New York 12207, on THURSDAY, JANUARY 25, 2007, before
18   the HON. LAWRENCE E. KAHN, United States District Court Judge.
19
20
21
22
23
24
25

                       THERESA J. CASAL, RPR, CRR
                 UNITED STATES COURT REPORTER - NDNY
```

```
                                                              2

 1
 2     APPEARANCES:
 3     FOR THE PLAINTIFF:
 4     HARRIS, BEACH LAW FIRM
 5     BY:  MARK J. McCARTHY, ESQ.
 6
 7
 8     FOR THE DEFENDANT:
 9     HOLLAND & KNIGHT LAW FIRM
10     BY:  JAMES V. MARKS, ESQ.
11          -and-
12          EDWARD J. NAUGHTON, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25

                    THERESA J. CASAL, RPR, CRR
                UNITED STATES COURT REPORTER - NDNY
```

3

```
 1                    (Court commenced at 10:05 AM.)
 2                    THE CLERK:  Thursday, January 25, 2007.  The
 3    case is 8:06-CV-1263.  The case name is Synca Direct versus
 4    Multimedia Dental Systems, Inc.  May we have appearances for
 5    the record?
 6                    MR. McCARTHY:  Mark McCarthy, Harris, Beach,
 7    Albany, for the plaintiffs, Synca Direct, Inc.
 8                    MR. MARKS:  James Marks, from Holland,
 9    Knight, in New York City.  With me is my partner, Edward
10    Naughton, from Holland, Knight, Boston office.
11                    THE COURT:  Right.  I have an order here to
12    admit pro hac vice Mr. Naughton, who is here.  I don't think
13    we can do Mr. -- how do you pronounce it, Digel?
14                    MR. MARKS:  Yes.
15                    THE COURT:  He is not here?
16                    MR. MARKS:  No.
17                    THE COURT:  I think you have to be in the
18    courtroom for me to do that, unless you feel otherwise.
19    That's the way I understand it.
20                    MR. MARKS:  Your Honor, we actually have
21    filed pro hac vice papers, it just wasn't 10 days before
22    this hearing.  I understood, under the rules, we could
23    submit papers.
24                    THE COURT:  And you don't have to be in the
25    courtroom?  Mr. Snyder, is that right?
```

THERESA J. CASAL, RPR, CRR
UNITED STATES COURT REPORTER - NDNY

4

1                  (Discussion held off the record.)
2              THE COURT:  I will waive it.
3              MR. MARKS:  Thank you, your Honor.
4              THE COURT:  We will waive it in this case for
5     good cause shown.
6                  I guess, although plaintiff, Mr. McCarthy's
7     client, I think you brought an injunction thereafter, so
8     let's start with you.  We have at least a half hour to
9     listen here, there is a lot of submissions to go over.  I
10    don't expect to decide this from the bench, but let's hear
11    the highlights of your argument.
12             MR. McCARTHY:  If I may, your Honor, I might
13    be able to short-circuit the process a little bit.
14             THE COURT:  We like that.
15             MR. McCARTHY:  In sum, we recognize that on
16    the papers we have been able to submit to the Court at this
17    juncture, I believe that an injunction -- Temporary
18    Restraining Order preliminarily is warranted.  My client
19    firmly believes that we will be able to present to the
20    Court, in the future, evidence to ask the Court to
21    re-examine any kind of an injunction.  But, at this point, I
22    wouldn't want to, frankly, waste the Court's time with
23    extensive presentation of the plaintiff's case.  The papers
24    presented to the Court at the present time, we acknowledge
25    that the relief is most likely warranted, with the

5

1  understanding that we do intend to come back to the Court,
2  sooner hopefully, as opposed to later, with additional
3  information that can only be obtained from certain witnesses
4  who are in Europe. We're working right now as to whether we
5  are going to present that by affidavit or possibly we might
6  be able to get these witnesses to come to the United States
7  to be deposed.
8              THE COURT: Okay. I don't think you would
9  object to that, am I right?
10             MR. NAUGHTON: No, your Honor, I won't, we
11 don't.
12             THE COURT: All right. So, maybe you can
13 consent or stipulate to an order that you can submit, but in
14 it, and I will let you each discuss it while you're here, to
15 frame it the way you both want, which leaves the opportunity
16 to the plaintiff, which you always have your rights reserved
17 anyways, to come back to the court and, as you put it, to
18 re-examine the papers that might warrant a change in the
19 status of the situation. However you guys want to word it,
20 I will sign such an order. And also, there's also the
21 opportunity to produce witnesses, as you say, from Europe.
22 You may -- you come from where?
23             MR. NAUGHTON: Boston, your Honor.
24             THE COURT: I heard that. And your partner
25 is from --

THERESA J. CASAL, RPR, CRR
UNITED STATES COURT REPORTER - NDNY

```
                                                                 6
 1                MR. MARKS:  New York City.
 2                THE COURT:  New York City.  I have a big
 3    conference room, it's easier to talk in there, it's the end
 4    of where I am, you have a private room and you can work
 5    everything out.  I will be at the other end.  I have an
 6    appointment in an hour, but I will be back at the end of the
 7    day or in the afternoon, if you want to use that room, see
 8    if you can work somethin' out and I will be there, too,
 9    okay?
10                MR. NAUGHTON:  Appreciate it.
11                THE COURT:  Very good.
12                MR. McCARTHY:  Thank you, your Honor.
13                (This matter adjourned at 10:10 AM.)
14                            - - - - -
15
16
17
18
19
20
21
22
23
24
25

                    THERESA J. CASAL, RPR, CRR
               UNITED STATES COURT REPORTER - NDNY
```

CERTIFICATION:

      I, THERESA J. CASAL, RPR, CRR, Official Court Reporter in and for the United States District Court, Northern District of New York, do hereby certify that I attended at the time and place set forth in the heading hereof; that I did make a stenographic record of the proceedings held in this matter and cause the same to be transcribed; that the foregoing is a true and correct transcript of the same and the whole thereof.

*Theresa J. Casal*

THERESA J. CASAL, RPR, CRR

Official Court Reporter

DATE: 5/1/07