# EXHIBIT C

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

January 30, 2007

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

Hon. Lawrence E. Kahn
Judge, U.S. District Court
 Northern District of New York
James T. Foley U.S. Courthouse
445 Broadway, Room 509
Albany, NY 12207

    Re:   *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
           U.S. Dist. Ct. No. Dist., NY Civil Action No. 8:06-CV-01263-LEK-DRH

Dear Judge Kahn:

    We represent counterclaim-plaintiff, MultiMedia Dental Systems, Inc. ("MMD") and have received Mr. Owens' January 30 letter proposing changes to our draft preliminary injunction. We have no objection to the deletion of the word "attorneys" from the scope of the injunction, but we do however object to the deletion of the word "affiliates."

    It appears that the requested deletion of the word "affiliates" is intended to allow plaintiff's parent, Synca a/k/a Synca Marketing, a Canadian corporation, to continue marketing the infringing product, and that would clearly be contrary to the letter and spirit of the injunction which Mr. McCarthy conceded should issue last Thursday and contrary to the intent of the copyright laws. Synca Direct's Canadian parent is an additional counterclaim defendant. (*See* ¶ 3 of MMD's Counterclaim). Thus far, Synca has not agreed to waiver of service pursuant to F.R.C.P. § 4(d), and thus we are in the process of making formal service on Synca in Montreal under the Hague Convention, but that does not alter the fact that Synca is a party to the litigation.

    More importantly, Synca Direct and its Canadian parent are acting in concert with one another to market the infringing CADI software. The Canadian parent, through its internet websites www.synca.com and www.CADI.net, actively promoted the infringing software. (R. Scott McLaughlin Declaration ¶ 7.) Synca Direct used its parent's Montreal address in promotional materials issued in

Case 1:07-cv-06030-WHP    Document 14-4    Filed 01/24/2008    Page 3 of 5
Case 8:06-cv-01263-LEK-DRH    Document 28    Filed 01/30/2007    Page 2 of 4

Hon. Lawrence E. Kahn
January 30, 2007
Page 2

connection with the Greater New York Dental Meeting in November 2006. (See enclosure). My original letter demanding that Synca cease and desist from marketing the infringing software (see Exhibit I to my Declaration) was addressed to Mr. Raymond Monette at Synca's offices in Canada, and the reply on Synca's behalf (See Exhibit II to my Declaration) came from counsel of record for Synca Direct in this action. Indeed, Mr. Monette, the principal of the Canadian parent, submitted an affidavit on behalf of Synca Direct and is shown as receiving a copy of Mr. Owens' correspondence to the Court.

Accordingly, because Synca Direct's proposed deletion of "affiliates" is apparently an attempt to evade its admission that MMD is entitled to injunctive relief, and thus an attempt to permit Synca Direct's Canadian affiliate to continue its willful infringement of MMD's copyrighted software, Synca Direct's request should be denied. We respectfully request that the Court enter the Order we submitted pursuant to the Local Rules of this Court on Friday, January 26th, as tendered, at the earliest opportunity.

We stand ready to participate in a telephone conference if the Court thinks further discussion of this point is required.

Very truly yours,

Gregory J. Digel

GJD/aml
cc: William L. Owens, w/encls. (via fax and 1st Class Mail)
    James V. Marks, Esq. w/encls. (via e-mail)
    Edward J. Naughton, Esq. w/encls. (via e-mail)

# 4331439_v1

The 2006 Greater New York Dental Meeting　　　　　　　　　　　　　　　　Page 1 of 1



Sign up for our E-list
No Pre-Registration Fee!　　Home | Sitemap
ADA and Non-ADA Members Included



Attendee Registration | International Attendees | Hotels and Transportation | New York Links

- Home
- About GNYDM
- Organization Committees
- Contact Us
- Courses and Events 2006
- CD/Multimedia Sales
- Exhibitors 2006
- Exhibits Floor Plan
- For Exhibitors Only
- Host Volunteers
- Downloadable Materials
- Future Meetings
- Broadway Theater Tickets



518 Fifth Avenue - Third Floor
New York, NY 10036-7503, USA
Tel. (212) 398-6922
Fax (212) 398-6934
e-mail: info@gnydm.com

 **INTERNATIONAL ATTENDEES**

This area of the Greater New York Dental Meeting website is devoted to the needs of our International Attendees and Guests. Please use the forms found here to facilitate your attendance.

**No Registration Fee!**

© 2000-2006 Greater New York All rights reserved.



© 2000-2006 Greater New York Dental Meeting

Website by Brainstorm, Inc.

11/24-29

The 2006 Greater New York Dental Meeting                                   Page 1 of 1



The 2006 **Greater New York** Dental Meeting
For Better Dentistry.

**No Pre-Registration Fee!**
ADA and Non-ADA Members Included

Sign up for our E-list
Home | Sitemap

WEBSITE DIRECTORY

Attendee Registration | International Attendees | Hotels and Transportation | New York Links

Home
About GNYDM
Organization Committee
Contact Us
Courses and Events 2006
CD/Multimedia Sales
Exhibitors 2006
Exhibits Floor Plan
For Exhibitors Only
Host Volunteers
Downloadable Materials
Future Meetings
Broadway Theater Tickets

## GNYDM Exhibitors 2006

**Synca Direct Inc.**

| | |
|---|---|
| Address: | 337 Marion |
| | Le Gardeur, PQ Canada J5Z 4W8. |
| Telephone: | (800) 667-9622 |
| Fax: | (800) 554-1021 |
| Web Site: | www.synca.com |
| Booth(s): | 1021 |

### Search for an Exhibitor:

**(Blank Input Yields Full List)**

Submit   Reset

518 Fifth Avenue - Third Floor
New York, NY 10036-7503, USA
Tel. (212) 398-6922
Fax (212) 398-6934
e-mail: info@gnydm.com



© 2000-2006 Greater New York Dental Meeting
Website by Brainstorm, Inc.