# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SYNCA DIRECT, INC.,

    Plaintiff and

    Counterclaim-Defendant,

vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

    Defendant and
    Counterclaim-Plaintiff,

vs.

SYNCA, and JOHN DOES 1-5,

    Additional
    Counterclaim-Defendants.

------------------------------------------------------------x

**PRELIMINARY INJUNCTION ORDER**

Index No. 06-CV-1263
LEK/DRH

    The above-styled matter has come before the Court on the application of Multimedia Dental Systems, Inc. ("MMD") for an Order requiring the Counterclaim-Defendant, Synca Direct, Inc. ("Synca"), to show cause why a temporary restraining order and preliminary injunction should not be issued to prevent Synca from infringing MMD's rights in digital x-ray and dental imaging software known as MediaDent Dental Imaging v.4.5 ("MediaDent D.I.") which is covered by U.S. Copyright Office Certificate of Registration Number TX-6-159-013. Having read and considered

MMD's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), and all materials offered in support of and opposition to the Motion, and counsel for Plaintiff and Counter-Claim Defendant having conceded in open Court that MMD is entitled to a Preliminary Injunction on the record before the Court, it is hereby

ORDERED that, Synca, its principals, directors, officers, subsidiaries, affiliates, agents, employees, successors, assigns, and all other persons or entities acting in concert with them or who have actual notice of this Order are preliminarily enjoined from:

(a)  imitating, copying or making any other infringing use or infringing distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

(b)  manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy, or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

(c)  engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright, and

  (d) assisting, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred to in subparagraphs (a) – (c) above; and

DATED: Albany, New York
     January 31, 2007

TIME OF ISSUANCE: 9:15 A.M.

            SO ORDERED:

            _____
            Lawrence E. Kahn
            U.S. District Judge

# 4322487_v2

## Digel, Greg (ATL - X48120)

**From:** ecf.notification@nynd.uscourts.gov
**Sent:** Thursday, February 01, 2007 9:56 AM
**To:** NYND_ECFQC@nynd.uscourts.gov
**Subject:** Activity in Case 8:06-cv-01263-LEK-DRH Synca Direct, Inc. v. Multimedia Dental Systems, Inc. Order on Letter Request

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

### U.S. District Court

### Northern District of New York - Main Office (Syracuse) [LIVE - Version 3.0.3]

### Notice of Electronic Filing

The following transaction was entered on 2/1/2007 at 9:56 AM EST and filed on 1/31/2007
**Case Name:** Synca Direct, Inc. v. Multimedia Dental Systems, Inc.
**Case Number:** 8:06-cv-1263
**Filer:**
**Document Number:** 29

**Docket Text:**
ORDER terminating [27] Letter Request; granting [8] Motion for TRO. Signed by Judge Lawrence E. Kahn on 1/31/07. (tab)

**8:06-cv-1263 Notice has been electronically mailed to:**

Gregory J. Digel    greg.digel@hklaw.com

James V. Marks    james.marks@hklaw.com, elvin.ramos@hklaw.com

Mark J. McCarthy    MMCCARTHY@HARRISBEACH.COM, alarkin@harrisbeach.com

Edward J. Naughton    edward.naughton@hklaw.com

William L. Owens    wowens@soctlaw.com

Thomas W. Plimpton    tplimpton@harrisbeach.com, akish@harrisbeach.com

**8:06-cv-1263 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

2/1/2007

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1051896954 [Date=2/1/2007] [FileNumber=811442-0]
[af5d1838c447f8ba7b669022aa14b65af4e766cb8d2051243ecc29db2adc2135e8800
6cd8a38ece7d8912e6e568917dda6c6b3367c332832af01616337c2f4c0]]

2/1/2007