# EXHIBIT E

# Holland+Knight

Tel  404 817 8500
Fax  404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA  30309-3453
www.hklaw.com

February 1, 2007

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

### *Via Federal Express – International*

Mr. Raymond Monette
Synca
337 Marion
Le Gardeur, Quebec  J5Z 4W8
CANADA

Re:  *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
U.S. Dist. Ct. No. Dist., NY Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Monette:

Enclosed herewith is a copy of the Order entered by Judge Lawrence Kahn yesterday in the above-styled litigation.

Very truly yours,

Gregory J. Digel

GJD/aml
Enclosure

cc:    Edward Naughton, Esq. (w/o encl.)
       James Marks, Esq. (w/o encl.)

# 4337389_v1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

SYNCA DIRECT, INC.,
        Plaintiff and

        Counterclaim-Defendant,


        vs.

MULTIMEDIA DENTAL SYSTEMS, INC.,

        Defendant and
        Counterclaim-Plaintiff,

        vs.

SYNCA, and JOHN DOES 1-5,


        Additional
        Counterclaim-Defendants.

-------------------------------------------------------------x

**PRELIMINARY INJUNCTION ORDER**

Index No. 06-CV-1263 LEK/DRH

    The above-styled matter has come before the Court on the application of Multimedia Dental Systems, Inc. ("MMD") for an Order requiring the Counterclaim-Defendant, Synca Direct, Inc. ("Synca"), to show cause why a temporary restraining order and preliminary injunction should not be issued to prevent Synca from infringing MMD's rights in digital x-ray and dental imaging software known as MediaDent Dental Imaging v.4.5 ("MediaDent D.I.") which is covered by U.S. Copyright Office Certificate of Registration Number TX-6-159-013.  Having read and considered

MMD's Motion for a Temporary Restraining Order and Preliminary Injunction (the "Motion"), and all materials offered in support of and opposition to the Motion, and counsel for Plaintiff and Counter-Claim Defendant having conceded in open Court that MMD is entitled to a Preliminary Injunction on the record before the Court, it is hereby

ORDERED that, Synca, its principals, directors, officers, subsidiaries, affiliates, agents, employees, successors, assigns, and all other persons or entities acting in concert with them or who have actual notice of this Order are preliminarily enjoined from:

- (a)     imitating, copying or making any other infringing use or infringing distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

(b)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy, or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

(c)     engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright, and

(d)    assisting, aiding, or abetting any other person or business entity engaging in

or performing any of the activities referred to in subparagraphs (a) – (c) above; and

DATED:    Albany, New York
January 31, 2007

TIME OF ISSUANCE:    9:15 A.M.

SO ORDERED:

Lawrence E. Kahn
U.S. District Judge

# 4322487_v2

From:    Origin ID: QFEA  (404) 817-8439
Gregory J. Digel, Esq.
HOLLAND & KNIGHT LLP
1201 W. PEACHTREE STREET
SUITE 2000
ATLANTA, GA 30309
UNITED STATES



Ship Date: 01FEB07
ActWgt: .5 LB
System#: 5038636/INET2600
Account#: S *********

TotWgt: .5 LB

REF:
DESC-1: Business Correspondence
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 0.00 USD
CUSTOMS VALUE: 5.00 USD
T/C: S 030045246        D/T: R
SIGN: Gregory J. Digel, Esq.
EIN/VAT:

SHIP TO: (450) 654-1414         BILL SENDER

**Raymond Monette**
**Synca**
**337 Marion**

**Le Gardeur, PQ J5Z4W8**
CA

ECI

**IP ENVELOPE**



TRK#   7901 7187 7315   FORM 0430

YMX        PM

J5Z4W8    -PQ-CA

# N9 YUXA

These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**

---

**Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.**

1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.

2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered to you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of this CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

# Pro Forma Invoice



PRO-790171877315

| ULTIMATE DESTINATION Canada | NO. OF PKGS. 1 | | ECI |
|---|---|---|---|
| DATE OF EXPORTATION 01FEB07 | SHIPPING LABEL NO. 7901 7187 7315 | | CURRENCY US Dollars |

| SHIPPER/EXPORTER | CONSIGNEE | IMPORTER |
|---|---|---|
| Gregory J. Digel, Esq. 4048178439 HOLLAND & KNIGHT LLP 1201 W. PEACHTREE STREET SUITE 2000 ATLANTA, GA 30309 United States Shipper's Ref: | Raymond Monette 450-654-1414 Synca 337 Marion Le Gardeur, PQ J5Z4W8 Canada Recipient Customs Tax ID: | Same as Consignee<br><br>Importer Customs Tax ID: |

| COUNTRY OF MFR. | DESCRIPTION OF GOODS Packaging type:(FedEx Envelope) | WEIGHT (LBS) | QTY | UNIT VALUE | COMMODITY VALUE |
|---|---|---|---|---|---|
| UNITED STATES | Business Correspondence | 0.00 | 1 pieces | 5.00 | 5.00 |
| | | | | FREIGHT | 0.00 |
| | | | | INSURANCE | 0.00 |
| | | | | ADDITIONAL CHARGES | 0.00 |

| PURPOSE | | TOTAL 0.00 | | | TOTAL CUSTOMS VALUE 5.00 |
|---|---|---|---|---|---|

| These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. Law prohibited. | Terms of Sale: Free Carrier(FCA/FOB) |
|---|---|
| | TOTAL INVOICE VALUE 5.00 |

SIGNATURE OF SHIPPER/EXPORTER:

I declare that all the information contained in this invoice is true and correct.

Gregory J. Digel, Esq. Date:01FEB07