# EXHIBIT G



**Breeze™**
*Self-adhesive resin cement*

**Correct Plus™ Fast Set**
*Hydrophilic impression material*

**HiRes™**
*High resolution Class II loupes*

## About Synca

Synca is known for offering quality products at every-day low prices. You can save 20% -50% with every order on many of our popular items. Count on Synca for product performance, same day shipping, minimal back orders and exceptional savings.

Synca is equally known for bringing high-quality innovative products to the Canadian market. We are now the authorized distributor for Guidance Endodontics, a superior instrumentation concept that saves time and cuts down the number of instruments required for root canal therapy. Epiphany with Resilon is gaining considerable popularity as peer reviews and studies confirm a superior coronal seal and overall success rate.

The digital x-ray and imaging product line-up has been completely updated for 2006-2007. Synca is now offering the first USB intraoral camera that rivals the best cameras on the market – at a fraction of the price. Synca has also concluded a North American marketing and distribution agreement with Owandy, of France, one of the world's leading developers of digital x-ray technologies.

Our passion of "finding better ways" continues with the goal of making your practice more rewarding. Thank you for your continued support.

**Company Information**

Home | Events | Contact us | Career at Synca | Synca policies | Français

**Synca categories of products**

Site Index | Manufacturers | Imaging Software | Digital X-ray | Intraoral Cameras | Digital Cameras | Patient Education Sofware | Magnification Loupes | Headlights | Ergonomic Seating | Handpieces | Curing Lights | Endodontic Products | Bonding & Cements | Posts | Impression Materials | Composites | Temporary materials | Whitening

copyrights © Synca Marketing Inc. 1999-2007



What's New!

Gray Falcon Universal
*High resolution universal intraoral sensor*

I-MAX Easy
*Digital panoramic unit*

DocPortMacro
*USB 2.0 intraoral camera*



Artiste™ Nano Composite
*Nano composite system*



Zeon® SunBurst™ Portable LED
*Portable LED illumination system*



DT Post®
*Double taper post system*

**Breeze™**
*Self-adhesive resin cement*

**Correct Plus™ Fast Set**
*Hydrophilic impression material*

**HiRes™**
*High resolution Class II loupes*

### About Synca

Synca is known for offering quality products at every-day low prices. You can save 20% -50% with every order on many of our popular items. Count on Synca for product performance, same day shipping, minimal back orders and exceptional savings.

Synca is equally known for bringing high-quality innovative products to the Canadian market. We are now the authorized distributor for Guidance Endodontics, a superior instrumentation concept that saves time and cuts down the number of instruments required for root canal therapy. Epiphany with Resilon is gaining considerable popularity as peer reviews and studies confirm a superior coronal seal and overall success rate.

The digital x-ray and imaging product line-up has been completely updated for 2006-2007. Synca is now offering the first USB intraoral camera that rivals the best cameras on the market -- at a fraction of the price. Synca has also concluded a North American marketing and distribution agreement with Owandy, of France, one of the world's leading developers of digital x-ray technologies.

Our passion of "finding better ways" continues with the goal of making your practice more rewarding. Thank you for your continued support.

**Company Information**

Home | Events | Contact us | Career at Synca | Synca policies | Français

**Synca categories of products**

Site Index | Manufacturers | Imaging Software | Digital X-ray | Intraoral Cameras | Digital Cameras | Patient Education Sofware | Magnification Loupes | Headlights | Ergonomic Seating | Handpieces | Curing Lights | Endodontic Products | Bonding & Cements | Posts | Impression Materials | Composites | Temporary materials | Whitening

copyrights © Synca Marketing Inc. 1999-2007



http://www.synca.com/english/synca_english.html                                    12/13/2007

| Breeze™ | Correct Plus™ Fast Set | HiRes™ |
| --- | --- | --- |
| Self-adhesive resin cement | Hydrophilic impression material | High resolution Class II loupes |

### About Synca

Synca is known for offering quality products at every-day low prices. You can save 20% -50% with every order on many of our popular items. Count on Synca for product performance, same day shipping, minimal back orders and exceptional savings.

Synca is equally known for bringing high-quality innovative products to the Canadian market. We are now the authorized distributor for Guidance Endodontics, a superior instrumentation concept that saves time and cuts down the number of instruments required for root canal therapy. Epiphany with Resilon is gaining considerable popularity as peer reviews and studies confirm a superior coronal seal and overall success rate.

The digital x-ray and imaging product line-up has been completely updated for 2006-2007. Synca is now offering the first USB intraoral camera that rivals the best cameras on the market – at a fraction of the price. Synca has also concluded a North American marketing and distribution agreement with Owandy, of France, one of the world's leading developers of digital x-ray technologies.

Our passion of "finding better ways" continues with the goal of making your practice more rewarding. Thank you for your continued support.

**Company Information**

Home | Events | Contact us | Career at Synca | Synca policies | Français

**Synca categories of products**

Site Index | Manufacturers | Imaging Software | Digital X-ray | Intraoral Cameras | Digital Cameras | Patient Education Sofware | Magnification Loupes | Headlights | Ergonomic Seating | Handpieces | Curing Lights | Endodontic Products | Bonding & Cements | Posts | Impression Materials | Composites | Temporary materials | Whitening

copyrights © Synca Marketing Inc. 1999-2007