# EXHIBIT H



















