# EXHIBIT I





Imaging Software / CADI / **A Better Way**



Buy Now! 1-800-667-9622
A better way
Clinical applications
Comment from a CADI user
CADI introduction
The CADI differences
CADI modules
Where do I go from here?
CADI FAQ

- Imaging Software
- Digital X-ray
- Intraoral Cameras
- Digital Cameras
- Patient Education Software
- Magnification Loupes
- Headlights
- Ergonomic Seating
- Handpieces
- Curing Lights
- Endodontic Products
- Bonding & Cements
- Posts
- Impression Materials
- Composites
- Temporary Materials
- Whitening

## A Better Way

### Introduction:
Welcome to the CADI web site. Digital x-ray is a great step forward in dentistry, but there's more to it. You can go digital by just getting the latest sensor or phosphor plate scanner. But you'll be missing out if you fail to give consideration to your imaging software and how you will use it. Our web site will show you the full power of multimedia dental imaging. You will see and understand why CADI was developed and how our products offer a better way to use x-rays and images on a daily basis. Synca is the developer of CADI.

*To view the VIDEO presentation*



### Explain multimedia images:
Multimedia images in dentistry refer to x-rays and images produced by the different pieces of dental equipment. They are used for diagnostic purposes, patient education and communication, case presentations, insurance purposes, case and legal records, and more.

*To view the VIDEO presentation*



*Dentistry has great imaging tools at its disposal including:*
- Intra-oral cameras;
- Digital cameras;
- Digital x-ray sensors;
- Digital panoramic equipment;
- Cosmetic and whitening simulation software;
- Orthodontic tracing and analysis software;
- And Patient education products.

### Why was CADI developed?
The idea for CADI came to us after having installed hundreds of digital x-ray and intra-oral camera systems. Many practice growth experts strongly suggested the use of images for visual reinforcement in presenting cases to patients. Though protocols existed for using the TV monitor and intra-oral camera, nothing was well adapted for use of modern multimedia with PCs. With this in mind, we worked on developing a series of protocols and a single software product that would revolutionize the daily use of imaging.

We created a new series of clinical applications in dental imaging, which is our product name: CADI.

*To view the VIDEO presentation*



Company Information       Synca categories of products

Home | Events | Contact us | Career at Synca | Synca policies | Français

Site Index | Manufacturers | Imaging Software | Digital X-ray | Intraoral Cameras | Digital Cameras | Patient Education Sofware | Magnification Loupes | Headlights | Ergonomic Seating | Handpieces | Curing Lights | Endodontic Products | Bonding & Cements | Posts | Impression Materials | Composites | Temporary materials | Whitening

copyrights © Synca Marketing Inc. 1999-2007