# EXHIBIT J



# cadi 4

## Image Management Software



Digital X-ray...
# Think software first!


SYNCA

**CADI: image management software**

Welcome to CADI – the leading digital x-ray and multimedia imaging software for dentistry.   We believe that software selection is your first and most important decision when integrating a digital x-ray or camera system into your practice. The benefits of CADI are outlined in this brochure.

www.cadi.net  //  1-888-582-8115  //  Canada: 1-800-667-9622         ○ ○ ○ ❷ ○

Case 1:07-cv-06030-WHP    Document 14-11    Filed 01/24/2008    Page 4 of 10



## Universal imaging platform

CADI can be used with virtually ANY digital x-ray equipment on the market. Digital x-ray equipment will come and go, but CADI will maintain your patient image database as your needs change and grow. It is compatible with almost all practice management systems, intra-oral cameras, digital cameras, and other products.

## One imaging program is all you need

A single software for all your imaging equipment is easier on your computer network. There are less programs to run, maintain and upgrade. It's easy on you and your staff with only one program to learn and master.

www.cadi.net  //  1-888-582-8115  //  Canada: 1-800-667-9622                    ○ ○ ○ ❸ ○




Actual CADI images



CADI x-ray module



## Extraordinary x-ray image quality

Image quality is a combination of the x-ray source, the sensor (or phosphor plate) and the software. CADI uses powerful tools commonly found only in medical imaging to bring optimal results with any digital x-ray equipment.

CADI keeps all the raw data from the x-ray sensor. A 16-bit viewer and a unique Windowing tool permits the user to interpret different grayscale presentations of this data. It is possible to eliminate the parts of an image that don't contribute to diagnostics. These features are highly useful and unique.

CADI also offers a host of x-ray filters that can be combined at various levels and then preset for automation. This allows CADI to offer extraordinary image quality with a variety of different sensors and phosphor plate systems. Sensors with different resolutions, dynamic ranges and signal qualities require different filtering combinations – and CADI is built by design to deal with these variables.



Actual CADI images

CADI intra-oral camera module

## Extraordinary intra-oral camera image quality

For intra-oral camera images, CADI makes full use of the power of WDM - Windows Direct Media - to offer crisp and clear intra oral camera images that are stored directly to PC. There is no need to freeze every image first with the camera before saving it.

Intra oral camera images also benefit from the use of automated optimization filters that remove annoying video interlacing when freezing video signals. These filters also adjust the clarity, brightness, contrast and balance of the displayed image.

Actual CADI images

## Automated processes

Acquiring x-rays, digital or intra-oral cameras images, is easy and fast with CADI. All processes are automated and the resulting images are oriented, stored, named by tooth number and placed in an appropriate mount for fast identification and retrieval.

## Easy image access and retrieval

Every x-ray and image saved in CADI is stored to a location that corresponds to a tooth number and media type of that image. It's easy and instant to locate any intra-oral camera image or x-ray for any specific tooth taken on any date. You can view bitewing history with a unique image scroll feature. Facial and cosmetic images, simulations, panoramic x-rays, etc. are all stored to specific locations for easy retrieval and viewing.



## Multiple viewing and presentation modes

CADI offers multiple ways to view images in many screen resolutions (1024 x 768, 1280 x 1024, etc.). The complete CADI desktop is user customizable, but we pre-set 5 different desktops for you. It's fast and easy to view any combination of images. Double-click to go into full screen mode. Use the arrows to present or view a slide show of images.



Actual CADI images

## CADI modules

1: Digital X-ray
2: Intra-oral camera
3: Digital camera
4: Whitening and Cosmetic simulation
5: Report Writer
6: CADI complete package (all of the above)
7: Natural Smiles Library
8: DFO (orthodontic tracing and analysis)

## Minimum system requirements

- Intel Pentium III, 500 MHz CPU
- 256 MB RAM
- Video card with 1024 x 768 screen resolution
- 15" monitor with 1024 x 768 screen resolution
- Network card
- USB port
- 20 GB hard drive
- Windows XP, 2000

**For Cosmetic and Intra-oral camera modules:**
- 512 MB RAM
- ATI ALL-IN-WONDER family video capture card




"Ours was one of the first offices to use CADI. As a practicing and lecturing endodontist, I use and see many digital x-rays - the quality of CADI images is outstanding. The use of powerful image filters enhances and optimizes diagnostics. Overall, CADI is very easy to use. The fact that the system can be used with many different sensors has already made image management much easier in our office."

-*Dr. Normand Aubre*, D.M.D., *Endodontist*

cadi₄

www.cadi.net // 1-888-582-8115 // Canada: 1-800-667-9622