# EXHIBIT L

**Holland+Knight**

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

February 12, 2007

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

*VIA FACSIMILE AND FIRST CLASS MAIL*

William L. Owens, Esq.
Stafford, Owens, Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

    Re:   *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
            U.S. Dist. Ct. No. Dist., New York Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Owens:

    Synca Direct, Inc. and its parent (collectively "Synca") have blatantly disregarded Judge Kahn's January 31, 2007 Preliminary Injunction Order (the "Order"). As you are aware, the Order enjoins Synca and all others acting in concert with it from:

    (a)   imitating, copying or making any other infringing use or infringing distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

    (b)   manufacturing, assembling, producing, distributing, offering distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

    (c)   engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright; and

William L. Owens, Esq.
February 12, 2007
Page 2

      (d)    assisting, aiding or abetting any other person or business entity engaging in or performing any of the activities referred to in subparagraphs (a)-(c) above.

Despite the clear language of the Order, Synca continues to infringe MultiMedia Dental Systems, Inc.'s ("MMD") copyright and continues to advertise, promote, offer for sale, and offer for distribution, CADI v.4 through the internet website http://cadi.net. Enclosed for your reference is a printout of a webpage from http://cadi.net, bearing today's date, which offers CADI v.4 for purchase. This is a direct violation of the Order. MMD demands Synca immediately take down http://cadi.net and also cease and desist any additional activity which violates the Order. If Synca persists in this contumacious conduct, MMD will ask the court to hold your client and those acting in concert with it in contempt, and we will seek attorneys' fees for any actions it is forced to take to protect its rights and your obligations under the Order.

Very truly yours,

Gregory J. Digel

GJD/aml
Enclosure
cc:    Raymond Monette (via Federal Express and e-mail)
        John M. Hamrick, Esq. (via e-mail)
        James V. Marks, Esq. (via e-mail)
        Edward J. Naughton, Esq. (via e-mail)

# 4359410_v1



# Shopping Cart

The CADI shopping cart is not yet active. For quality control purposes, your 1st CADI purchase must be completed by telephone with a CADI multimedia specialist, or with a CADI authorized partner. This will ensure that CADI performs to your expectations.

Please contact us for pricing and ordering information.

**Company Information**

**CADI sections**

Home | Products | FAQ | Message Board | Contact Us | Support & Training | Shopping Cart

A Better Way | Clinical Applications | Comments from a CADI User | CADI Introduction | The CADI Differences | CADI Modules | Where do I go from here?

copyrights © Synca Direct Inc. 2006

```
* * * CONFIRMATION RESULT REPORT ( FEB. 12. 2007  5:09PM ) * * *
                                                FAX HEADER:  HOLLAND & KNIGHT

TRANSMITTED/STORED : FEB. 12. 2007  5:07PM
FILE MODE          OPTION           ADDRESS                        RESULT        PAGE
-----------------------------------------------------------------------------------
726  MEMORY TX                      48120#100387#00003#915185614848#  OK          4/4


REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| TO: | | |
|---|---|---|
| William L. Owens, Esq. | Stafford, Owens, Curtin & Trombley PLLC | 518-561-4848 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Plattsburgh | New York | 518-561-4400 |
| CITY | STATE | (TELEPHONE NUMBER) |

| FROM: | | |
|---|---|---|
| Gregory J. Digel, Esq. | 404-898-8120 | 4 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

**FOR THE RECORD:**
DATE: February 12, 2007    URGENCY: ☐ SUPER RUSH    ☒ RUSH ☐ REGULAR
FAXED BY:                  FILE #: 100387.00003      CLIENT NAME: MediaDent
CONFIRMED: ☐ YES ☐ NO      NAME:                     TIME:

If you did not receive all of the pages or find that they are illegible, please call
**404 817 8500**

CONFIDENTIALITY NOTICE: This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

Please see attached.

# 4187057_v1

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| **TO:** | | |
|---|---|---|
| William L. Owens, Esq. | Stafford, Owens, Curtin & Trombley PLLC | 518-561-4848 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Plattsburgh | New York | 518-561-4400 |
| CITY | STATE | (TELEPHONE NUMBER) |

| **FROM:** | | |
|---|---|---|
| Gregory J. Digel, Esq. | 404-898-8120 | 4 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

| **FOR THE RECORD:** | | |
|---|---|---|
| DATE: February 12, 2007 | URGENCY: ☐ SUPER RUSH | ☒ RUSH ☐ REGULAR |
| FAXED BY: | FILE #: 100387.00003 | CLIENT NAME: MediaDent |
| CONFIRMED: ☐ YES ☐ NO | NAME: | TIME: |

If you did not receive all of the pages or find that they are illegible, please call **404 817 8500**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

## MESSAGE:

Please see attached.

# 4187057_v1