# EXHIBIT M

**Holland+Knight**

Tel  404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

February 20, 2007

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

## *VIA FACSIMILE AND FIRST CLASS MAIL*

William L. Owens, Esq.
Stafford, Owens, Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

      Re:   *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
            U.S. Dist. Ct. No. Dist., New York Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Owens:

    This letter follows up on my correspondence of February 12, 2007. Synca Direct, Inc. and its parent (collectively "Synca") continue to disregard Judge Kahn's January 31, 2007 Preliminary Injunction Order (the "Order"). As you are aware, the Order enjoins Synca and all others acting in concert with it from:

      (a)   imitating, copying or making any other infringing use or infringing distribution of software programs including specifically, but not limited to, CADI v.4, which utilizes any portion of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

      (b)   manufacturing, assembling, producing, distributing, offering distribution, circulating, selling, offering for sale, advertising, importing, promoting or displaying any software program including specifically, but not limited to CADI v.4, which bears any simulation, reproduction, copy or colorable imitation of any program utilizing any of the source code protected by MMD's certificate of copyright registration number TX-6-159-013;

      (c)   engaging in any other activity constituting an infringement of any MMD's rights and/or right to use or exploit the above described copyright; and

William L. Owens, Esq.
February 20, 2007
Page 2

> (d) assisting, aiding or abetting any other person or business entity engaging in or performing any of the activities referred to in subparagraphs (a)-(c) above.

Despite the clear language of the Order, Synca continues to infringe MultiMedia Dental Systems, Inc.'s ("MMD") copyright and continues to advertise and promote CADI v.4 through the internet website http://www.synca.com. Enclosed for your reference are printouts from the homepage http://www.synca.com, which promotes two displays of CADIv.4 through a Flash Player. This is a direct violation of the Order. MMD demands Synca immediately take down the CADI v.4 displays from http://www.synca.com. and also cease and desist any additional activity which violates the Order. If Synca persists in this conduct, MMD will ask the court to hold your client and those acting in concert with it in contempt, and we will seek attorneys' fees for any actions it is forced to take to protect its rights and your obligations under the Order.

Very truly yours,

Gregory J. Digel

GJD/aml
Enclosure
cc: Raymond Monette (via Federal Express and e-mail)
    John M. Hamrick, Esq. (via e-mail)
    James V. Marks, Esq. (via e-mail)
    Edward J. Naughton, Esq. (via e-mail)

# 4372716_v1



