# EXHIBIT N

Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

February 21, 2007

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

***Via Fax – (518) 561-4848, E-mail and Regular Mail***

William L. Owens, Esq.
Stafford, Owens, Curtin & Trombley PLLC
One Cumberland Avenue
P.O. Box 2947
Plattsburgh, NY 12901

Re: *Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.*;
U.S. Dist. Ct. No. Dist., New York Civil Action No. 06-CV-1263-LEK/DRH

Dear Mr. Owens:

In addition to the prior examples of violations of Judge Kahn Order of January 31st discussed in my earlier correspondence, we have also found the attached material which offers to distribute, offers for sale, advertises, promotes, and displays the CADI v.4 software on the CADI.net site. It would appear that your client only intends to comply with the Court's Order when we find instances of violations of that Order and call them to your attention. That approach is conclusive evidence of your client's willful infringement justifying the award of enhanced damages and blatant disregard of its duty to insure compliance with the Court's Order.

Please consider this letter a demand that your client and all those acting in concert with it, including its Canadian parent, immediately take down the attached presentation and all other internet, printed, or other materials in any medium offering for distribution, marketing, circulating, selling, offering for sale, advertising, promoting or displaying the CADI v.4 software or any other product which infringes on MMD's copyrighted software. All such materials should be removed from circulation by the close of business today. If we discover any further violations of the Court's January 31 Order, we will proceed directly with a Motion for Contempt and will not afford Synca any opportunity to cure.

Very truly yours,

Gregory J. Digel

GJD/aml
Enclosure
cc: Raymond Monette (via e-mail and Federal Express w/encl.)
James V. Marks, Esq. (via e-mail w/encl.)
Edward J. Naughton, Esq. (via e-mail w/encl.)
John M. Hamrick, Esq. (via e-mail w/encl.)

# 4375140_v1






Clinical Applications in Dental Imaging




## Clinical Applications in Dental Imaging

Synca has developed a unique x-ray and imaging software product that can help you get the most from your investment in digital imaging products. This brochure will help you decide when, how and why you can acquire and use images on a daily basis.

As you browse through the pages, you can decide which clinical applications you want to incorporate and use in your practice. CADI then makes it fast and easy.

*Benefits:*

- Higher case acceptance through effective, proven communication using images.
- Easier for you and your staff to integrate better presentation methods.
- You don't have to reinvent the wheel!







Actual CADI images

*Co-diagnosis consists of using either x-rays, images, or both, to support all your treatment recommendations.*



## Co-diagnosis / co-discovery

This is the simplest and most obvious clinical application. Simply support all treatment recommendations with intra-oral camera image(s) and a digital x-ray. Use these images for discussion with patients 100% of the time. Images can be printed out for patients to bring home if they aren't ready to accept treatments.



*A full mouth series can be completed in about 5-8 minutes with a direct sensor system. Four (4) bite-wings can be captured in about 2 minutes.*



*ENDO: Various combinations of images can be viewed simultaneously with measuring tools and zooming capabilities*



## X-rays (recare/emergency new patients/endo, etc.)

With a direct sensor system, x-ray acquisitions are fast and precise. X-rays are automatically placed into mounts and oriented as they are acquired. With phosphor plate systems, CADI helps organize images by tooth number and orientation.

Regardless of your system, CADI features powerful automated filters that optimize image quality. It's easy to view complete x-ray exams, tooth history, or to display multiple x-rays simultaneously with other types of images.



*Intra-oral camera images are automatically organized by tooth number for easy retrieval and display. Above example uses digital camera arch photos for patient reference along with intra-oral camera images of symptomatic teeth.*



*Present treatment plans using any combination of panoramic and intra-oral x-rays, digital and intra-oral camera images.*




## Complete digital exam

According to a leading practice consulting firm, 7 out of 10 patients in the average dental practice have incomplete treatment plans. The complete digital exam is the ideal opportunity to bring new light to previously untreated conditions.

For new patients and existing patients, this exam consists of both intra-oral camera (and digital camera) images and digital x-rays. The intra-oral camera (or digital camera) is used to take frontal shot of face, smile, buccals, both arches, quadrants, and an intra-oral camera is used for individual problematic teeth throughout the mouth. The digital x-ray exam consists of the same x-rays that you would take with film.

Once all the images and x-rays are taken, they can be reviewed with the patients, starting globally and then working through the different areas of the mouth. Images can be used in conjunction with patient interview questions to enable you and your patient to determine the optimal treatment and discuss the consequences of postponing or declining the proposed treatment. Patient education products and a custom image library of your cases can easily be accessed from within CADI.




*Dramatically improve cosmetic case acceptance with cosmetic simulation.*




*Dramatically improve whitening case acceptance with whitening simulation.*




## Cosmetic or whitening simulation

The use of a digital camera is great for cosmetic presentations, cosmetic imaging and whitening simulation. Take a digital photo of each patient and, depending upon their existing condition, do a whitening simulation and/or a smile insertion. Most people have no idea how their appearance can be improved by a new or whiter smile.





*"I have how many cavities????"*
*Gain objective instant credibility with new emergency patients*



## New emergency patients

Turn new emergency patients into lifetime patients using the intra-oral camera and digital x-ray sensor. New emergency patients often don't associate dentistry with a positive experience and the reasons can be numerous. If they are due to: poor previous explanations of proposed treatments, lack of confidence in previous dentist(s), poor dental IQ, fear of pain, fear of cost, etc., simply showing them a few images can place you and your practice in a positive light.

Take a quadrant and or arch image with the intra-oral camera as well as digital x-rays of the area(s) of immediate concern. Additional bite-wing x-rays can be taken to explain other symptomatic areas. This can be a precursor to a complete exam and treatment plan.

The advantage of the digital emergency exam is the ability to gain instant credibility with your new patient. There is really no better way to do this. If this credibility cannot be gained, often the patient will simply accept a basic treatment that alleviates the pain.








## Before - after images

Take before and after images of your crown and bridge work, cosmetic cases, etc. on a routine basis. Show your previous work to encourage patients into accepting treatments. You will be demonstrating actual results that you have obtained with others. You will also be showing patients that others have proceeded with similar treatments. Reduce cognitive dissonance. If ever patients are not completely satisfied with results, showing them how they looked before reminds them of the improvements that have been done. Encourage treatment plan completion. Show patients results obtained in one quadrant to encourage them to continue with treatment.

## Hygiene

Reinforce the importance of hygiene at every cleaning by taking one before and after image with an intra-oral camera. Show patients before and after cleaning, changes in perio conditions over time, etc..






*Complete ceph tracings and analyses in minutes*






## Ortho (Dental Facial Orthodontics) and photographs

Panoramic and cephalometric images can either be taken digitally or scanned into CADI from traditional film. Digital tracing and analysis is fast and precise with CADI-DFO. The analysis software instantly calculates a wide variety of analyses.

Additionally, digital photographs can be automatically imported into an AAO mount and can easily be positioned and cropped for printing.






Actual CADI images



## Insurance approval and referrals

Printout or e-mail x-rays easily for insurance approval. Combine them with high-quality intra-oral camera images to show and document fractures. Send referral reports to and from specialists with text templates.

## Conclusion

*CADI offers you a solution to:*

- Routinely capture, organize and present images for all your case presentations;
- Help you and your staff know when to take images;
- Build trust and comfort quickly with new or skeptical patients;
- Explain more treatment alternatives in less time;
- Educate patients;
- Explain the limitations of insurance company compensation.

*"Whether case acceptance is acceptable to you or not is irrelevant in a decision to reinforce all your treatment recommendations with images and x-rays. It's simply a better way to do things."*

"Images play an important role in two areas of my practice: developing trust, and increasing value in my services.

With new patients, I want to build trust as quickly as possible. With existing patients, I don't want to take the trust that I've built up over the years for granted. Whenever possible, my staff or I use x-rays and images that support our treatment recommendations. If I say "you have a fracture on your upper first molar", I want there to be an image and x-ray on screen of that fracture. Trust – with proof. This is now the standard in our office.

By continually reinforcing education and communication with x-rays and images, patients take a more active and responsible role. Patients are more involved in understanding their oral health needs and they place an increased value on our relationship and the services that we offer.

CADI has made it much easier to know when and how to take images. Images are acquired quickly and with few steps. Presentation screens and image organization make it easy to involve patients in our communication. By setting simple standards for my office, our level of care has increased. CADI has made my practice more rewarding."

*-Dr. Jeffrey Hoos, Woodbridge, CT.*




www.cadi.net // 1-888-582-8115 // Canada: 1-800-667-9622