# EXHIBIT O

| **SYNCA** | | MEMO | De\From:<br>Mr. Raymond Monette<br>Raymond.m@synca.com |
|---|---|---|---|
| | | | A\To:<br>404-817-8500<br>Mr. Gregory Digal, Esq. |
| *USA:*<br>1320 Highway #9,<br>Champlain, NY 12919 | REF: | Your fax of February 21st, 2007 | C.C.: |
| *Canada:*<br>337 Marion,<br>Le Gardeur, Qc. J5Z 4W8<br>Tel (450) 582-1093  fax: (450) 654-1414<br>www.synca.com | | | Date<br>February 21st, 2007 |

Dear Mr. Digal,

Following the court order, we had instructed our web site developers to remove any references to CADI. This was done shortly after receipt of the TRO. I looked this morning and I wasn't able to obtain the documents to which you are referring at the www.cadi.net web site. To the best of my knowledge, there is currently no access to www.cadi.net.

In you fax, you failed to mention how you were able to obtain the material attached to your fax. Please verify that you can still access this and reply with the appropriate information.

Sincerely,

Raymond Monette

Page 1 of 1

RECEIVED TIME  FEB. 21.  11:47AM                    PRINT TIME  FEB. 21.  11:48AM