# EXHIBIT P

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center, Suite 2000
1201 West Peachtree Street, N.E.
Atlanta, GA 30309-3453
www.hklaw.com

Gregory J. Digel
404 898 8120
greg.digel@hklaw.com

February 21, 2007

**VIA FACSIMILE NO. 1-800-554-1021 and Federal Express**

Mr. Raymond Monette
Synca
337 Marion
Le Gardeur, Quebec  J5Z 4W8

      Re:    Synca Direct, Inc. v. MultiMedia Dental Systems, Inc.;
               U.S. Dist. Ct. No. Dist., NY Civil Action No. 8:06-CV-01263-LEK/DRH

Dear Mr. Monette:

     A simple internet search revealed this extensive promotional material. Those entities subject to the injunction have an affirmative duty to prevent dissemination of material which violates the injunction. Certainly a technology company should be well versed in the ways to find and remove such offending material. If we find this violation continuing or if we find other violations, we will move for a contempt citation without any further communication, and we will seek all fees incurred in "policing" the injunction.

Very truly yours,

Gregory J. Digel

GJD/aml
cc:    William L. Owens, Esq. (via Fax)
        James V. Mark, Esq. (via e-mail)
        Edward J. Naughton, Esq. (via e-mail)
        John M. Hamrick, Esq. (via e-mail)

# 4377442_v1



| Ship | Track/History | Address Book | Preferences | Fast Ship | Reports | My Profile |

<< Log out | Home                                                                   @ Quick h

**Your Shipment Details:**

| | | | |
|---|---|---|---|
| **Ship to:** | Raymond Monette<br>Synca<br>337 Marion<br>Le Gardeur, PQ  J5Z4W8<br>CA<br>450-654-1414 | **Package type:**<br>**Pickup/Drop Off:**<br>**Weight:**<br>**Dimensions:**<br>**Declared value:**<br>**Shipper account number:** | FedEx Envelope<br>give to scheduled courier at my location<br>.5 LBS<br>0 x 0 x 0 in<br>5  USD<br>30045246 |
| **From:** | Gregory J. Digel, Esq.<br>HOLLAND & KNIGHT LLP<br>1201 W. PEACHTREE STREET<br>SUITE 2000<br>ATLANTA, GA  30309<br>US<br>4048178439 | **Bill transportation to:**<br>**Bill duty/taxes to:**<br>**Courtesy rate quote:***<br>**Discounted variable %**<br>**Special services:**<br>**Shipment Purpose:**<br>**Shipment type:** | 30045246<br>0<br>25<br>0.00<br><br><br>Express |

| | |
|---|---|
| **Tracking no:** | 790185878009 |
| **Your reference:** | 100837.00003/Digel |
| **Ship date:** | Feb 21 2007 |
| **Service type:** | International Priority |

**Print**                                                                       **Return to next step**

**Please note**

.*The courtesy rate shown here may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.
Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to t greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $5 e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limit Consult the applicable FedEx Service Guide for details.

# Pro Forma Invoice



PRO-790185878009

| ULTIMATE DESTINATION<br>Canada | NO. OF PKGS.<br>1 | | ECI |
|---|---|---|---|
| DATE OF EXPORTATION<br>21FEB07 | SHIPPING LABEL NO.<br>7901 8587 8009 | | CURRENCY<br>US Dollars |
| SHIPPER/EXPORTER<br>Gregory J. Digel, Esq.<br>4048178439<br>HOLLAND & KNIGHT LLP<br>1201 W. PEACHTREE STREET<br>SUITE 2000<br>ATLANTA, GA 30309<br>United States<br>Shipper's Ref: 100837.00003/Digel | CONSIGNEE<br>Raymond Monette<br>450-654-1414<br>Synca<br>337 Marion<br>Le Gardeur, PQ J5Z4W8<br>Canada<br>Recipient Customs Tax ID: | | IMPORTER<br>Same as Consignee<br><br><br>Importer Customs Tax ID: |

| COUNTRY OF MFR. | DESCRIPTION OF GOODS<br>Packaging type:(FedEx Envelope) | WEIGHT (LBS) | QTY | UNIT VALUE | COMMODITY VALUE |
|---|---|---|---|---|---|
| UNITED STATES | Business Correspondence | 0.00 | 1 pieces | 5.00 | 5.00 |
| | | | | FREIGHT | 0.00 |
| | | | | INSURANCE | 0.00 |
| | | | | ADDITIONAL CHARGES | 0.00 |
| PURPOSE | | TOTAL<br>0.00 | | | TOTAL CUSTOMS VALUE<br>5.00 |

| These commodities, technology, or software were exported from the United States in accordance with the Export Administration regulations. Diversion contrary to U.S. Law prohibited. | Terms of Sale:<br>Free Carrier(FCA/FOB) |
|---|---|
| | TOTAL INVOICE VALUE<br>5.00 |

SIGNATURE OF SHIPPER/EXPORTER:

I declare that all the information contained in this invoice is true and correct.

Gregory J. Digel, Esq.   Date:21FEB07

From: Origin ID: QFEA (404) 817-8439
Gregory J. Digel, Esq.
HOLLAND & KNIGHT LLP
1201 W. PEACHTREE STREET
SUITE 2000
ATLANTA, GA 30309
UNITED STATES

Ship Date: 21FEB07
ActWgt: .5 LB
System#: 5038636/INET2600
Account#: S ********

TotWgt: .5 LB

REF: 100837.00003/Digel
DESC-1: Business Correspondence
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.36
COUNTRY MFG: US
CARRIAGE VALUE: 5.00 USD
CUSTOMS VALUE: 5.00 USD
T/C: S 030045246    D/T: R
SIGN: Gregory J. Digel, Esq.
EIN/VAT:

ECI

SHIP TO: (450) 654-1414    BILL SENDER
**Raymond Monette**
**Synca**
**337 Marion**

Le Gardeur, PQ J5Z4W8
CA



IP ENVELOPE

TRK# 7901 8587 8009    FORM 0430

J5Z4W8    -PQ-CA    N9 YUXA

YMX    PM



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited.

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**

---

Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set forth in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivalent local currency) of declared value of the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume that the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

# Holland + Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| **TO:** | | |
|---|---|---|
| Raymond Monette | Synca | ~~800-554-1021~~ 450-654-1414 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Le Gardeur | Quebec | 800-667-9622 |
| CITY | STATE | (TELEPHONE NUMBER) |

| **FROM:** | | |
|---|---|---|
| Gregory J. Digel | 404-898-8120 | 2 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

| **FOR THE RECORD:** | | |
|---|---|---|
| DATE: February 21, 2007 | URGENCY: ☐ SUPER RUSH | ☒ RUSH ☐ REGULAR |
| FAXED BY: | FILE #: 100387.00003 | CLIENT NAME: MultiMedia |
| CONFIRMED: ☐ YES ☐ NO | NAME: | TIME: |

If you did not receive all of the pages or find that they are illegible, please call **404 817 8500**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

# 2600762_v1

Annapolis • Atlanta • Bethesda • Boston • Bradenton • Chicago • Fort Lauderdale • Jacksonville • Lakeland • Los Angeles
Miami • New York • Northern Virginia • Orlando • Portland • Providence • Rancho Santa Fe • Sacramento • St. Petersburg
San Antonio • San Francisco • Seattle • Tallahassee • Tampa • Washington, D.C. • West Palm Beach
Beijing • Caracas* • Helsinki* • Mexico City • Tel Aviv* • Tokyo • *Representative Office

```
* * *  COMMUNICATION RESULT REPORT ( FEB. 21. 2007 5:32PM ) * * *
                                                                 FAX HEADER: HOLLAND & KNIGHT

TRANSMITTED/STORED : FEB. 21. 2007  5:30PM
FILE MODE           OPTION            ADDRESS                              RESULT     PAGE
-----------------------------------------------------------------------------------------
766  MEMORY TX                        48120#100387#00003#915185614848#0    OK         2/2


----------------------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL                E-2) BUSY
  E-3) NO ANSWER                           E-4) NO FACSIMILE CONNECTION
```

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street. N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

**TO:**

| NAME | COMPANY/FIRM | FAX NUMBER |
|---|---|---|
| William L. Owens, Esq. | Stafford, Owens, Curtin & Trombley PLLC | 518-561-4848 |
| **CITY** | **STATE** | **(TELEPHONE NUMBER)** |
| Plattsburgh | New York | 518-561-4400 |

**FROM:**

| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |
|---|---|---|
| Gregory J. Digel, Esq. | 404-898-8120 | 2 |

**FOR THE RECORD:**

DATE: February 21, 2007    URGENCY: ☐ SUPER RUSH    ☒ RUSH ☐ REGULAR

FAXED BY:                  FILE #: 100387.00003      CLIENT NAME: MediaDent

CONFIRMED: ☐ YES ☐ NO     NAME:                    TIME:

If you did not receive all of the pages or find that they are illegible, please call **404 817 8500**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

Please see attached.

# 4374015_v1

# Holland+Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| **TO:** | | |
|---|---|---|
| William L. Owens, Esq. | Stafford, Owens, Curtin & Trombley PLLC | 518-561-4848 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Plattsburgh | New York | 518-561-4400 |
| CITY | STATE | (TELEPHONE NUMBER) |

| **FROM:** | | |
|---|---|---|
| Gregory J. Digel, Esq. | 404-898-8120 | 2 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

| **FOR THE RECORD:** | | |
|---|---|---|
| DATE: February 21, 2007 | URGENCY: ☐ SUPER RUSH | ☒ RUSH ☐ REGULAR |
| FAXED BY: | FILE #: 100387.00003 | CLIENT NAME: MediaDent |
| CONFIRMED: ☐ YES ☐ NO | NAME: | TIME: |

If you did not receive all of the pages or find that they are illegible, please call **404 817 8500**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is **strictly prohibited**. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

## MESSAGE:

Please see attached.

# 4374015_v1

```
 * * *  COMMUNICATION RESULT REPORT ( FEB. 21. 2007  5:43PM )  * * *

                                              FAX HEADER:  HOLLAND & KNIGHT

TRANSMITTED/STORED : FEB. 21. 2007  5:28PM
FILE MODE          OPTION            ADDRESS                      RESULT      PAGE
-----------------------------------------------------------------------------------
765  MEMORY TX                       48120#100387#00003#918005541021#  E-1) 3) 3)   1/2

------------------------------------------------------------------------------------
REASON FOR ERROR
E-1) HANG UP OR LINE FAIL            E-2) BUSY
E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

# Holland + Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street. N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| TO: | | |
|---|---|---|
| Raymond Monette | Synca | 800-554-1021 |
| NAME | COMPANY/FIRM | FAX NUMBER |
| Le Gardeur | Quebec | 800-667-9622 |
| CITY | STATE | (TELEPHONE NUMBER) |

| FROM: | | |
|---|---|---|
| Gregory J. Digel | 404-898-8120 | 2 |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) |

**FOR THE RECORD:**
DATE: February 21, 2007      URGENCY: ☐ SUPER RUSH      ☒ RUSH ☐ REGULAR
FAXED BY:                    FILE #: 100387.00003         CLIENT NAME: MultiMedia
CONFIRMED: ☐ YES ☐ NO        NAME:                        TIME:

If you did not receive all of the pages or find that they are illegible, please call **404 817 8500**

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

# 2600762_v1

Annapolis · Atlanta · Bethesda · Boston · Bradenton · Chicago · Fort Lauderdale · Jacksonville · Lakeland · Los Angeles
Miami · New York · Northern Virginia · Orlando · Portland · Providence · Rancho Santa Fe · Sacramento · St. Petersburg
San Antonio · San Francisco · Seattle · Tallahassee · Tampa · Washington, D.C. · West Palm Beach
Beijing · Caracas* · Helsinki* · Mexico City · Tel Aviv* · Tokyo · *Representative Office

```
* * * COMMUNICATION RESULT REPORT ( FEB. 21. 2007 5:44PM ) * * *
                                                    FAX HEADER:  HOLLAND & KNIGHT

TRANSMITTED/STORED : FEB. 21. 2007  5:37PM
FILE MODE           OPTION              ADDRESS                         RESULT       PAGE
----------------------------------------------------------------------------------------
 767 MEMORY TX                          48120#100387#00003#914506541414#  E-3) 3)     0/2

----------------------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL              E-2) BUSY
  E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# Holland + Knight

Tel 404 817 8500
Fax 404 881 0470

Holland & Knight LLP
One Atlantic Center
1201 West Peachtree Street, N.E.
Suite 2000
Atlanta, GA 30309-3400
www.hklaw.com

| TO: | | | |
|---|---|---|---|
| Raymond Monette | Synca | 800-554-1021  450-654-1414 | |
| NAME | COMPANY/FIRM | FAX NUMBER | |
| Le Gardeur | Quebec | 800-667-9622 | |
| CITY | STATE | (TELEPHONE NUMBER) | |
| **FROM:** | | | |
| Gregory J. Digel | 404-898-8120 | 2 | |
| NAME | TELEPHONE | TOTAL PAGES (Including Cover Sheet) | |
| **FOR THE RECORD:** | | | |
| DATE: February 21, 2007 | URGENCY: ☐ SUPER RUSH | ☒ RUSH ☐ REGULAR | |
| FAXED BY: | FILE #: 100387.00003 | CLIENT NAME: MultiMedia | |
| CONFIRMED: ☐ YES ☐ NO | NAME: | TIME: | |

If you did not receive all of the pages or find that they are illegible, please call 404 817 8500

**CONFIDENTIALITY NOTICE:** This facsimile, along with any documents, files, or attachments, may contain information that is confidential, privileged, or otherwise exempt from disclosure. If you are not the intended recipient or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, printing, distribution or use of any information contained in or attached to this facsimile is strictly prohibited. If you have received this facsimile in error, please immediately notify us by facsimile or by telephone collect at the numbers stated above, and destroy the original facsimile and its attachments without reading, printing, or saving in any manner. Your cooperation is appreciated. Thank you.

**MESSAGE:**

# 2600762_v1

Annapolis · Atlanta · Bethesda · Boston · Bradenton · Chicago · Fort Lauderdale · Jacksonville · Lakeland · Los Angeles
Miami · New York · Northern Virginia · Orlando · Portland · Providence · Rancho Santa Fe · Sacramento · St. Petersburg
San Antonio · San Francisco · Seattle · Tallahassee · Tampa · Washington, D.C. · West Palm Beach
Beijing · Caracas* · Helsinki* · Mexico City · Tel Aviv* · Tokyo · *Representative Office