# EXHIBIT Q


| **SYNCA** | | MEMO | De\From:<br>Mr. Raymond Monette<br>Raymond.m@synca.com |
|---|---|---|---|
| | | | A\To:  €€\ - 6470<br>404-~~8105830~~<br>Mr. Gregory Digal, Esq. |
| *USA:*<br>1320 Highway #9,<br>Champlain, NY 12919 | REF: | Your fax of<br>February 21st,<br>2007 | C.C.: |
| *Canada:*<br>337 Marion,<br>Le Gardeur, Qc. J5Z 4W8<br>Tel (450) 582-1093  fax: (450) 654-1414<br>www.synca.com | | | Date<br>February 22nd, 2007 |

Dear Mr. Digal,

As I mentioned yesterday, we had instructed our web site developers to remove any references to CADI. It is not possible to obtain direct access to the content of the CADI web site through any advertising or our web sites. You were correct, however, in that certain links were still active as Synca does not control internet search engines that had picked up CADI traffic in the past.

We have instructed our web site developer today to remove any possibilities of obtaining or somehow connecting to CADI content. I was told that this was taken care of this afternoon. Please rest assured that Synca had accepted to and is complying with this temporary situation.

Sincerely,

Raymond Monette

Page 1 of 1