# EXHIBIT R





**Could anyone using e2v sensors post some sample images to find out the problem with my sensor?**

Posted On: 12/21/2007 1:24:20 AM

Post Order: Ascending      Posts Per Page: 50

---

Could anyone using e2v sensors post some sample images to find out the problem with my sensor?

**keester**
Official Townie

Posts: 71
Last Post: 01/12/08
Member Since: 07/26/06
Location: Port Coquitlam, BC



Contact | Subscribe | Block

Forward | Quote | Reply

I purchased the e2v sensor along with CADI here in Canada a few months ago and can't seem to get good images with it. The images look washed out and the exposures I am using are very similar to film. Is there something wrong with the sensor? or is it the software? Does the fact that I am getting an image mean that the sensor is fine and the software settings need to be changed? I've spoken to people at Synca who sell CADI here in Canada and they say the sensor is optimized right now and nothing else can be done. I would appreciate it if anyone who are using e2v sensors could post some images for me to see what I should be aiming for as far as image quality goes. Thank you RK

Report Abuse | Revisions: 0 | Posted: 12/21/2007 1:24:20 AM | Post: 1 of 10 |

---

Could anyone using e2v sensors post some sample images to find out the problem with my sensor?

**mschechter**
Official Townie

Posts: 66
Last Post: 12/25/07
Member Since: 09/12/06
Location: Lake Worth, FL



Contact | Subscribe | Block

Forward | Quote | Reply

Could you post a couple of your images so I can see the problem you are having and try to diagnose the reason for the unsatisfactory quality?

Has your staff been trained regarding the placement of the sensor and the x-ray cone? Seeing the sensor should be placed more toward the midline for the comfort of the patient, the x-ray unit needs to be placed close to the patient's cheek in order to get a good image. If it is not, that could cause the image to look washed out. Also let me know what type of holder system you are using.

Your exposure time should be 40-75% less than film, depending on what speed film you were using.

I've trained many offices using the e2v sensor, many in the past with Mediadent which is the program CADI is built on. The image quality has always been excellent.

Please post some images so I can see what might be going on. Let me know the exposure time, brand of x-ray unit and kvp and milliamp settings as well.

Mike
Michael Schechter
Dental Technology Consultants
www.thedigitaldentist.com

Report Abuse | Revisions: 0 | Posted: 12/21/2007 4:44:30 PM | Post: 2 of 10 |

---

Could anyone using e2v sensors post some sample images to find out the problem with my sensor?

**keester**
Official Townie

Posts: 71
Last Post: 01/12/08
Member Since: 07/26/06
Location: Port Coquitlam, BC

Contact | Subscribe | Block

Forward | Quote | Reply

Thank you for the help Mike.

No, the staff were not trained directly by the company rep. Basically the rep gave us a pamphlet to read on placement and taking radiographs. I wouldn't recommend Synca who we bought our package from. Not enough support.

I think we are leaving the cone at the same distance from the cheek as regular film. I didn't realize that that would make a big difference since we weren't placing the cone that far from the cheek before anyways.

We are using superbite holders from KERR. The exposure time we are using is around .15 for most patients compared to .20 we were using before. So not a hufge drop in exposure. The image usually has to be darkened and contrast increased to make it diagnosable.

The histogram of the radiograph doesn't show the nice peaks that we are told we should see by a xray technician.

We are using Belmont Belray 096, 70kvp, 10mA.

Thank you again for your help Mike.
I really aprreciate it.

RK

Attachment: 18-46.jpg

Report Abuse | Revisions: 0 | Posted: 12/21/2007 6:02:44 PM | Post: 3 of 10 |

---

Could anyone using e2v sensors post some sample images to find out the problem with my sensor?

**gumdoc**
Moderator



Posts: 8377
Last Post: 01/14/08
Member Since: 01/03/02
Location: Sherman Oaks, CA

Forward | Quote | Reply

Believe it or not, you are actually overexposed on those. Do you see how that area anterior to the bite block and the incisal edges of the upper premolars look like someone cut it out with scissors and poured black ink on it? That's called blooming, and it's a classic sign of overexposure: there is so much excess radiation, the electrons spill over into the next pixels, creating that effect.

You're right that if you were using 0.20 for film, you should be closer to 0.10 to 0.12 for digital. Something else is obviously wrong as the rest of the image looks washed out, but underexposure is not your problem.

Hope this helps.

Case 1:07-cv-06030-WHP    Document 14-19    Filed 01/24/2008    Page 6 of 8

| Home | Login | Registration | My_Account | Classified_Ads | CE_Calendar | Online_Store | Contact_Us | Help? / FAQ's | Terms_&_Conditions | Admin |

©1999-2006 Docere.com L.L.C. a division of Farran Media, L.L.C. • All Rights Reserved
Dentaltown.com Inc. and Hygienetown.com L.L.C.'s method and system of publishing are patent pending in the US, AU, CA and the UK Pub. No's US 2004/0172405 and WO 2004/086182
10850 S. 48th Street Phoenix, AZ 85044
Phone: 480-598-0001 Fax: 480-598-3450 • Email Administrator: lorie@farranmedia.com



August 15, 1991

Mr. James R. Johnson, M.D.
University of Minnesota
Assistant Professor of Medicine/Division of Infectious Diseases
Box 250 UMHC Room 14-102
516 Delaware Street S.E.
Minneapolis, MN  55455

RE: Clinical Testing of Controlled
    Release Antibiotic Catheter

Dear Mr. Johnson,

It was a pleasure to meet you by phone and I look forward to meeting you in person on August 23rd.

Enclosed please find a recent prospectus and some data describing nitrofurazone and its uses.

We are currently requesting further information on the drug and should have it shortly.

We have selected nitrofurazone as a prime candidate for our drug delivery catheter system because it has a broad spectrum of activity, and we have found that we can formulate it into our comfort sleeve catheter in a manner that allows for controlled release into the urethral tract over an extended period of time.

Your consulting fee proposal is acceptable to us.  Our attorney is drawing up a preliminary contract which we will forward for your review.

Again, I look forward to meeting you on the 23rd of this month.

Sincerely,

Anthony J. Conway
President

AJC/bka

Enclosures