USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
SYNCA DIRECT, INC.,                       :

              Plaintiff,        :    07 Civ. 6030 (WHP)

    -against-                            :    SCHEDULING ORDER

MULTIMEDIA DENTAL SYSTEMS et al.,         :

              Defendants.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        The following revised schedule is established on consent of the parties:

1. Plaintiff shall serve and file its opposition to Defendant's motion for civil contempt by February 11, 2008;

2. Defendant shall serve and file its reply by February 18, 2008;

3. Plaintiff shall serve and file its motion to amend the complaint by February 5, 2008;

4. Defendant shall serve and file its opposition to the motion by February 12, 2008;

5. Plaintiff shall serve and file its reply by February 18, 2008; and

6. Oral Argument shall be held on February 29, 2008 at 11:30 a.m.

Dated: January 28, 2008
       New York, New York

                                 SO ORDERED:

                                 WILLIAM H. PAULEY III
                                 U.S.D.J.

*Counsel of record:*

Lori Marks-Esterman, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph K. Poe, Esq.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556
*Counsel for Defendants*