USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SYNCA DIRECT, INC.,                    :

              Plaintiff,        :

   -against-                            :

MULTIMEDIA DENTAL SYSTEMS et al.,      :

                           :

              Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

07 Civ. 6030 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       It having been reported to this Court that this action has been or will be settled, it is hereby ordered that this action be discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of the Court is directed to mark this case closed.

Dated: February 11, 2008
      New York, New York

                                  SO ORDERED:

                                  _____
                                  WILLIAM H. PAULEY III
                                  U.S.D.J.

*Counsel of record:*

Lori Marks-Esterman, Esq.
Olshan, Grundman, Frome, Rosenzweig & Wolosky, LLP
Park Avenue Tower
65 East 55th Street
New York, NY 10022
*Counsel for Plaintiff*

Joseph K. Poe, Esq.
Rivkin Radler, LLP
926 Reckson Plaza
Uniondale, NY 11556
*Counsel for Defendants*